E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Plaintiff(s),

v.

Defendant(s).
_____/

No. C07-06203 (JL)

**ORDER SETTING CASE MANAGEMENT CONFERENCE**
(Cases Excluded Under L.R. 16-1(c))

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 16(b) and Civil L.R. 16-1(g), a Case Management Conference will be held in this case before the Honorable James Larson on 3/12/08 at 10:30 a.m. in Courtroom C, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED that, within 45 days of filing the complaint, and in accordance with Civil L.R. 4-2, plaintiff shall complete the service of the complaint on at least one defendant and file either a waiver of service or a certification of service of process. Failure to file the waiver of service or a certification of service will result in issuance by the Court of an Order to Show Cause why the complaint should not be dismissed for failure of prosecution.

IT IS FURTHER ORDERED that no later than 10 days before the Case Management Conference, each party shall file a Case Management Statement containing at least the following information:

(1) A brief description of the events underlying the lawsuit;

(2) A statement that all defendants (or third party-defendants, if any) have been served, or information about when the party plans to serve all remaining defendants;

(3) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose.

FORM.CMC

1   In addition, the parties must be prepared to discuss knowledgeably with the Court at
2   the Case Management Conference any of the other subjects listed in Fed.R.Civ.P. 16 or in
3   Civil L.R. 16-8.

4   IT IS FURTHER ORDERED that **PLAINTIFF** shall at once serve copies of this Order,
5   and the attached Magistrate Judges' Uniform Standing Order for Motion Practice, on all parties
6   to this action, and on any parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and
7   5 and Civil L.R. 16-2(a). Following service, plaintiff shall file a certificate of service with the
8   Clerk of this Court.

9   Failure to comply with this Order or with the Local Rules of this Court may result in
10  sanctions, including the dismissal of the complaint or the entry of a default. See Fed.R.Civ.P.
11  16(f); Civil L.R. 1-4.

12  Dated:

13                                                                      JAMES LARSON
14                                                                      United States Magistrate Judge

15  Copies mailed as follows:

FORM CMC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## ALL MAGISTRATE JUDGES'
## UNIFORM STANDING ORDER FOR MOTION PRACTICE

All of the Magistrate Judges of this District Court jointly issue this Standing Order, which supplements the Local Rules. Each Magistrate Judge publishes a separate Notice about mechanics for calendaring hearings and related matters.

1. Every paper filed in a matter to be heard by a magistrate judge must include the initials of the assigned magistrate judge in the caption. Each time such a paper is filed, it must be accompanied by two conformed copies, one of which must be clearly marked as chambers copy for the assigned magistrate judge.

2. Three procedures are available for addressing disclosure/discovery disputes:

    (a) Formal motions pursuant to Civil L.R. 7-2;

    (b) Expedited motions pursuant to Civil L.R. 7-10; the assigned magistrate judge determines whether a hearing will be held on such motions and, if so, whether counsel are to appear in person or by telephone; and

    (c) Immediate intervention by telephone: if a dispute arises during a discovery event, and if good faith negotiations fail to resolve the matter, counsel may contact the assigned magistrate judge's chambers to ask if the judge is available for a telephone conference while the discovery event is underway.

3. Motions for sanctions must be filed separately in conformity with Civil L.R. 37-1(e) and will not be heard on an expedited basis.

JAMES LARSON
United States Magistrate Judge

Standing.ord