RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No, 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: mp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

ENDORSED
FILED
ALAMEDA COUNTY

DEC 1 0 2007

CLERK ... SUPERIOR COURT
By KMEI DHILLON, Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| TIMOTHY MCCONNELL,<br><br>      Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Alameda County Sup. Ct. No.<br>HG07329121<br><br>[U.S. N. Dist Ct. No. C07-06203 JL]<br><br>NOTICE OF NOTICE OF REMOVAL TO FEDERAL COURT |

TO CLERK OF THE COURT AND THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, in Oakland, California, on December 6, 2007. A copy of that Notice of Removal is attached to this Notice as Exhibit 1.

Dated: December 10, 2007      WILKE, FLEURY, HOFFELT, GOULD
         & BIRNEY, LLP
         RONALD R. LAMB

         MARION'S INN


         By /s/ Jordan Posamentier

            Jordan Posamentier

         Attorneys for defendants Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc., and Kaiser Foundation Hospitals

**PROOF OF SERVICE**

I, the undersigned, state:

I am over the age of eighteen and not a party to this action.  My business address is 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2145, which is located in Alameda County.

On December 10, 2007, I served the attached document(s):

NOTICE OF NOTICE OF REMOVAL TO FEDERAL COURT

___X___ **BY MAIL**.  I deposited the above-named document(s) along with a signed copy of this declaration in the mail at my place of business, which is located at 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2143, Alameda County, in a sealed envelope, with postage fully prepaid, to the address(es) listed below.

_____ **BY FED EX**.  I deposited the above-named document(s) along with a signed copy of this declaration in a sealed envelope, with delivery fees paid or provided for, to the address(es) listed below, in a box or other facility regularly maintained by FedEx to receive documents.

_____ **BY FACSIMILE**.  I transmitted the above-named document(s) along with a signed copy of this declaration by fax transmission from a fax machine, whose fax number is 510-451-1711, which is located at my place of business, which is at 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2143, Alameda County, to the fax number(s) of the recipient(s) listed below.

_____ **BY E-MAIL**.  I transmitted the above-named document(s) along with a signed or electronically signed copy of this declaration by e-mail to the e-mail address(es) of the recipient(s) listed below.

Mark G.Crawford, Esq.
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, Eleventh Floor
San Francisco, Califomia 94105
(Attorneys for plaintiffs)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 10, 2007         _____/s/ Caitlin Thompson_____
                                            Caitlin Thompson

Exhibit G at 4