RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No, 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: mp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, | No. C 07-06203 JL |
| Plaintiff, | |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE |
| Defendants. | |

//

//

//

//

//

//

REQUEST FOR REASSIGNMENT
TO A DISTRICT COURT JUDGE
No. Dist. Cal. No. C 07-06203 JL                                                                                           1

1  TO THE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN
2  DISTRICT OF CALIFORNIA:
3      Please take notice that defendants Kaiser Foundation Health Plan, Inc., Kaiser
4  Foundation Hospitals, and The Permanente Medical Group, Inc., by and through their counsel,
5  hereby request that the above-referenced case be reassigned, pursuant to Local Rule 73-1(a)(1),
6  to a district court judge.

8      Respectfully submitted,

10 Dated: December 17, 2007    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
11     RONALD R. LAMB

12     MARION'S INN
    KENNEDY P. RICHARDSON
13     MARK PALLEY
    JORDAN S. POSAMENTIER

15     By   /s/ Jordan Posamentier
16     Jordan Posamentier

17     Attorneys for Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and
18     The Permanente Medical Group, Inc.

REQUEST FOR REASSIGNMENT
TO A DISTRICT COURT JUDGE
No. Dist. Cal. No. C 07-06203 JL    2

**PROOF OF SERVICE**

I, the undersigned, state:

I am over the age of eighteen and not a party to this action. My business address is 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2145, which is located in Alameda County.

On December 17, 2007 I served the attached document(s):

**NOTICE OF REMOVAL**

___X___ **BY MAIL**. I deposited the above-named document(s) along with a signed copy of this declaration in the mail at my place of business, which is located at 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2143, Alameda County, in a sealed envelope, with postage fully prepaid, to the address(es) listed below.

_____ **BY FED EX**. I deposited the above-named document(s) along with a signed copy of this declaration in a sealed envelope, with delivery fees paid or provided for, to the address(es) listed below, in a box or other facility regularly maintained by FedEx to receive documents.

_____ **BY FACSIMILE**. I transmitted the above-named document(s) along with a signed copy of this declaration by fax transmission from a fax machine, whose fax number is 510-451-1711, which is located at my place of business, which is at 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2143, Alameda County, to the fax number(s) of the recipient(s) listed below.

_____ **BY E-MAIL**. I transmitted the above-named document(s) along with a signed or electronically signed copy of this declaration by e-mail to the e-mail address(es) of the recipient(s) listed below.

Mark G. Crawford/Thomas A. Schultz
LOPEZ, HODES, RESTAINO,
MILMAN, & SEIKOS
625 Market Street, Eleventh Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 17, 2007

                                                        Caitlin Thompson