RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P.  RICHARDSON, Cal.  Bar No, 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: mp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No. C07-06203<br><br>DECLARATION OF JAMES H. SIMPSON III IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Time:<br>Date:<br>Dept:<br>Court:<br>Judge: |

DECLARATION OF JAMES H. SIMPSON III
No. C07-06203                                                                                                                                    1

I, James H. Simpson III, declare:

1. I am the Controller of the Northern California Region of Kaiser Foundation Health Plan, Inc. ("Health Plan") and have held this position since September 2003. I have been employed by Health Plan since 1998. Health Plan is a non-profit public benefit corporation that is incorporated and headquartered in California.

2. Through my performance of managerial and administrative job functions, I have become familiar with the nature and geographic scope of Health Plan's Northern California Region's business operations. I have also become generally familiar with the sources from which Health Plan's Northern California Region and its associated organizations procure services, products and other materials for the operation of Health Plan's Northern California Region's medical care programs and the manner in which Health Plan's operations are regulated by the California Department of Managed Health Care and the United States Department of Health and Human Services.

3. Health Plan is a licensed health care service plan under the California Knox-Keene Health Care Service Plan Act of 1975. Health Plan contracts with Kaiser Foundation Hospitals ("Hospitals"), also a non-profit public benefit corporation incorporated and headquartered in California, for the provision of hospital services to Health Plan members. The Permanente Medical Group, Inc. ("Medical Group"), a professional California corporation, similarly contracts with Health Plan to provide physician and related professional health care services to Health Plan members in Northern California.

4. Many of the physicians of Medical Group who treat Health Plan members in Northern California have been recruited from locations outside of California. Large quantities of the medical equipment, supplies, and medications used at hospitals and clinics owned or operated by Health Plan, Hospitals, or Medical Group in Northern California are likewise purchased and shipped from sources outside of California. Furthermore, a large portion of the building materials and construction services which are used for the construction of such hospitals and clinics, as well as computer systems, programs, and equipment, and telephones and other communications and internet systems, are also procured from out-of-state sources.

5. Health Plan's membership agreements obligate Health Plan to furnish coverage under specified conditions for health care services that a California member may receive from affiliated Kaiser providers or non-Kaiser providers located outside of California.

6. Health Plan's operations in California have been closely regulated by the California Department of Corporations and the California Department of Managed Health Care, which assumed the regulatory function of the Department of Corporations in 2000. Since before 1980, the Department of Corporations has regularly reviewed the content of the membership agreements which Health Plan proposes to enter into with employers and other groups or individuals. The Department of Corporations has likewise reviewed the content of the Disclosure Form and Evidence of Coverage brochures which Health Plan sends to groups and individuals. The Department of Managed Health Care has conducted similar reviews beginning in 2000. During the course of these reviews, neither agency has barred the use of the arbitration provision.

7. The arbitration provision in the membership agreements has also been reviewed by the United States Department of Health and Human Services which has overseen Health Plan's operations as a Medicare Advantage (formerly, Medicare+ Choice) plan.

8. The foregoing is within my personal knowledge. If called as a witness, I can and will competently testify to the same.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: December 28, 2007

James H. Simpson III

DECLARATION OF JAMES H. SIMPSON III
No. C07-06203

3