1  RONALD R. LAMB, Cal. Bar No. 99396
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2  Twenty-Second Floor
   400 Capitol Mall
3  Sacramento, CA 95814
   Telephone:  (916) 441-2430
4  Facsimile:  (916) 442-6664
   E-mail: rlamb@wilkefleury.com
5
   KENNEDY P.  RICHARDSON, Cal. Bar No. 62516
6  YVONNE M. PIERROU, Cal. Bar No. 166237
   JORDAN POSAMENTIER, Cal. Bar No. 246301
7  MARION'S INN
   1611 Telegraph Avenue, Suite 707
8  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
9  Facsimile:  (510) 451-1711
   E-mail: kpr@marionsinn.com
10 E-mail: ymp@marionsinn.com
   E-mail: jop@marionsinn.com
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan, Inc., Kaiser Foundation Hospitals,
   and The Permanente Medical Group, Inc.

13
14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 TIMOTHY MCCONNELL,                      ) No. C07-06203 SC
                                           )
17           Plaintiff,                    )
                                           ) DECLARATION OF MICHAEL P.
18     v.                                  ) FLETCHER IN SUPPORT OF
                                           ) DEFENDANTS' MOTION TO
19 THE PERMANENTE MEDICAL GROUP, INC.;    ) COMPEL ARBITRATION
   KAISER FOUNDATION HOSPITALS; KAISER    )
20 FOUNDATION HEALTH PLAN; and DOES 1     ) Time:
   through 100, inclusive,                 ) Date:
21                                         ) Dept:
             Defendants.                   ) Court:
22 _____) Judge:

23
24
25
26
27
28

DECLARATION OF MICHAEL P. FLETCHER
 No. C07-06203 SC                                                              1

1    I, Michael P. Fletcher, state:

2    1.    I am the Director of Medicare Compliance for the Northern and Southern California Regions of Kaiser Foundation Health Plan, Inc. ("Health Plan"). In this capacity, I am responsible for managing various aspects of Health Plan's implementation of its Medicare Advantage (formerly Medicare+Choice) Contract described below. Through the performance of my duties, I have become personally familiar with the status of the Medicare Advantage Contract and the documents furnished, under Health Plan's normal procedures and practice, to individuals who enroll as Health Plan members under this contract.

2.    In 1994, Health Plan entered into what is commonly referred to as a "Medicare Risk Contract" with the Health Care Financing Administration ("HCFA"), the administrative unit within the U.S. Department of Health and Human Services primarily responsible for administering the Federal Medicare program. The contract has been renewed every year and is still in effect. HCFA has since changed its name to the Centers for Medicare & Medicaid Services ("CMS").

3.    The Risk Contract, which was changed to a Medicare+Choice Contract effective January 1, 1999, is governed by section 4002 of the Balanced Budget Act of 1997, Public Law 105-33, and various regulations promulgated by CMS located in Title 42 of the Code of Federal Regulations. The Medicare coverage plan that Health Plan offers pursuant to the Medicare+Choice Contract is called the Kaiser Permanente Senior Advantage program. Congress recently enacted legislation re-naming Medicare+Choice Medicare Advantage ("MA").

4.    In general, the MA Contract requires Health Plan to arrange medical and hospital services for Medicare beneficiaries who enroll under the contract in exchange for fixed periodic fees paid by CMS, per each enrollee, plus co-payments paid by the enrolled beneficiaries. The individuals who enroll under the contract, referred to as "members," are entitled to receive the medical and hospital services that are ordinarily available to Medicare beneficiaries, plus certain supplemental benefits. With certain exceptions, the members must obtain these health care services from health care providers who belong to Health Plan's network of contract providers. The two principal contract providers in Northern California are The Permanente Medical Group,

Inc., a professional medical corporation that furnishes physician and other professional services, and Kaiser Foundation Hospitals, which furnishes hospital services.

5.     Health Plan members who express interest in enrolling in the Kaiser Permanente Senior Advantage program are given or mailed a packet that includes a Kaiser Permanente Senior Advantage Election form and a copy of the current Kaiser Permanente Senior Advantage Membership Agreement/Evidence of Coverage ("EOC").  The EOC summarizes the Kaiser Permanente Senior Advantage coverage and is made pursuant to and incorporates Health Plan's MA Contract with CMS.  The Senior Advantage EOC has always contained an arbitration provision.  When a current Health Plan group member enrolls in the Senior Advantage program, the employer group pays for the member to receive extra benefits under the Senior Advantage program.

6.     The EOC is revised annually.  During the year before a new contract year, Health Plan submits to CMS proposed revisions to the next year's EOC for CMS's review and approval.  After CMS gives final approval to the revisions, Health Plan mails an Annual Notice of Change, which describes the revisions, to all Kaiser Senior Advantage enrollees before the start of the contract year to which it applies.  After CMS completes its review and gives final approval of the EOC, Health Plan also mails a copy of the EOC, which incorporates the revisions described in the Annual Notice of Change to all Kaiser Permanente Senior Advantage enrollees.  Attached as Exhibit A is a true copy of the Annual Notice of Change for 2004.  Attached as Exhibit B is a true copy of the 2004 EOC applicable to Senior Advantage members enrolled on an individual plan.  Attached as Exhibit C is a true copy of the arbitration provision from the 2005 EOC applicable to Senior Advantage members enrolled on an individual plan.  Attached as Exhibit D is a true copy of the arbitration provision from the 2006 EOC applicable to Senior Advantage members enrolled on an individual plan.  Attached as Exhibit E is a true copy of the arbitration provision from the 2007 EOC applicable to Senior Advantage members enrolled on an individual plan.

7.     Under the normal enrollment process, a prospective Kaiser Permanente Senior Advantage enrollee is required to review and sign a written Election Form.  Health Plan sends

1 | the information the enrollee provides on that form to CMS in an electronic file format. CMS
2 | then reviews the information and confirms the applicant's Medicare eligibility. After Health Plan
3 | receives CMS's confirmation, Health Plan informs the applicant of his or her enrollment and the
4 | effective date thereof.

5 |       8.    The foregoing is within my own personal knowledge. If called as a witness, I can
6 | and will competently testify to the same.

7 |       I declare under penalty of perjury under the laws of the State of California and the United
8 | States that the foregoing is true and correct.

10 | Dated: February 12, 2008

                                                      Michael P. Fletcher