RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No, 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: mp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, ) | No. C07-06203 SC |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF |
| v. ) | KATHERINE DEAN IN SUPPORT OF |
| ) | DEFENDANTS' MOTION TO |
| THE PERMANENTE MEDICAL GROUP, INC.; ) | COMPEL ARBITRATION |
| KAISER FOUNDATION HOSPITALS; KAISER ) | |
| FOUNDATION HEALTH PLAN; and DOES 1 ) | Time: |
| through 100, inclusive, ) | Date: |
| ) | Dept: |
| Defendants. ) | Court: |
| ) | Judge: |

DECLARATION OF KATHERINE DEAN
C07-06203 SC                                                                                                                   1

1    I, Katherine Dean, state:

2    1.   I am employed by Kaiser Foundation Health Plan, Inc. ("Health Plan") as
3 an Operations Manager for Operational Support at Kaiser Permanente California Service Center,
4 located in San Diego, California. I have personal knowledge of, and if called as a witness will
5 testify to, the facts contained in this declaration.

6    2.   My duties include responsibility for and regular access to the membership
7 records of Kaiser Foundation Health Plan, Inc. ("Health Plan"). These records, which are now
8 computerized, concern the membership history of current and past Health Plan members. Such
9 records are prepared and maintained in the normal course of Health Plan's business. My
10 responsibilities include ascertaining and verifying the eligibility of past and present members of
11 Health Plan.

12    3.   Health Plan's records show that effective May 1, 1996, Timothy
13 McConnell enrolled himself as a Health Plan Senior Advantage member pursuant to Health
14 Plan's Medicare+Choice (recently renamed Medicare Advantage) contract with the United States
15 Health Care Financing Administration, now the Centers for Medicare & Medicaid Services.
16 Attached as Exhibit F is a true copy of the front side of the Senior Advantage Election Form he
17 completed in March 1996 to enroll in the Senior Advantage plan. (His social security number
18 has been redacted.) Directly above his signature is an arbitration notice that provides:

> "I hereby apply for Health Plan membership. I agree to abide by the provisions of the Service Agreement and Health Plan policies. I understand that, except for small claims court cases, any claim that I, my heirs, or other claimants associated with me, assert for medical or hospital malpractice, or premises liability must be decided by binding arbitration under California law and not by a lawsuit or resort to court process except as California law provides for judicial review of arbitration proceedings. I/we are therefore giving up our right to a jury trial and are accepting the use of binding arbitration."

25 The Senior Advantage Election Form signed by Mr. McConnell measured 8 ½ by 14 inches. In
26 order to store copies of these signed forms, Health Plan employees scan the forms into a
27 computer. When the forms are reproduced, they often are printed on 8 ½ by 11 inch paper which
28 means that the type and information is shrunk and distorted to fit on an 8 ½ by 11 inch page.

DECLARATION OF KATHERINE DEAN
C07-06203 SC                                                                                      2

1  Health Plan was unable to locate a blank exemplar of the exact form signed by Mr. McConnell.
2  The code in the bottom right corner of Mr. McConnell's form indicates that it was revised in May
3  1995. Attached as Exhibit G is a true copy of an 8 ½ by 14 inch exemplar of the front and back
4  sides of a Senior Advantage Election Form that indicates in the bottom right corner that it was
5  revised in June 1995. Other than this coded information at the bottom right of the form and
6  numbers appearing at the top right of Mr. McConnell's form, the form appears to be identical to
7  the form signed by Mr. McConnell. Mr. McConnell remains continuously enrolled as a Senior
8  Advantage member to the present date.
9      I declare under penalty of perjury under the laws of the State of California and the United
10 States that the foregoing is true and correct.

12 Dated: February 15, 2008

                                                _____
13                                               Katherine Dean

DECLARATION OF KATHERINE DEAN
C07-06203 SC                                                                                    3