RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No, 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: mp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, | No. C07-06203 SC |
| Plaintiff, | |
| v. | DECLARATION OF JORDAN POSAMENTIER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION |
| THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | |
| Defendants. | Time: 10:00 a.m. Date: May 9, 2008 Court: 1 Judge: Hon. S. Conti |

I, Jordan Posamentier, state:

      1.    I am an attorney admitted to practice law before the Northern District of California, and I am an associate of the law firm, Marion's Inn, co-counsel of record for defendant Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. in this action. I have personal knowledge of, and if called as a

JORDAN POSAMENTIER DECLARATION   C07-06203 SC        1

1    witness will competently testify, to the facts contained in this declaration.

2        2.        Attached as Exhibit H is a true copy of the *Rules for Kaiser Permanente*

3    *Member Arbitrations Administered by the Office of the Independent Administrator*, revised

4    January 1, 2007.  These rules can be downloaded from the Office of the Independent

5    Administrator's website at www.oia-kaiserarb.com.

6        3.        On December 18, 2007 and January 24 2008, I e-mailed Mark Crawford,

7    counsel for plaintiff, requesting that plaintiff stipulate to arbitration in light of the Court's recent

8    decisions in *Drissi v. Kaiser Foundation Hospitals, Inc.* (N.D. Cal. Case No. 3:07-cv-1980-SC)

9    and *Clay v. The Permanente Medical Group, Inc.* (N.D. Cal. Case No. 3:06-cv-07926-SC).  Mr.

10   Crawford never responded.  I also telephoned Mr. Crawford numerous times throughout the

11   months of December and January with the same request.  Mr. Crawford did not answer or return

12   any of my phone calls.

13       I declare under penalty of perjury under the laws of the State of California and the United

14   States that the foregoing is true and correct.

15

16   Dated: March 6, 2008

17                                    _____/s/ Jordan Posamentier_____

18                                         Jordan Posamentier

19

20

21

22

23

24

25

26

27

28

JORDAN POSAMENTIER DECLARATION   C07-06203 SC                                2