

# 2004 Annual Notice of Changes and Clarifications

Kaiser Permanente Senior Advantage
Northern California Plan 8

Listed below is a summary of the most important changes and clarifications to your Kaiser Permanente Senior Advantage coverage, effective January 1, 2004. When you receive your 2004 Kaiser Permanente Senior Advantage *Individual Plan Membership Agreement and Disclosure Form and Evidence of Coverage (DF/EOC),* please refer to it for additional details.

Please note that Kaiser Permanente Senior Advantage is designed for individuals who live in the Kaiser Permanente Senior Advantage Service Area. We do not cover home health services, durable medical equipment, or skilled nursing facility care outside the Service Area. You must receive all of your health care from Plan Providers inside our Service Areas, except for non-Plan Emergency Care, Out-of-Area Urgent Care, and Out-of-Area Dialysis Care. If you have any questions, please call our Member Service Call Center. Our representatives are available seven days a week toll free at **1-800-443-0815** (TTY **1-800-777-1370**), from 7 a.m. to 7 p.m.

## 2004 Changes

**Monthly Dues**
If you have Medicare Parts A and B, and are enrolled in the Northern California Plan 8 Service Area, your monthly dues will be $80. (Your Service Area is defined at the end of this document.)

**Note:** Please refer to the Northern California Senior Advantage Plan 8 Service Area column in your Kaiser Permanente Senior Advantage *Summary of Benefits* booklet for information specific to your plan.

**New Billing Process**
Our billing process has changed. In previous years (unless you had an Electronic Funds Transfer [EFT] agreement in effect) we have sent you payment coupons in this packet. Instead of asking you to keep track of these payment coupons, we will now be mailing you a bill each month for any monthly dues you owe. You will receive your first billing statement for January 2004 in December. This first bill will be due on December 20th. Starting in February, the due date for your monthly dues will change to the first day of the month of coverage. For example, dues for February 2004 will be due on February 1, 2004. We hope this new billing process will be more convenient for you.

If you still have an EFT agreement with Kaiser Permanente for your monthly dues payment, you will not be receiving monthly billing statements. Your account will continue to be automatically debited on the fifth day of the month of coverage.

### Outpatient Surgery
There will be a decrease in the copayment for outpatient surgery visits. The copayment will now be $100 per procedure. This includes surgeries provided on an outpatient basis, including those provided at an ambulatory surgical center or an outpatient department of a hospital. This also includes surgeries related to family planning services, infertility services, and reconstructive surgery.

This copayment will continue to apply to your annual out-of-pocket maximum described in the "Annual Out-of-Pocket Maximum" section of this document.

### Hospital Inpatient Care
The copayment for hospital inpatient care will change to $200 <u>for each inpatient day.</u> Please note that this is a change from a copayment for each admission to each inpatient day. This copayment will apply for inpatient care, including for:
- hospital inpatient care
- chemical dependency detoxification
- mental health care
- dialysis care
- multidisciplinary rehabilitation
- reconstructive surgery
- transplant services

This copayment will apply to your annual out-of-pocket maximum described in the "Annual Out-of-Pocket Maximum" section of this document.

### Outpatient Drugs, Supplies, and Supplements
*Generic drugs\**
You will continue to be covered for generic outpatient drugs, supplies, and supplements at a copayment of $10 for up to a 100-day supply.

*Annual prescription drug benefit limit or cap*
You will no longer have an annual benefit limit or cap on your outpatient drugs, supplies, and supplements benefit. This means that you will be covered at the applicable copayment for the following drugs for the entire calendar year:
- generic outpatient drugs, supplies, and supplements
- drugs, supplies, and supplements covered by Medicare
- certain other drugs covered by Kaiser Permanente

2

*Brand-name drugs\**
You will no longer be covered for brand-name outpatient drugs, supplies, and supplements. You will now pay 100 percent of charges for brand-name outpatient drugs, supplies, and supplements, except for drugs covered by Medicare or certain drugs covered by Kaiser Permanente. Medicare-covered brand-name drugs and these certain other brand-name drugs will continue to be covered at a copayment of $30 for up to a 100-day supply.

\*Please note that day supply dispensed at the copayment may be reduced (a) to a 30-day supply in any 30-day period for specific drugs, or (b) if the pharmacy limits the amount dispensed because the drug is in limited supply in the market. Please contact the Member Service Call Center toll free at **1-800-443-0815** (TTY **1-800-777-1370**), from 7 a.m. to 7 p.m., seven days a week, for a current list of these drugs.

**Laboratory Tests, X-rays, Imaging, and Special Procedures**
There will now be copayments for laboratory tests, X-rays, imaging, and special procedures provided on an outpatient basis. These new copayments are as follows:

For Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET) scan, and for Computed Tomography (CT) scan, also known as Computed Axial Tomography (CAT) scan, the copayment will be $50 per procedure.

For all other laboratory tests, X-rays, imaging, and special procedures, the copayment will now be $10 per procedure.

The office visit copayment of $20 will continue to apply for preventive screenings conducted by a physician. These preventive screening visits may require laboratory tests, X-rays, imaging, or special procedures (such as certain screenings for breast cancer or colon cancer) for which the copayment of $10 will apply in addition to the office visit copayment.

These copayments will apply to your annual out-of-pocket maximum described in the "Annual Out-of-Pocket Maximum" section of this document.

**Skilled Nursing Facility Care**
There will now be a copayment for skilled nursing facility (SNF) care for each day beyond the 20th day of SNF care. The copayment will be $50 per day for days 21-100. There will continue to be no charge for the first 20 days of SNF care.

This copayment will apply to your annual out-of-pocket maximum described in the "Annual Out-of-Pocket Maximum" section of this document.

You will continue to be covered for 100 days of SNF care per benefit period. A benefit period begins on the date you are admitted to a hospital or skilled nursing facility at a skilled level of care (defined in accord with Medicare guidelines). A benefit period ends on the date you have not been an inpatient in a hospital or skilled nursing facility, receiving a skilled level of care, for 60 consecutive days.

### Mental Health Group Visits
The copayment for mental health group visits will decrease from $20 to $10. The copayment for mental health individual visits will remain at $20.

### Annual Out-of-Pocket Maximum
Your annual out-of-pocket maximum will increase to $3,000. This is the limit of total copayments that you are required to pay within a calendar year for certain services. When you pay a copayment for these services, ask for and keep the receipt. When the receipts add up to the annual out-of-pocket maximum of $3,000, please call our Member Service Call Center toll free at **1-800-443-0815** (TTY **1-800-777-1370**), 7 a.m. to 7 p.m., seven days a week, to find out where to bring your receipts. When you bring them in, we will give you a document to show that you do not have to pay any more copayments for the specified services through the end of the calendar year.

Please refer to the "Annual Out-of-Pocket Maximum" section of your *Individual Plan Membership Agreement and Disclosure Form and Evidence of Coverage (DF/EOC)* for an explanation of the copayments that apply to your annual limit.

## 2004 Clarification

### Urgent Care
This is to clarify that the copayment for urgent care is not waived if you are subsequently admitted to the hospital. You will continue to pay the applicable copayment; for example, $20 for a primary care or specialty care visit.

If you receive urgent care outside the Service Area, you will continue to pay the $50 copayment for out-of-area urgent care. The out-of-area urgent care copayment will be waived if you are admitted to the hospital within 24 hours for the same condition.

### Dispute Resolution: Expedited Grievances
Grievances are concerns or complaints you may have that are made to resolve an issue that is not subject to the Medicare appeals process. For example, a complaint about customer service during your visit to our facility.

4

Medicare has enhanced the grievance process so that you now have new rights to file an expedited (or fast track) grievance in the following circumstances:
- If we deny your request to expedite a decision related to a health care service or item
- If we decide to extend the time we need to make a standard or an expedited decision
- If we deny your request to expedite your appeal to a decision we have already made
- If we decide to extend the time we need to make a decision regarding a standard or an expedited appeal

If you request an expedited grievance we must respond to your request within 24 hours.

Please see the "Requests for Payment or Services" and "Dispute Resolution" sections of your *Disclosure Form and Evidence of Coverage* for additional details about your dispute resolutions rights.

### Northern California Service Areas

For the purposes of dues, enrollment, and disenrollment, the Northern California Service Area has four reconfigured Medicare+Choice Plan Service Areas and one Part B only, as described below: Plan 8 Service Area, Plan 9 Service Area, Plan 13 Service Area, Plan 14 Service Area, and Plan 10 (Part B only) Service Area. You may still receive care anywhere inside these four Plan Service Areas.

**Plan 8 Service Area (for Members entitled to Medicare Parts A and B):** Alameda, Contra Costa, San Francisco, and San Mateo counties are entirely inside our Plan 8 Service Area. Also the following ZIP codes in Santa Clara are inside the Plan 8 Service Area: 94022-24, 94035, 94039-43, 94085-90, 94301-06, 94309-10, 94550, 95002, 95008-09, 95011, 95013-15, 95020 (except for the Bells Station community), 95021, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95101-03, 95106, 95108-42, 95148, 95150-61, 95164, 95170-73, 95190-94, 95196.

**Plan 9 Service Area (for Members entitled to Medicare Parts A and B):** Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 9 Service Area: *Fresno:* 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-22, 93724-29, 93740-41, 93744-45, 93747, 93750, 93755, 93760-62, 93764-65, 93771-80, 93784, 93786, 93790-94, 93844, 93888; *Kings:* 92342, 93230, 93232, 93631, 93656; *Madera:* 93601-02, 93604, 93614, 93623, 93626, 93637-39, 93643-45, 93653, 93669; *Mariposa:* 93601, 93623, 93653; *Tulare:* 93238, 93261, 93618, 93646, 93654, 93666, 93673.

**Plan 13 Service Area (for Members entitled to Medicare Parts A and B):** Sacramento County is entirely inside our Plan 13 Service Area. Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 13 Service Area: *El Dorado:* 95613-14,

95619, 95623, 95633-35, 95651, 95664, 95667, 95672, 95682, 95762; *Placer:* 95602-04, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95692, 95703, 95722, 95736, 95746-47, 95765; *Sutter:* 95645, 95659, 95668, 95674, 95676, 95692, 95837; *Yolo:* 95605, 95607, 95612, 95616-18, 95645, 95691, 95694-95, 95697-98, 95776, 95798-99; *Yuba:* 95692, 95903, 95961.

**Plan 14 Service Area (for Members entitled to Medicare Parts A and B):** Marin, San Joaquin, Solano, and Stanislaus counties are entirely inside our Plan 14 Service Area. Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 14 Service Area: *Amador:* 95640, 95669; *Napa:* 94503, 94508, 94515, 94558-59, 94562, 94567 (except for the Knoxville community), 94573-74, 94576, 94581, 94585, 94589-90, 94599; *Sonoma:* 94515, 94922-23, 94926-28, 94931, 94951-55, 94972, 94975, 94999, 95401-09, 95416, 95419, 95421, 95425, 95430-31, 95433, 95436, 95439, 95441-42, 95444, 95446, 95448, 95450, 95452, 95462, 95465, 95471-73, 95476, 95486-87, 95492.

**Plan 10 Service Area (for Members with Medicare Part B\*\* only):** Alameda, Contra Costa, Marin, Sacramento, San Francisco, San Joaquin, San Mateo, Solano, and Stanislaus counties are entirely inside the Plan 10 (Part B only) Service Area. Portions of the following counties, as indicated by the ZIP codes below, are also inside this Service Area: *Amador:* 95640, 95669; *El Dorado:* 95613-14, 95619, 95623, 95633-35, 95651, 95664, 95667, 95672, 95682, 95762; *Fresno:* 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-22, 93724-29, 93740-41, 93744-45, 93747, 93750, 93755, 93760-62, 93764-65, 93771-80, 93784, 93786, 93790-94, 93844, 93888; *Kings:* 92342, 93230, 93232, 93631, 93656; *Madera:* 93601-02, 93604, 93614, 93623, 93626, 93637-39, 93643-45, 93653, 93669; *Mariposa:* 93601, 93623, 93653; *Napa:* 94503, 94508, 94515, 94558-59, 94562, 94567\*, 94573-74, 94576, 94581, 94585, 94589-90, 94599; *Placer:* 95602-04, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95692, 95703, 95722, 95736, 95746-47, 95765; *Santa Clara:* 94022-24, 94035, 94039-43, 94085-90, 94301-06, 94309-10, 94550, 95002, 95008-09, 95011, 95013-15, 95020\*, 95021, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95101-03, 95106, 95108-42, 95148, 95150-61, 95164, 95170-73, 95190-94, 95196; *Sonoma:* 94515, 94922-23, 94926-28, 94931, 94951-55, 94972, 94975, 94999, 95401-09, 95416, 95419, 95421, 95425, 95430-31, 95433, 95436, 95439, 95441-42, 95444, 95446, 95448, 95450, 95452, 95462, 95465, 95471-73, 95476, 95486-87, 95492; *Sutter:* 95645, 95659, 95668, 95674, 95676, 95692, 95837; *Tulare:* 93238, 93261, 93618, 93646, 93654, 93666, 93673; *Yolo:* 95605, 95607, 95612, 95616-18, 95645, 95691, 95694-95, 95697-98, 95776, 95798-99; *Yuba:* 95692, 95903, 95961.

\*Exception: The communities of Bells Station and Knoxville are not in the Service Area.

\*\*Only Members who were enrolled in Senior Advantage on December 31, 1998 without Medicare Part A may continue enrollment without Medicare Part A entitlement.

**What happens if you move?**

If you move within these Plan Service Areas:
- You must complete and mail in an Address Change Form to inform Kaiser Permanente of your new permanent residence address.
- It is important to note that your rates and benefits may change if you move from one Plan Service Area to another.
- If you move outside of the Service Areas where Kaiser Permanente Senior Advantage is offered, you may not be able to continue your coverage.
- Upon processing of your Address Change Form, Kaiser Permanente will verify whether you have moved from one Plan Service Area to another. If you have, we will send you a Senior Advantage Short Election Form that you must complete and return to continue Senior Advantage coverage in the new Plan Service Area.
- You will be responsible for the copayments and monthly dues associated with your new Plan Service Area, as described in the "Dues, Eligibility, and Enrollment" section of your new *DF/EOC*.

**Members residing outside the Service Areas:** For Kaiser Permanente Senior Advantage members with Medicare Parts A and B who are still residing outside the above Service Areas, as of December 31, 1998, you are considered to be an out-of-area member. For the purposes of dues, enrollment, and disenrollment, you will belong to the Service Area where your county is listed. If your county is not listed above, your Service Area will be Plan 14.

## *Special notice*

**Don't hesitate to seek care when you need it. And don't forget to call us.**

We want you to receive the most effective medical care available, whenever you need it. If you have a medical emergency, you should seek treatment at the nearest hospital. However, if you're treated at a non–Kaiser Permanente hospital, *you or your representative (spouse, child, or other family member) should call us as soon as reasonably possible* at **1-800-225-8883** (TTY users should use **711**) so that we can coordinate your care or transfer you to a Kaiser Permanente hospital, if it is safe to do so.

Calling your Kaiser Permanente medical professionals can help ensure that you get the care and attention you need. In an emergency, our emergency physicians can access critical medical information in your Kaiser Permanente record. Involving us early can contribute to the quality of care that you receive by ensuring continuity of care. For example, we can inform treating providers of existing conditions or allergies and provide them with your latest test results, prescription information, and medical history.

As of January 1, 2004, you may be financially responsible for any post-stabilization care (necessary medical care that you receive once your emergency medical condition has been stabilized) if we don't authorize it. We will continue to pay for post-stabilization care as long as that care is authorized by Kaiser Permanente. In your 2003 *Individual Plan Membership Agreement and Disclosure Form and Evidence of Coverage* booklet your benefits are explained. Please read and familiarize yourself with the section discussing Emergency, Urgent, and Routine Care. It details important coverage information about emergency care and post-stabilization care. It is important to familiarize yourself with your coverage so that you can take full advantage of your benefits. Of course, we will continue to pay for all appropriate medical care received in an emergency until your condition has stabilized, and no authorization is needed for such emergency care.

We want to make sure that you get the right care without exposing you to unexpected costs. Both of these goals can be accomplished simply by your notifying us when you receive care from a non-Plan hospital. Call **1-800-225-8883** (TTY users should use **711**) as soon as reasonably possible to let us know that you are being treated by a non-Plan provider, including if you are admitted to the hospital, and to request authorization for recommended post-stabilization care. This will help to make sure you get the right care whenever and wherever you need it.

If you have questions concerning emergency or post-stabilization care, or other benefits, call our Member Service Call Center toll free at **1-800-443-0815** (TTY **1-800-777-1370**). Our representatives are available seven days a week, from 7 a.m. to 7 p.m.