

Kaiser Foundation
Health Plan, Inc.

Northern California
Region

A Nonprofit
Corporation and a
Medicare+Choice
Organization

January 1, 2004
through
December 31, 2004

# KAISER PERMANENTE

# Kaiser Permanente
# Senior Advantage



Individual Plan
Membership
Agreement and
Disclosure Form and
Evidence of Coverage

Exhibit B at 1

## Table of Contents

Introduction ............................................................................................................1
  Term of this *Agreement*.................................................................................1
  About Kaiser Permanente ...............................................................................1
Dues, Eligibility, and Enrollment ...........................................................................2
  Dues ...............................................................................................................2
  Who Is Eligible ...............................................................................................3
  Enrollment and Effective Date of Coverage ...................................................4
How to Obtain Services ..........................................................................................7
  Your Primary Care Plan Physician ..................................................................7
  Getting a Referral ...........................................................................................7
  Second Opinions ............................................................................................9
  Contracts with Plan Providers ......................................................................10
  Our Visiting Member Program ......................................................................11
  Your Identification Card ...............................................................................11
  Getting Assistance .......................................................................................11
Plan Facilities .......................................................................................................12
  Plan Hospitals and Plan Medical Offices .....................................................12
  *Your Guidebook* .........................................................................................14
Emergency, Urgent, and Routine Care ..................................................................15
  Emergency, Urgent, and Post-stabilization Care ...........................................15
  Routine Care ................................................................................................18
  Our Advice Nurses .......................................................................................18
Benefits ................................................................................................................18
  Special Note about Services Associated with Clinical Trials ..........................19
  Outpatient Care ...........................................................................................19
  Hospital Inpatient Care ................................................................................20
  Ambulance Services ......................................................................................21
  Chemical Dependency Services ....................................................................22
  Dental Services for Radiation Treatment and Dental Anesthesia....................23
  Dialysis Care ................................................................................................23
  Drugs, Supplies, and Supplements ...............................................................24
  Durable Medical Equipment ........................................................................26
  Family Planning Services ..............................................................................27
  Health Education .........................................................................................28
  Hearing Services ..........................................................................................28
  Home Health Care .......................................................................................28

Hospice Care ............................................................................................................29
Imaging, Laboratory, and Special Procedures ...........................................................31
Infertility Services .....................................................................................................31
Mental Health Services .............................................................................................31
Ostomy and Urological Supplies ...............................................................................33
Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services ....33
Prosthetic and Orthotic Devices ...............................................................................34
Reconstructive Surgery .............................................................................................35
Religious Nonmedical Health Care Institution Services ............................................35
Skilled Nursing Facility Care ....................................................................................35
Transplant Services ...................................................................................................36
Vision Services ..........................................................................................................37
Exclusions, Limitations, and Reductions ........................................................................38
Exclusions .................................................................................................................38
Limitations ...............................................................................................................40
Reductions ................................................................................................................41
Requests for Payment or Services ...................................................................................44
Requests for Payment ...............................................................................................44
Requests for Services ................................................................................................46
Dispute Resolution ........................................................................................................47
Standard Medicare Appeal Procedure .......................................................................47
Expedited Medicare Appeal Procedure .....................................................................48
Support for Your Request ..........................................................................................49
If You Disagree with The Center's Decision ..............................................................50
Immediate Quality Improvement Organization (QIO) Review...................................51
Quality Improvement Organization Complaint Procedure.........................................52
Grievances .................................................................................................................52
Who May File ...........................................................................................................53
Binding Arbitration...................................................................................................53
Termination of Membership...........................................................................................57
Disenrolling from Senior Advantage .........................................................................57
How We May Terminate Your Membership ...............................................................58
Payments after Termination ......................................................................................59
Review of Membership Termination ..........................................................................59
Conversion of Membership .......................................................................................59
Miscellaneous Provisions ...............................................................................................60
Definitions.....................................................................................................................62
Copayments and Coinsurance ........................................................................................68
Annual Out-of-Pocket Maximum .............................................................................76

## Introduction

Kaiser Foundation Health Plan, Inc., a federally qualified health maintenance organization (HMO), has a contract with the Centers for Medicare & Medicaid Services (CMS) as a Medicare+Choice organization, which is renewed annually. This contract provides Medicare Services through "Kaiser Permanente Senior Advantage" (Senior Advantage), except for hospice care for Members with Medicare Parts A and B and qualifying clinical trials, which are covered directly by Medicare. Kaiser Permanente Senior Advantage is for Members entitled to Medicare, providing the advantages of combined Medicare and Health Plan benefits.

Once you are enrolled, this *Individual Plan Membership Agreement and Disclosure Form and Evidence of Coverage (Agreement)* and any amendments describe the Senior Advantage health care coverage and constitute the legally binding contract between Kaiser Foundation Health Plan, Inc. (Health Plan) and you. For benefits provided under any other Health Plan program, refer to that plan's *Evidence of Coverage*. In this *Agreement,* Kaiser Foundation Health Plan, Inc., is sometimes referred to as "Health Plan," "we," or "us." Members are sometimes referred to as "you." Some capitalized terms have special meaning in this *Agreement;* please see the "Definitions" section for terms you should know.

**Please read the following information so that you will know from whom or what group of providers you may get health care.** It is important to familiarize yourself with your coverage by reading this *Agreement* completely, so that you can take full advantage of your Health Plan benefits. Also, if you have special health care needs, please carefully read the sections that apply to you.

## Term of this *Agreement*

This *Agreement* is effective from January 1, 2004 (or your membership effective date if later) through December 31, 2004, unless this *Agreement* is:

- Revised under "Amendment of *Agreement*" in the "Miscellaneous Provisions" section
- Terminated in the "Termination of Membership" section

## About Kaiser Permanente

Kaiser Permanente provides Services directly to our Members through an integrated medical care program. Our Health Plan, Plan Hospitals, and Medical Group work together to provide our Members with quality care. Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, and other benefits described in the "Benefits" section.

1

We provide covered Services to Members using Plan Providers located in our Service Area, which is described in the "Definitions" section. You must receive all covered care from Plan Providers inside our Service Area, except as described in the following sections about:

- Getting a Referral, in the "How to Obtain Services" section
- Our Visiting Member Program, in the "How to Obtain Services" section
- Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care received from non-Plan Providers, in the "Emergency, Urgent, and Routine Care" section
- Out-of-Area dialysis care, in the "Benefits" section under "Dialysis Care"

## Dues, Eligibility, and Enrollment

### Dues

You must prepay the Dues listed below for each month on or before the last day of the month preceding the month of coverage. In addition to paying Dues to us, you must continue to pay your monthly premiums to Medicare.

Members who fail to meet any Dues requirement will be terminated in accord with "Termination for nonpayment of Dues" in the "Termination of Membership" section. Also, Members who fail to pay their monthly premiums to Medicare will be terminated in accord with "How We May Terminate Your Membership–Loss of eligibility" in the "Termination of Membership" section.

#### *Plan 8 Service Area*
If you live in the Plan 8 Service Area, which includes Alameda, Contra Costa, San Francisco, San Mateo, and portions of Santa Clara counties (see "Definitions" section), and are entitled to Medicare Parts A and B, your Dues are $80 per month for the months of January and February 2004. Effective March 1, 2004, the monthly Dues are $65 for the remainder of the year.

#### *Plan 9 Service Area*
If you live in the Plan 9 Service Area, which includes portions of Fresno, Kings, Madera, Mariposa, and Tulare counties (see "Definitions" section), and are entitled to Medicare Parts A and B, your Dues are $40 per month.

#### *Plan 10 Service Area (Part B only)*
If you have Medicare Part B only and were enrolled in Senior Advantage on December 31, 1998, you are enrolled in the Plan 10 Service Area. Your Dues are $300 per month. Your Dues include an additional sum so that we may provide you equivalent Medicare Part A coverage (except for hospice care and qualifying clinical trials). Alternatively, you may purchase Part A coverage from Social Security. Please contact a Social Security office to discuss your options. If you purchase

Exhibit B at 6

Part A coverage from Social Security, you will be enrolled in the applicable Plan Service Area described in this "Dues" section.

### Plan 13 Service Area
If you live in the Plan 13 Service Area, which includes Sacramento and portions of El Dorado, Placer, Sutter, Yolo, and Yuba counties (see "Definitions" section), and are entitled to Medicare Parts A and B, your Dues are $65 per month for the months of January and February 2004. Effective March 1, 2004, the monthly Dues are $55 for the remainder of the year.

### Plan 14 Service Area
If you live in the Plan 14 Service Area, which includes Marin, San Joaquin, Solano, Stanislaus, and portions of Amador, Napa, and Sonoma counties (see "Definitions" section), and are entitled to Medicare Parts A and B, your Dues are $75 per month for the months of January and February 2004. Effective March 1, 2004, the monthly Dues are $70 for the remainder of the year.

## Who Is Eligible

To enroll and to continue enrollment, you must meet all of the eligibility requirements in this "Who Is Eligible" section. You may not enroll family members as dependents under this *Agreement*. If you have a dependent entitled to Medicare who meets the eligibility requirements, that person may enroll directly under his or her own Senior Advantage *Agreement*. Other family members may apply for our individual plan coverage, by calling our Member Service Call Center.

### Medicare eligibility requirements
- You must be entitled to benefits under both Medicare Parts A and B, except for Members enrolled in Senior Advantage on December 31, 1998 without Medicare Part A (Part B only Members), you may continue enrollment without Medicare Part A entitlement
- You may enroll in Senior Advantage regardless of health status, except that you may not enroll if you have end-stage renal disease. This restriction does not apply to you if you are currently a Health Plan Member in the Northern California or Southern California Region and you developed end-stage renal disease while a Member
- You may not be enrolled in two Medicare-contracting HMOs at the same time. If you enroll in Senior Advantage, CMS will automatically disenroll you from any other Medicare-contracting plan

### Service Area eligibility requirements
You must live in our Service Area. However, if you were enrolled in Senior Advantage on December 31, 1998 and lived outside our Service Area, you may continue your membership unless you move and are still outside our Service Area. The "Definitions" section describes our Service Area and how it may change.

3

**You must also live in your plan Service Area.** If you permanently move outside your plan Service Area, or you are temporarily absent from your plan Service Area for a period of more than six months, you cannot continue your Senior Advantage membership under this *Agreement*. It is in your best interest to notify us as soon as possible because until your Senior Advantage coverage is officially terminated by CMS, you will not be covered by us or Medicare for any care received from non-Plan Providers (except for covered care described in the "Emergency, Urgent, and Routine Care" section about Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care received from non-Plan Providers and in the "Benefits" section about Out-of-Area dialysis care). Send your notice to Kaiser Permanente, California Service Center, P.O. Box 232400, San Diego, CA 92193.

**Moving inside our Northern California Region.** If you move between Senior Advantage plan Service Areas inside our Northern California Service Area (described in the "Definitions" section), you must complete a new Election Form to continue Senior Advantage coverage in the new plan Service Area and your Dues may change as described in the "Dues" section. Also, your Copayments may change as described in "Copayments and Coinsurance" section. To obtain a new Election Form, please call our Member Service Call Center. If you do not complete a new Election Form, you will be disenrolled.

**Moving outside our Northern California Region.** If you move to another Region's service area, you may be able to apply for membership in the other service area by contacting the member or customer service department there, but the coverage, dues, and eligibility requirements might not be the same. For information about Region locations and telephone numbers in the District of Columbia and parts of Southern California, Colorado, Georgia, Hawaii, Idaho, Maryland, Ohio, Oregon, Virginia, and Washington, please call our Member Service Call Center.

*Persons barred from enrolling in Health Plan*

- Persons who have had entitlement to receive Services through Health Plan terminated for failure to pay individual (nongroup) plan dues cannot enroll, unless we agree to allow you to enroll after you pay all amounts owed by you

## Enrollment and Effective Date of Coverage

*Enrollment*

Eligible persons may request enrollment in Senior Advantage during the following times:

- **Initial coverage election period.** If you are already a Health Plan Member when you initially become eligible for both Parts A and B of Medicare, you can request enrollment by completing a Senior Advantage Election Form. You may complete the form as early as the first of the month three months before you are eligible for both Parts A and B. But, you must submit your Election Form no later than the last day of the month before you become

Exhibit B at 8

eligible for both Parts A and B of Medicare. We will mail you information on how to join Senior Advantage shortly before you reach age 65. The mailing will include an Election Form and a postage-paid return envelope. Please return the form to us between 45 and 60 days prior to your 65th birthday

■ **Annual election period.** You can enroll during the annual election period, which is during November 15 to December 31. During the annual election period, you can enroll in Senior Advantage, disenroll from Senior Advantage and return to the Original Medicare fee-for-service program, or you can enroll in another Medicare+Choice organization

■ **Open enrollment period.** You may enroll in Senior Advantage at any time during the year because we are continuously open for enrollment

■ **Special election period.** You may request enrollment in Senior Advantage in accord with Medicare guidelines if one of the following events occurs:
  • you were enrolled in another organization's Medicare+Choice plan and it was terminated, or it violated a material provision of its contract with you
  • you move into our Service Area and out of your previous Medicare+Choice plan service area
  • other events may qualify for special election. For more information, contact **1-800-MEDICARE (1-800-633-4227) (TTY 1-877-486-2048)**

### *Effective date of coverage*

After we receive your completed Senior Advantage Election Form, we will submit your enrollment to CMS and send you a notice indicating the effective date of your Senior Advantage coverage. Your effective date will be as follows:

■ **Initial coverage election period.** If you will soon become entitled to both Medicare Parts A and B, your enrollment will be effective on the first day of the month in which you are entitled to both Medicare Parts A and B

■ **Annual election period.** If you enroll between November 15 and December 31, your Senior Advantage coverage will become effective on January 1

■ **Open enrollment period.** Your effective date will be the first day of the month after the month your completed Senior Advantage Election Form is received

■ **Special election period.** If you enroll subsequent to a special circumstance, your coverage becomes effective in accord with Medicare guidelines

Once CMS confirms your enrollment, we will send you written notification. If CMS does not confirm your enrollment in Medicare before your effective date, you still must receive your care from us, beginning on your effective date, just as if your enrollment had been confirmed. If CMS tells us that you are not entitled to both Medicare Parts A and B, we will notify you and request that you contact the Social Security Administration to clarify your Medicare status. If, after contacting the Social Security Administration, it is confirmed that you are still not entitled to

Exhibit B at 9

both Medicare Parts A and B, you will be billed for any Services we have provided you unless you are an existing Member under another Kaiser Permanente plan. Members will be responsible for any amounts owed under their other plan.

**Important information about Medicare supplement (Medigap) policies.** If you have a Medicare supplement (Medigap) policy, you may consider canceling it after we send you written confirmation of your enrollment in Senior Advantage. However, if you later disenroll from Senior Advantage, you may not be able to have your Medigap policy reinstated.

In certain cases, you can be guaranteed issuance of a Medigap policy without medical underwriting or pre-existing condition exclusions. Examples of these cases include the following:

- You are disenrolled from Senior Advantage because you moved out of our Service Area or for a reason that does not involve any fault on your part (for example, our contract with CMS terminates)
- You enrolled in Senior Advantage upon first reaching Medicare eligibility at age 65 and you disenroll from Senior Advantage within 12 months of your effective date
- Your supplemental coverage under an employee welfare benefit plan terminates
- Your enrollment in a Medigap policy ceases because of the bankruptcy or insolvency of the insurer issuing the policy, or because of other involuntary termination of coverage for which there is no state law provision relating to continuation of coverage
- You were previously enrolled under a Medigap policy and terminated your enrollment to participate, for the first time, in Senior Advantage and you disenroll during the first 12 months

You must apply for a Medigap policy within 63 days after your Senior Advantage coverage terminates and submit evidence of the date of your loss of coverage. For additional information regarding guaranteed Medicare supplemental policies, call the Health Insurance Counseling and Advocacy Program (HICAP) toll free at **1-800-434-0222** (TTY **1-800-722-3140**).

If you choose to keep your Medicare supplement (Medigap) policy, you may not be reimbursed by the Medigap policy for Services you receive from us. Most supplemental (Medigap) policies will not pay for any portion of such Services because:

- Supplemental insurers (Medigap insurers) process their claims based on proof of an Original Medicare payment, usually in the form of an Explanation of Medicare Benefits (EOMB). However, as long as you are a Senior Advantage Member, Original Medicare will not process any claims for Services you receive (except for hospice care for Members with Medicare Parts A and B and qualifying clinical trials)
- Kaiser Permanente has the financial responsibility for all Medicare-covered health Services you need (except for hospice care for Members with Medicare Parts A and B and qualifying clinical trials) as long as you follow Senior Advantage procedures on how to receive Services

6

## How to Obtain Services

As a Member, you are selecting our medical care program to provide your health care. You must receive all covered care from Plan Providers inside our Service Area, except as described in the following sections about:

- Getting a Referral, in this section
- Our Visiting Member Program, in this section
- Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care received from non-Plan Providers, in the "Emergency, Urgent, and Routine Care" section
- Out-of-Area dialysis care, in the "Benefits" section under "Dialysis Care"

Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, and other benefits described in the "Benefits" section.

### Your Primary Care Plan Physician

Your primary care Plan Physician plays an important role in coordinating your medical care needs, including hospital stays and referrals to specialists. We encourage you to choose a primary care Plan Physician. You may select a primary care Plan Physician from any of our available Plan Physicians who practice in these specialties: internal medicine, obstetrics/gynecology, family practice, and pediatrics. You can also select a new primary care Plan Physician for any reason from any of our available Plan Physicians. To learn how to select a primary care Plan Physician, please call our Member Service Call Center.

### Getting a Referral

***Referrals to Plan Providers***
Primary care Plan Physicians provide primary medical, pediatric, and obstetrics/gynecology care. Plan specialists provide specialty care in areas such as surgery, orthopedics, cardiology, oncology, urology, and dermatology. A Plan Physician will refer you to a Plan specialist when appropriate. You don't need a referral to receive primary care from Plan Physicians in the following areas: internal medicine, obstetrics/gynecology, family planning, family practice, pediatrics, optometry, psychiatry, and chemical dependency. Please check *Your Guidebook* to see if your facility has other departments that don't require a referral.

***Medical Group authorization procedure for certain referrals***
The following Services require prior authorization by Medical Group for the Services to be covered:

- **Services not available from Plan Providers.** If your Plan Physician decides that you require covered Services not available from Plan Providers, he or she will recommend to

Exhibit B at 11

Medical Group that you be referred to a non-Plan Provider inside or outside our Service Area. The appropriate Medical Group designee will authorize the Services if he or she determines that they are Medically Necessary but not available from a Plan Provider

- **Bariatric surgery.** If your Plan Physician makes a written referral for bariatric surgery, Medical Group's regional Bariatric Medical Director or his or her designee will authorize the Service if he or she determines that it is Medically Necessary in accord with Medical Group's bariatric surgery referral guidelines

- **Durable medical equipment (DME).** If your Plan Physician prescribes DME, he or she will submit a written referral to the Plan Hospital's DME Coordinator, who will authorize the DME if he or she determines that your DME coverage includes the item and that the item is listed on our formulary for your condition. If the item doesn't appear to meet our DME formulary guidelines, then the DME Coordinator will contact the Plan Physician for additional information about the request. If the request still doesn't appear to meet our DME formulary guidelines, the request will be submitted to Medical Group's designee Plan Physician, who will authorize the item if he or she determines that it is Medically Necessary. For more information about our DME formulary, please refer to "Durable Medical Equipment" in the "Benefits" section

- **Ostomy and urological supplies.** If your Plan Physician prescribes ostomy or urological supplies, he or she will submit a written referral to the Plan Hospital's designated coordinator, who will authorize the item if he or she determines that the item is listed on our formulary for your condition. If the item doesn't appear to meet our soft goods formulary guidelines, then the coordinator will contact the Plan Physician for additional information about the request. If the request still doesn't appear to meet our soft goods formulary guidelines, the request will be submitted to Medical Group's designee Plan Physician, who will authorize the item if he or she determines that it is Medically Necessary. For more information about our soft goods formulary, please refer to "Ostomy and Urological Supplies" in the "Benefits" section

- **Transplants.** If your Plan Physician makes a written referral for a transplant, Medical Group's regional transplant advisory committee or board (if one exists) will authorize the Services if it determines that they are Medically Necessary. In cases where no transplant committee or board exists, Medical Group will refer you to physician(s) at a transplant center, and the Medical Group will authorize the Services if the transplant center's physician(s) determine that they are Medically Necessary

Decisions regarding requests for authorization will be made only by licensed physicians or other appropriately licensed medical professionals.

The Copayments and Coinsurance for these referral Services are the same as those required for Services provided by a Plan Provider as described in the "Copayments and Coinsurance" section.

**Medical Group's decision time frames.** The applicable Medical Group designee will make the authorization decision within the time frame appropriate for your condition, but no later

than five business days after receiving all the information (including additional examination and test results) reasonably necessary to make the decision, except that decisions about urgent Services will be made no later than 72 hours after receipt of the information reasonably necessary to make the decision. If Medical Group needs more time to make the decision because it doesn't have information reasonably necessary to make the decision, or because it has requested consultation by a particular specialist, you and your treating physician will be informed about the additional information, tests, or specialist that is needed and the date Medical Group expects to make a decision.

Your treating physician will be informed of the decision within 24 hours after the decision is made. If the Services are authorized, your physician will be informed of the scope of the authorized Services. If Medical Group does not authorize all of the Services, you will be sent a written decision and explanation within two business days after the decision is made. The letter will include information about your appeal rights, which are described in the "Dispute Resolution" section. Any written criteria Medical Group uses to make the decision to authorize, modify, delay, or deny the request for authorization will be made available to you upon request.

**More information.** This description is only a brief summary of the authorization procedure. The policies and procedures (including a description of the authorization procedure or information about the authorization procedure applicable to some Plan Providers other than Kaiser Foundation Hospitals and Medical Group) are available upon request from our Member Service Call Center. Please refer to the "Emergency, Urgent, and Routine Care" section for authorization requirements that apply to Post-stabilization Care.

## Second Opinions

If you request a second opinion, it will be provided to you by an appropriately qualified medical professional. An appropriately qualified medical professional is a physician who is acting within his or her scope of practice and who possesses a clinical background related to the illness or condition associated with the request for a second medical opinion. If you want a second opinion, some examples of when a second opinion is Medically Necessary are:

- If you are unsure about whether a procedure that has been recommended by your Plan Physician is reasonable or necessary
- You question a diagnosis or plan of care for a condition that threatens substantial impairment or loss of life, limb, or bodily functions
- The clinical indications are not clear or are complex and confusing
- A diagnosis is in doubt due to conflicting test results
- The Plan Physician is unable to diagnose the condition
- The treatment plan in progress is not improving your medical condition within an appropriate period of time, given the diagnosis and plan of care
- You have concerns about the diagnosis or plan of care

9

You can either ask your Plan Physician to help you arrange for a second medical opinion, or you can make an appointment with another Plan Provider. If Medical Group determines that there isn't a Plan Provider who is an appropriately qualified medical professional for your condition, Medical Group will authorize a referral to a non-Plan Provider for a Medically Necessary second opinion. The Copayments and Coinsurance for these referral Services are the same as those required for Services provided by a Plan Provider as described in the "Copayments and Coinsurance" section.

## Contracts with Plan Providers

Health Plan and Plan Providers are independent contractors. Plan Providers are paid in a number of ways, such as salary, capitation, per diem rates, case rates, fee for service, and incentive payments. To learn more about how Plan Physicians are paid to provide or arrange medical and hospital care for Members, please ask your Plan Physician or call our Member Service Call Center.

Our contracts with Plan Providers provide that you are not liable for any amounts we owe. However, you may be liable for the cost of noncovered Services or of Services you obtain from non-Plan Providers.

***Termination of a Plan Provider's contract***
If our contract with any Plan Provider terminates while you are under the care of that provider, we will retain financial responsibility for covered care you receive from that provider until we make arrangements for the Services to be provided by another Plan Provider and so notify the Member.

In addition, if you are undergoing treatment for specific conditions from a Plan Physician (or certain other providers) when the contract with him or her ends (for reasons other than medical disciplinary cause, criminal activity, or the provider's voluntary termination), you may be eligible to continue receiving covered care from the terminated provider for your condition. The conditions that are subject to this continuation of care provision are:

■ Certain conditions that are either acute, or serious and chronic. We may cover these Services for up to 90 days, or longer if necessary for a safe transfer of care to a Plan Physician or other contracting provider as determined by Medical Group

■ A high-risk pregnancy or a pregnancy in its second or third trimester. We may cover these Services through postpartum care related to the delivery, or longer if Medically Necessary for a safe transfer of care to a Plan Physician as determined by Medical Group

The Services must be otherwise covered under this *Agreement*. Also, the terminated provider must agree in writing to our contractual terms and conditions and comply with them for Services to be covered by us. The Copayments and Coinsurance for the Services of a terminated provider are the same as those required for Services provided by a Plan Provider as described in

Exhibit B at 14

the "Copayments and Coinsurance" section. For more information about this provision, or to make a request, please call our Member Service Call Center.

## Our Visiting Member Program

If you visit the service area of another Region temporarily (not more than 90 days), you can receive certain Services from designated providers in that area. Coverage for these Services may differ from that in our Service Area, and is governed by our program for visiting members. This program does not cover certain Services, such as transplant or infertility Services. Also, except for covered Emergency Care, Out-of-Area Urgent Care, Post-stabilization Care, and out-of-area dialysis care, your right to receive covered Services in the visited service area ends after 90 days unless you receive prior written authorization from us to continue receiving covered Services in the visited service area.

Please call our Member Service Call Center for more information about our visiting member program, including facility locations in other service areas. The service areas and facilities where you may obtain visiting member Services may change at any time.

## Your Identification Card

Each Member's Health Plan ID card has a Medical Record Number on it, which is useful when you call for advice, make an appointment, or go to a provider for covered care. Your Medical Record Number is used to identify your medical records and membership information. Your Medical Record Number should never change. Please let us know if we ever inadvertently issue you more than one Medical Record Number, or if you need to replace your ID card, by calling our Member Service Call Center.

Your ID card is for identification only. To receive covered Services, you must be a current Health Plan Member. Anyone who is not a Member will be billed as a non-Member for any Services he or she receives. If you let someone else use your ID card, we may keep your ID card and terminate your membership.

## Getting Assistance

We want you to be satisfied with the health care you receive from Kaiser Permanente. If you have any questions or concerns, please discuss them with your primary care Plan Physician or with other Plan Providers who are treating you. They are committed to your satisfaction and want to help you with your questions.

Most Plan Facilities have an office staffed with representatives who can provide assistance if you need help obtaining Services. At different locations, these offices may be called Member

11

Services, Patient Assistance, or Customer Service. In addition, our Member Service Call Center representatives are available to assist you seven days a week (except holidays), from 7 a.m. to 7 p.m., toll free at **1-800-443-0815** (the toll-free TTY line for the hearing and speech impaired is **1-800-777-1370**). For your convenience, you can also contact us through our Web site at *www.members.kp.org*.

Also, Member Services representatives at our Plan Facilities and Member Service Call Center can answer any questions you have about your benefits, available Services, and the facilities where you can receive care. For example, they can explain your Health Plan benefits, how to make your first medical appointment, what to do if you move, what to do if you need care while you are traveling, and how to replace your ID card. These representatives can also help you if you need to file a claim as described in "Requests for Payment or Services" or with any issues as described in the "Dispute Resolution" section.

## Plan Facilities

At most of our Plan Facilities, you can usually receive all the covered Services you need, including specialty care, pharmacy, and lab work. You are not restricted to a particular Plan Facility, and we encourage you to use the facility that will be most convenient for you.

### Plan Hospitals and Plan Medical Offices

The following is a list of Plan Hospitals and most Plan Medical Offices in our Service Area. Additional Plan Medical Offices are listed in *Your Guidebook*. This list is subject to change at any time without notice. If we terminate a contract with a Plan Hospital, we will notify Members who live in the hospital's area. If you have any questions about the current locations of Plan Facilities, please call our Member Service Call Center.

***Plan Hospitals and Medical Centers (Plan Hospitals and Medical Offices)***
- All Plan Hospitals provide inpatient Services and are open 24 hours a day, seven days a week
- Emergency Care is available from Plan Hospital Emergency Departments as described in *Your Guidebook* (please refer to *Your Guidebook* for Emergency Department locations in your area)
- Same-day urgent care appointments are available
- Many Plan Medical Offices have evening and weekend appointments
- Many Plan Facilities have a Member Services Department (refer to *Your Guidebook* for locations in your area)

Exhibit B at 16

| City | Street Address |
|---|---|
| **Fremont** | **Medical Center:** 39400 Paseo Padre Parkway |
| **Fresno** | **Medical Center:** 7300 North Fresno Street |
| **Hayward** | **Medical Center:** 27400 Hesperian Boulevard |
| **Oakland** | **Medical Center:** 280 West MacArthur Boulevard |
| **Redwood City** | **Medical Center:** 1150 Veterans Boulevard |
| **Richmond** | **Medical Center:** 901 Nevin Avenue |
| **Roseville** | **Medical Center:** 1600 Eureka Road |
| | **Plan Medical Offices:** 1001 Riverside Avenue |
| **Sacramento** | **Medical Centers:** |
| | 2025 Morse Avenue |
| | 6600 Bruceville Road |
| | **Additional Plan Medical Offices:** |
| | 2345 Fair Oaks Boulevard |
| | 1650 Response Road |
| **San Francisco** | **Medical Center:** 2425 Geary Boulevard |
| **San Jose** | **Medical Center:** 250 Hospital Parkway (Santa Teresa Medical Center) |
| **San Rafael** | **Medical Center:** 99 Montecillo Road |
| | **Plan Medical Office:** 1540 Fifth Avenue |
| **Santa Clara** | **Medical Center:** 900 Kiely Boulevard |
| | **Plan Medical Offices:** 1333 Lawrence Expressway |
| **Santa Rosa** | **Medical Center:** 401 Bicentennial Way |
| **South San Francisco** | **Medical Center:** 1200 El Camino Real |
| **Stockton** | **Plan Hospital:** 525 West Acacia Street (Dameron Hospital) |
| | **Plan Medical Office:** 7373 West Lane |
| **Vallejo** | **Medical Center:** 975 Sereno Drive |
| **Walnut Creek** | **Medical Center:** 1425 South Main Street |
| | **Plan Medical Offices:** 320 Lennon Lane |
| | Emergency Care is also available at Mount Diablo Medical Center: at 2540 East Street, Concord, which is a Plan Hospital only for Emergency Care |

## Plan Medical Offices in other cities

| City | Street Address |
|---|---|
| **Alameda** | 2417 Central Avenue |
| **Antioch** | 3400 Delta Fair Boulevard |
| | 5601 Deer Valley Road |
| **Campbell** | 220 East Hacienda Avenue |
| **Clovis** | 2071 Herndon Avenue |

Exhibit B at 17

| | |
|---|---|
| **Daly City** | 395 Hickey Boulevard |
| **Davis** | 1955 Cowell Boulevard |
| **Elk Grove** | 9201 Big Horn Boulevard |
| **Fairfield** | 1550 Gateway Boulevard |
| **Folsom** | 2155 Iron Point Road |
| **Gilroy** | 7520 Arroyo Circle |
| **Livermore** | 3000 Las Positas Road |
| **Manteca** | 1721 West Yosemite Avenue |
| **Martinez** | 200 Muir Road |
| **Milpitas** | 770 East Calaveras Boulevard |
| **Modesto** | 4125 Bangs Avenue |
| **Mountain View** | 555 Castro Street |
| **Napa** | 3285 Claremont Way |
| **Novato** | 97 San Marin Drive |
| **Oakhurst** | 40595 Westlake Drive |
| **Petaluma** | 3900 Lakeville Highway |
| **Pleasanton** | 7601 Stoneridge Drive |
| **Rancho Cordova** | 10725 International Drive |
| **Rohnert Park** | 5900 State Farm Drive |
| **San Bruno** | 901 El Camino Real |
| **Selma** | 2651 Highland Avenue |
| **Union City** | 3553 Whipple Road |
| **Vacaville** | 3700 Vaca Valley Parkway |

## Locations in Stanislaus County

| | |
|---|---|
| **Stanislaus County** | **Plan Hospital:** 825 Delbon Avenue, Turlock (Emanuel Medical Center) |
| | **Plan Medical Offices:** 4125 Bangs Avenue, Modesto |
| | (Please refer to *Your Guidebook* for other Plan Providers in Stanislaus County) |

## *Your Guidebook*

Plan Medical Offices and Plan Hospitals for your area are listed in greater detail in *Your Guidebook to Kaiser Permanente Services (Your Guidebook). Your Guidebook* describes the types of covered Services that are available from each Plan Facility in your area, because some facilities provide only specific types of covered Services. It includes additional facilities that are not listed in this "Plan Facilities" section. Also, it explains how to use our Services and make appointments, and includes a detailed telephone directory for appointments and advice. *Your Guidebook* provides other important information, such as your Member rights and

14

responsibilities. It is subject to change and periodically updated. We mail *Your Guidebook* annually and you can get a copy by calling our Member Service Call Center, or log on to *www.members.kp.org*.

**Note:** State law requires *Evidence of Coverage* documents to include the following notice: "Some hospitals and other providers do not provide one or more of the following services that may be covered under your plan contract and that you or your family member might need: family planning; contraceptive services, including emergency contraception; sterilization, including tubal ligation at the time of labor and delivery; infertility treatments; or abortion. You should obtain more information before you enroll. Call your prospective doctor, medical group, independent practice association, or clinic, or call the Kaiser Permanente Member Service Call Center, to ensure that you can obtain the health care services that you need."

Please be aware that if a Service is covered but not available at a particular Plan Facility, we will make it available to you at another facility.

## Emergency, Urgent, and Routine Care

This section explains how to obtain covered Emergency Care, urgent care, Post-stabilization Care, and routine care. It also describes how our advice nurses can help assess nonemergency medical symptoms.

The care discussed in this section is not covered unless it meets the coverage requirements stated in the "Benefits" section (subject to the "Exclusions, Limitations, and Reductions" section).

### Emergency, Urgent, and Post-stabilization Care

#### *Emergency Care*
If you have an Emergency Medical Condition, call **911** or go to the nearest hospital. When you have an Emergency Medical Condition, we cover Emergency Care from Plan Providers and non-Plan Providers anywhere in the world. An Emergency Medical Condition is:

■ A medical or psychiatric condition that manifests itself by acute symptoms of sufficient severity (including severe pain) such that you could reasonably expect the absence of immediate medical attention to result in any of the following:
  • serious jeopardy to your health
  • serious impairment to your bodily functions
  • serious dysfunction of any bodily organ or part
■ "Active labor," which means a labor when there is inadequate time for safe transfer to a Plan Hospital (or designated hospital) before delivery or if transfer poses a threat to the health and safety of the Member or unborn child

15

Exhibit B at 19

**Note:** Emergency Care is available at Plan Hospital Emergency Departments listed in *Your Guidebook*. For ease and continuity of care, we encourage you to go to a Plan Hospital Emergency Department, but only if it is reasonable to do so, considering your condition or symptoms. Please refer to *Your Guidebook* for Plan Hospital Emergency Department locations in your area.

### Urgent care

When you are sick or injured, you may have an urgent care need. An urgent care need is one that requires prompt medical attention, but is not an Emergency Medical Condition. If you think you may need urgent care, call the appropriate appointment or advice nurse telephone number at a Plan Facility. Please refer to *Your Guidebook* for advice nurse and Plan Facility telephone numbers.

Also, in the event of unusual circumstances that delay or render impractical the provision of Services under this *Agreement* (such as major disaster, epidemic, war, riot, and civil insurrection), we cover urgent care inside our Service Area from a non-Plan Provider.

**Out-of-Area Urgent Care.** If you are temporarily outside our Service Area and have an urgent care need due to an unforeseen illness or injury, we cover the Medically Necessary Services you receive from a non-Plan Provider if we find that the Services were necessary to prevent serious deterioration of your health and they could not be delayed until you returned to our Service Area.

### Post-stabilization and follow-up care

**Post-stabilization Care.** Post-stabilization Care is the Services you receive after your treating physician determines that your Emergency Medical Condition is Clinically Stable.

We cover Post-stabilization Care if one of the following is true:

- We provide or authorize the care
- The care was Medically Necessary to maintain stabilization and it was administered within one hour following a request for authorization and we have not yet responded
- The non-Plan Provider and we do not agree about your care and a Plan Physician is not available for consultation
- In the rare circumstance that we are unavailable or cannot be contacted

Covered Post-stabilization Care is effective until one of the following events occurs:

- You are discharged from the non-Plan Hospital
- We assume responsibility for your care
- The non-Plan Provider and we agree to other arrangements

To request authorization to receive Post-stabilization Care from a non-Plan Provider, the non-Plan Provider must call us at **1-800-225-8883** *before* you receive the care. After we are notified, we

Exhibit B at 20

will discuss your condition with the non-Plan Provider. If we decide that your Post-stabilization Care would be covered if you received it from a Plan Provider, we will authorize your care from the non-Plan Provider or arrange to have a Plan Provider (or other designated provider) provide the care with the treating physician's concurrence. If we decide to have a Plan Provider (or other designated provider) provide your care, we may authorize special transportation Services that are medically required to get you to the provider. This may include transportation that is otherwise not covered.

Be sure to ask the non-Plan Provider to tell you what care (including transportation) we have authorized since we do not cover unauthorized Post-stabilization Care provided by non-Plan Providers, except as otherwise described in this section. Also, you will only be held financially liable if you are notified by the non-Plan Provider or us about your potential liability.

**Follow-up care.** We do not cover follow-up care provided by non-Plan Providers unless it is covered Emergency Care, Out-of-Area Urgent Care, or Post-stabilization Care described in this "Emergency, Urgent, and Routine Care" section.

### *Call us!*

We encourage you to call us at **1-800-225-8883** (or the notification telephone number on your ID card) if it is reasonably possible to do so (otherwise, call us as soon as reasonably possible). Also, please call us any time you are admitted to a non-Plan Hospital.

We understand that extraordinary circumstances can delay your ability to call us, for example, if you are unconscious. In these cases, please call us as soon as reasonably possible. Please keep in mind that anyone can call us for you.

### *Payment and reimbursement*

If you receive Emergency Care, Out-of-Area Urgent Care, or Post-stabilization Care from a non-Plan Provider, the provider may agree (or may be required) to bill for the Services, or may require that you pay for the Services at that time. In either case, to request payment or reimbursement, you must file a claim as described under "Non-Plan Emergency Care, Out-of-Area Urgent Care, Post-stabilization Care, and Out-of-Area Dialysis Care" in the "Requests for Payment or Services" section.

We will reduce any payment we make by applicable Copayments or Coinsurance, which are the same ones required for Services provided by a Plan Provider as described in the "Copayments and Coinsurance" section.

Also, if Medicare is secondary payer by law, we will reduce our payment by any amounts paid or payable (or that in the absence of this plan would have been payable) for the Services under any insurance policy, or any other contract or coverage, or any government program except Medicaid.

**Routine Care**

If you need to make a routine care appointment, please refer to *Your Guidebook* for appointment telephone numbers, or log on to *www.members.kp.org* to request an appointment online. Routine appointments are for medical needs that aren't urgent (such as routine checkups and school physicals). Try to make your routine care appointments as far in advance as possible.

**Our Advice Nurses**

We know that sometimes it's difficult to know what type of care you need. That's why we have telephone advice nurses available to assist you. Our advice nurses are registered nurses (RNs) specially trained to help assess medical symptoms and provide advice over the phone, when medically appropriate. Whether you are calling for advice or to make an appointment, you can speak to an advice nurse. They can often resolve a minor concern or advise you about what to do next, including making a same-day urgent care appointment for you if it's medically appropriate. To reach an advice nurse, please refer to *Your Guidebook* for the telephone numbers.

## Benefits

The Services described in this "Benefits" section are covered only if all of the following conditions are satisfied:

- The Services are Medically Necessary
- The Services are provided, prescribed, authorized, or directed by a Plan Physician except where specifically noted to the contrary in the following sections about:
  - our visiting member program, in the "How to Obtain Services" section
  - Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care received from non-Plan Providers, in the "Emergency, Urgent, and Routine Care" section
  - Out-of-Area dialysis care, in this "Benefits" section under "Dialysis Care"
- You receive the Services from Plan Providers inside our Service Area, except where specifically noted to the contrary in the following sections about:
  - getting a referral, in the "How to Obtain Services" section
  - our visiting member program, in the "How to Obtain Services" section
  - Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care received from non-Plan Providers, in the "Emergency, Urgent, and Routine Care" section
  - Out-of-Area dialysis care, in this "Benefits" section under "Dialysis Care"

Exhibit B at 22

Exclusions and limitations that apply only to a particular benefit are described in this "Benefits" section. Exclusions, limitations, and reductions that apply to all benefits are described in the "Exclusions, Limitations, and Reductions" section. Also, please refer to:

- The "Emergency, Urgent, and Routine Care" section for information about how to obtain Emergency Care, urgent care, Post-stabilization Care, and routine care
- The "Copayments and Coinsurance" section for the amounts you must pay for covered Services described in this "Benefits" section
- *Your Guidebook* for the types of covered Services that are available from each Plan Facility in your area, because some facilities provide only specific types of covered Services

## Special Note about Services Associated with Clinical Trials

Original Medicare will pay for certain Services related to qualifying clinical trials that we do not cover. You should continue to come to Plan Providers for all covered Services that are not part of the clinical trial. Medicare will pay for many, but not all, Services associated with qualifying clinical trials. You should ask the clinical trial provider if the clinical trial qualifies for Medicare payments and what Medicare coinsurance and other out-of-pocket expenses you will have to pay for related Services. Original Medicare does not require that you get a referral from a Plan Physician to join a qualifying clinical trial. However, you should tell us before you join a clinical trial outside of Kaiser Permanente so we can keep track of your Services. For more information on Medicare payments for clinical trials and which trials qualify, please call Medicare directly at **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).

## Outpatient Care

We cover the following outpatient care for preventive medicine, diagnosis, and treatment:

- Primary care visits for internal medicine, gynecology (including cervical cancer screening tests and mammograms), family practice, and pediatrics
- Specialty care visits (refer to "Referrals to Plan Providers" in the "How to Obtain Services" section for information about referrals to Plan specialists)
- After confirmation of pregnancy, all Obstetrical Department prenatal visits and the first postpartum visit
- Physical examinations and preventive health screenings, such as screening and tests for colorectal cancer in accord with Medicare guidelines when prescribed by a Plan Physician: X-rays, sigmoidoscopy, and stool tests. For Members age 50 and over, who are not at high risk of developing colon cancer, Medicare covers colonoscopy every 10 years or no sooner than four years after a sigmoidoscopy. You should consult with your Plan Physician to determine what is appropriate for you
- Outpatient surgery and anesthesia
- Respiratory therapy

Exhibit B at 23

- Blood, blood products, and their administration
- Medical social services
- House calls inside our Service Area when care can best be provided in your home as determined by a Plan Physician
- Manual manipulation of the spine to correct subluxation, as covered by Medicare, is provided when prescribed by a Plan Physician and performed by a Plan osteopath or chiropractor
- Emergency Department visits (please refer to the "Emergency, Urgent, and Routine Care" section for information about Emergency Care and urgent care)

The following types of outpatient Services are covered only as described under these headings in this "Benefits" section:

- Chemical Dependency Services
- Dental Services for Radiation Treatment and Dental Anesthesia
- Dialysis Care
- Drugs, Supplies, and Supplements
- Durable Medical Equipment
- Family Planning Services
- Health Education
- Hearing Services
- Home Health Care
- Hospice Care
- Imaging, Laboratory, and Special Procedures
- Infertility Services
- Mental Health Services
- Ostomy and Urological Supplies
- Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services
- Prosthetic and Orthotic Devices
- Reconstructive Surgery
- Transplant Services
- Vision Services

## Hospital Inpatient Care

We cover the following inpatient Services in a Plan Hospital, when the Services are generally and customarily provided by acute care general hospitals in our Service Area:

- Room and board, including a private room if Medically Necessary
- Specialized care and critical care units
- General and special nursing care

Exhibit B at 24

- Operating and recovery rooms
- Plan Physicians' and surgeons' Services, including consultation and treatment by specialists
- Anesthesia
- Medical supplies
- Blood, blood products, and their administration
- Obstetrical care and delivery (including cesarean section). **Note:** If you are discharged within 48 hours after delivery (or within 96 hours if delivery is by cesarean section), your Plan Physician may order a follow-up visit for you and your newborn to take place within 48 hours after discharge
- Respiratory therapy
- Medical social services and discharge planning

The following types of inpatient Services are covered only as described under the following headings in this "Benefits" section:

- Chemical Dependency Services
- Dental Services for Radiation Treatment and Dental Anesthesia
- Dialysis Care
- Drugs, Supplies, and Supplements
- Durable Medical Equipment
- Hospice Care
- Imaging, Laboratory, and Special Procedures
- Infertility Services
- Mental Health Services
- Ostomy and Urological Supplies
- Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services
- Prosthetic and Orthotic Devices
- Reconstructive Surgery
- Religious Nonmedical Health Care Institution Services
- Skilled Nursing Facility Care
- Transplant Services

## Ambulance Services

### *Emergency*

When you have an Emergency Medical Condition, we cover emergency Services of a licensed ambulance. We cover emergency ambulance Services that are not ordered by us only if one of the following is true:

- Your treating physician determines that you must be transported to another facility when you are not Clinically Stable because the care you need is not available at the treating facility

■ You are not already being treated, and you reasonably believe that your condition requires ambulance transportation

### Nonemergency
We also cover nonemergency ambulance Services for transportation if your condition meets Medicare guidelines.

### Ambulance Services exclusion
■ Transportation by car, taxi, bus, gurney van, wheelchair van, minivan, and any other type of transportation (other than a licensed ambulance), even if it is the only way to travel to a Plan Provider

## Chemical Dependency Services

### Inpatient detoxification
We cover hospitalization in a Plan Hospital only for medical management of withdrawal symptoms, including dependency recovery Services, education, and counseling.

### Outpatient
We cover the following Services for treatment of chemical dependency:
■ Day treatment programs
■ Intensive outpatient programs
■ Counseling (both individual and group visits) for chemical dependency
■ Medical treatment for withdrawal symptoms
■ Methadone maintenance treatment for pregnant Members during pregnancy and for two months after delivery at a licensed treatment center approved by Medical Group. We do not cover methadone maintenance treatment in any other circumstances

### Transitional residential recovery Services
We cover up to 60 days per calendar year of chemical dependency treatment in a nonmedical transitional residential recovery setting approved in writing by Medical Group; no more than 120 days of covered care is provided in any five consecutive calendar year period. These settings provide counseling and support services in a structured environment.

### Chemical dependency Services exclusions
■ Services in a specialized facility for alcoholism, drug abuse, or drug addiction except as described above

Exhibit B at 26

## Dental Services for Radiation Treatment and Dental Anesthesia

### *Dental Services for radiation treatment*

We cover Services covered by Medicare, including evaluation, extraction, dental X-rays, and fluoride treatment, if a Plan Physician refers you to a dentist (as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section) to prepare your jaw for radiation treatment of cancer.

### *Dental anesthesia*

For dental procedures at a Plan Facility, we provide general anesthesia and the facility's Services associated with the anesthesia if all of the following are true:

- You are under age 7, or you are developmentally disabled, or your health is compromised
- Your clinical status or underlying medical condition requires that the dental procedure be provided in a hospital or outpatient surgery center
- The dental procedure would not ordinarily require general anesthesia

We do not cover any other Services related to the dental procedure, such as the dentist's Services.


## Dialysis Care

We cover dialysis Services related to acute renal failure and end-stage renal disease if the following conditions are met:

- You satisfy all the medical criteria developed by the Medical Group
- The facility is certified by Medicare
- A Plan Physician provides a written referral for your dialysis treatment except for out-of-area dialysis care

We also cover peritoneal home dialysis (including equipment, training, and medical supplies).

### *Out-of-Area dialysis care*

We cover dialysis for Members with end-stage renal disease (ESRD) that is needed while you are traveling temporarily outside our Service Area. There is no limit to the number of covered routine dialysis days. Although it is not required, we ask that you contact us before you leave our Service Area so we can coordinate your care when you are temporarily outside our Service Area. Please refer to your ESRD patient material for more information.

**Note:** The procedure for obtaining reimbursement for Out-of-Area dialysis care is described in the "Requests for Payment or Services" section.

23

## Drugs, Supplies, and Supplements

We cover drugs, supplies, and supplements specified in this section when prescribed by a Plan Physician (except as otherwise described under "Outpatient drugs, supplies, and supplements") and in accord with our drug formulary guidelines.

You must obtain covered drugs, supplies, and supplements from a Plan Pharmacy. Please refer to *Your Guidebook* for the locations of Plan Pharmacies in your area. You may be able to order refills through our Web site at *www.members.kp.org*. A Plan Pharmacy or *Your Guidebook* can give you more information about obtaining refills (for example, most Plan Pharmacies offer refills by mail, whereas a few Plan Pharmacies don't dispense covered refills).

Please be aware that durable medical equipment used to administer drugs is not covered under this "Drugs, Supplies, and Supplements" section (instead, refer to the "Durable Medical Equipment" section).

### Administered drugs, supplies, and supplements
We cover the following during a covered stay in a Plan Hospital or a Skilled Nursing Facility, or if they require administration or observation by medical personnel and are administered to you in a Plan Medical Office or during home visits:

■ Drugs, injectables, internally implanted time-release contraceptives, intrauterine devices (IUDs), radioactive materials used for therapeutic purposes, vaccines and immunizations approved for use by the federal Food and Drug Administration (FDA), and allergy test and treatment materials

### Self-administered IV drugs, supplies, and supplements
We cover certain drugs, fluids, additives, and nutrients that require specific types of parenteral-infusion (such as an IV or intraspinal-infusion). We also cover the supplies and equipment required for their administration. Injectable drugs, insulin, and drugs for the treatment of infertility are not covered under this paragraph (instead, refer to the "Outpatient drugs, supplies, and supplements" paragraph below).

### Diabetes urine-testing supplies and insulin-administration devices
We cover the following diabetes urine-testing supplies: ketone test strips and sugar or acetone test tablets or tapes. **Note:** Diabetes blood-testing equipment and their supplies are not covered under this "Drugs, Supplies, and Supplements" section (instead, refer to the "Durable Medical Equipment" section).

We cover the following insulin-administration devices: disposable needles and syringes, pen delivery devices, and visual aids required to ensure proper dosage (except eyewear). **Note:** Insulin pumps and their supplies are not covered under this "Drugs, Supplies, and Supplements" section (instead, refer to the "Durable Medical Equipment" section).

Exhibit B at 28

*Certain other drugs*

The following drugs, supplies, and supplements are covered when prescribed for self-administration at home:

- Amino acid–modified products used to treat congenital errors of amino acid metabolism
- Avonex
- Cancer chemotherapy drugs and certain critical adjuncts following a diagnosis of cancer
- Certain drugs for the treatment of life-threatening ventricular arrhythmias
- Drugs for the treatment of tuberculosis
- Drugs used in covered nebulizers
- Elemental dietary enteral formula when used as a primary therapy for regional enteritis
- Emergency contraceptive pills
- Hematopoietic agents for dialysis patients and for the treatment of anemia in chronic renal insufficiency
- Human growth hormone for long-term treatment of pediatric patients with growth failure from lack of adequate endogenous growth hormone secretion
- In connection with a transplant, immunosuppressants and ganciclovir and ganciclovir prodrugs for the treatment of cytomegalovirus
- Low molecular weight heparin for acute therapy of life-threatening thrombotic disorders

Drugs covered by Medicare are provided in accord with Medicare guidelines.

*Outpatient drugs, supplies, and supplements*

We cover the following drugs, supplies, and supplements when prescribed by a Plan Physician or dentist (drugs, supplies, and supplements prescribed by dentists are not covered if a Plan Physician determines that they are not Medically Necessary):

- Generic drugs for which a prescription is required by law. We also cover certain generic drugs that do not require a prescription by law if they are listed on our drug formulary. **Note:** Generic smoking-cessation drugs are covered if you participate in a Plan-approved behavioral intervention program
- Insulin
- Disposable needles and syringes needed for injecting covered drugs

*About our drug formulary*

Our drug formulary includes the list of drugs that have been approved by our Pharmacy and Therapeutics Committee for our Members. Our Pharmacy and Therapeutics Committee, which is primarily comprised of Plan Physicians, selects drugs for the drug formulary based on a number of factors, including safety and effectiveness as determined from a review of medical literature. The Pharmacy and Therapeutics Committee meets quarterly to consider additions and deletions based on new information or drugs that become available. If you would like information about whether a particular drug is included in our drug formulary, please call our

25

Member Service Call Center. The presence of a drug on our drug formulary does not necessarily mean that your Plan Physician will prescribe it for a particular medical condition.

Our drug formulary guidelines allow you to obtain nonformulary prescription drugs (those not listed on our drug formulary for your condition) if a Plan Physician determines that they are Medically Necessary. If you disagree with your Plan Physician's determination that a nonformulary prescription drug is not Medically Necessary, you may file an appeal as described in the "Dispute Resolution" section. Also, our formulary guidelines may require you to participate in a Plan-approved behavioral intervention program for specific conditions and you may be required to pay for the program.

### *Drugs, supplies, and supplements exclusions*

■ Any requested packaging (such as dose packaging) other than the dispensing pharmacy's standard packaging
■ Compounded products unless the product is listed on our drug formulary or one of the ingredients requires a prescription by law
■ Drugs when prescribed to shorten the duration of the common cold
■ Drugs related to the treatment of sexual dysfunction disorders


## Durable Medical Equipment

We cover durable medical equipment (DME) in accord with our DME formulary and Medicare guidelines. Coverage is limited to the standard item of equipment that adequately meets your medical needs.

### *DME at a Plan Hospital or a Skilled Nursing Facility*

We cover equipment, including oxygen used during a covered stay in a Plan Hospital or a Skilled Nursing Facility if Skilled Nursing Facilities ordinarily furnish the equipment.

### *DME for home use*

Durable medical equipment for home use is an item that is intended for repeated use, primarily and customarily used to serve a medical purpose, generally not useful to a person who is not ill or injured, and appropriate for use in the home.

Inside our Service Area, we cover DME for use in your home (or another location used as your home as defined by Medicare inside our Service Area). For Members enrolled in Senior Advantage on December 31, 1998 who lived outside our Service Area and continue to live at the same address, we do not cover most DME for use in your home. Our DME formulary guidelines allow certain DME (such as crutches and canes) for use in your home to be picked up from Plan Facilities. To find out whether we will cover a particular DME item even if you live outside our Service Area, please call our Member Service Call Center.

26

We decide whether to rent or purchase the equipment, and we select the vendor. We will repair or replace the equipment, unless the repair or replacement is due to misuse.

### About our DME formulary

Our DME formulary includes the list of durable medical equipment that is covered by Medicare or has been approved by our DME Formulary Review Committee for our Members. The DME formulary was developed by a multidisciplinary clinical and operational workgroup with review and input from Plan Physicians and medical professionals with DME expertise (for example, physical, respiratory, and enterostomal therapists and home health). A multidisciplinary DME Formulary Review Committee is responsible for reviewing and revising the DME formulary. The DME formulary is periodically updated to keep pace with changes in medical technology, Medicare guidelines, and clinical practice. To find out whether a particular DME is included in our DME formulary, please call our Member Service Call Center.

Our formulary guidelines allow you to obtain nonformulary DME (those not listed on our DME formulary for your condition) if Medical Group determines that it is Medically Necessary as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section.

**Note:** Diabetes urine-testing supplies and insulin-administration devices (except insulin pumps) are not covered under this "Durable Medical Equipment" section (instead, refer to the "Drugs, Supplies, and Supplements" section). This section does apply to the following diabetes blood testing equipment and insulin-administration devices:

- Blood glucose monitors and their supplies (such as blood glucose monitor test strips, lancets, and lancet devices)
- Infusion pumps (such as insulin pumps) and supplies to operate the pump

### Durable medical equipment exclusions

- Comfort, convenience, or luxury equipment or features
- Exercise or hygiene equipment
- Dental appliances
- Nonmedical items, such as sauna baths or elevators
- Modifications to your home or car
- Devices for testing blood or other body substances (except diabetes blood glucose monitors and their supplies, such as blood glucose monitor test strips, lancets, and lancet devices)
- Electronic monitors of the heart or lungs except infant apnea monitors

## Family Planning Services

We cover the following:

- Family planning counseling, including preabortion and postabortion counseling and information on birth control

27

- Tubal ligations
- Vasectomies
- Voluntary termination of pregnancy

**Note:** Contraceptive drugs and devices are not covered under this "Family Planning Services" section (instead, refer to the "Drugs, Supplies, and Supplements" section).

## Health Education

We cover a variety of health education programs to help you protect and improve your health, including programs for smoking cessation, stress management, and chronic conditions (such as diabetes and asthma). You can also participate in programs and classes that we don't cover, which may require that you pay a fee. For more information about our health education programs, please contact your local Health Education Department or call our Member Service Call Center, or log on to *www.members.kp.org*. *Your Guidebook* also includes information about our health education programs.

**Note:** In accord with Medicare guidelines, any diabetes self-management training courses, accredited by the American Diabetes Association, may be available to you if you receive a referral from a Plan Physician.

## Hearing Services

We cover hearing tests to determine the need for hearing correction.

***Hearing Services exclusions***
- Tests to determine an appropriate hearing aid
- Hearing aids or tests to determine their efficacy

## Home Health Care

Home health care means Services provided in the home by nurses, medical social workers, home health aides, and physical, occupational, and speech therapists. We cover part-time or intermittent home health care in accord with Medicare guidelines if all of the following are true:
- You are substantially confined to your home
- Your condition requires the Services of a nurse, physical therapist, or speech therapist
- A Plan Physician determines that it is feasible to maintain effective supervision and control of your care in your home and that the Services can be safely and effectively provided in your home

28

Exhibit B at 32

- The Services are provided inside our Service Area
- The Services are covered by Medicare, such as part-time or intermittent skilled nursing care and part-time or intermittent service of a home health aide

The following types of Services are covered in the home only as described under these headings in this "Benefits" section:

- Dialysis Care
- Drugs, Supplies, and Supplements
- Durable Medical Equipment
- Ostomy and Urological Supplies
- Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services
- Prosthetic and Orthotic Devices

***Home health care exclusions***

- Care of a type that an unlicensed family member or other layperson could provide safely and effectively in the home setting after receiving appropriate training. This care is excluded even if we would cover the care if it were provided by a qualified medical professional in a hospital or a Skilled Nursing Facility
- Care in the home if the home is not a safe and effective treatment setting

## Hospice Care

Hospice care is a specialized form of interdisciplinary health care designed to provide palliative care and to alleviate the physical, emotional, and spiritual discomforts of a Member experiencing the last phases of life due to a terminal illness. It also provides support to the primary caregiver and the Member's family. A Member who chooses hospice care is choosing to receive palliative care for pain and other symptoms associated with the terminal illness, but not to receive care to try to cure the terminal illness. You may change your decision to receive hospice care benefits at any time.

We cover the Services listed below only if all of the following requirements are met:

- You are not entitled to Medicare Part A
- A Plan Physician has diagnosed you with a terminal illness and determines that your life expectancy is 12 months or less
- The Services are provided inside our Service Area by a licensed hospice agency approved by Medical Group
- The Services are necessary for the palliation and management of your terminal illness and related conditions

If all of the above requirements are met, we cover the following hospice Services, which are available on a 24-hour basis if necessary for your hospice care:

- Plan Physician Services
- Skilled nursing care, including assessment, evaluation, and case management of nursing needs, treatment for pain and symptom control, provision of emotional support to you and your family, and instruction to caregivers
- Physical, occupational, or speech therapy for purposes of symptom control or to enable you to maintain activities of daily living
- Respiratory therapy
- Medical social services
- Home health aide and homemaker services
- Palliative drugs prescribed for pain control and symptom management of the terminal illness up to a 100-day supply in accord with our drug formulary guidelines. You must obtain these drugs from Plan Pharmacies. Certain drugs are limited to a maximum 30-day supply in any 30-day period (please call our Member Service Call Center for the current list of these drugs)
- Durable medical equipment
- Respite care when necessary to relieve your caregivers. Respite care is occasional short-term inpatient care limited to no more than five consecutive days at a time
- Counseling and bereavement services
- Dietary counseling
- The following care during periods of crisis when you need continuous care to achieve palliation or management of acute medical symptoms:
  - nursing care on a continuous basis for as much as 24 hours a day as necessary to maintain you at home
  - short-term inpatient care required at a level that cannot be provided at home

***Special note for Members with Medicare Parts A and B***

Medicare covers hospice care directly for Members with Medicare Parts A and B; we do not cover the care. Although we do not cover it, if your Plan Physician determines you are eligible for and you wish to elect hospice care, we will assist you in identifying Medicare-certified hospices, including any Kaiser Permanente hospice, in your area. The hospice will bill Medicare directly for the care ordered by the hospice team. In addition, the hospice may charge you 5 percent of the reasonable cost of outpatient drugs or biologicals for pain relief and symptom management (up to a maximum of $5 for each prescription). The hospice may also charge you approximately $5 for each day of inpatient respite care. **Note:** If you elect hospice care, you are not entitled to any other benefits for the terminal illness under this *Agreement* or Medicare. However, we will continue to cover the Services described in this *Agreement* that are not related to the terminal illness. You may change your decision to receive hospice care at any time.

Exhibit B at 34

## Imaging, Laboratory, and Special Procedures

We cover the following Services only when prescribed as part of care covered under other parts of this "Benefits" section (for example, diagnostic imaging and laboratory tests are covered for infertility only to the extent that infertility Services are covered under "Infertility Services"):

- Diagnostic and therapeutic imaging, such as X-rays, magnetic resonance imaging (MRI), computed tomography, and positron emission tomography
- Laboratory tests, including tests for specific genetic disorders for which genetic counseling is available
- Special procedures, such as electrocardiograms and electroencephalograms
- Ultraviolet light treatments
- Annual mammograms for women age 40 and over (no referral required)

## Infertility Services

We cover the following Services:

- Services for diagnosis and treatment of involuntary infertility
- Artificial insemination (except for donor semen or eggs, and Services related to their procurement and storage)

**Note:** Diagnostic procedures are not covered under this "Infertility Services" section (instead, refer to the "Imaging, Laboratory, and Special Procedures" section). Also, drugs, supplies, and supplements are not covered under this section (instead, refer to the "Drugs, Supplies, and Supplements" section).

### *Infertility Services exclusion*

- Services to reverse voluntary, surgically induced infertility

## Mental Health Services

We cover mental health Services as specified below, except that any inpatient-day limits specified below do not apply to the following conditions:

- These severe mental illnesses: schizophrenia, schizoaffective disorder, bipolar disorder (manic-depressive illness), major depressive disorders, panic disorder, obsessive-compulsive disorder, pervasive developmental disorder or autism, anorexia nervosa, and bulimia nervosa
- A Serious Emotional Disturbance (SED) of a child under age 18, which means mental disorders as identified in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, other than a primary substance use disorder or developmental

Exhibit B at 35

disorder, that results in behavior inappropriate to the child's age according to expected developmental norms, if the child also meets at least one of the following three criteria:

- as a result of the mental disorder the child has substantial impairment in at least two of the following areas: self-care, school functioning, family relationships, or ability to function in the community; and either (a) the child is at risk of removal from the home or has already been removed from the home, or (b) the mental disorder and impairments have been present for more than six months or are likely to continue for more than one year without treatment
- the child displays psychotic features, or risk of suicide or violence due to a mental disorder
- the child meets special education eligibility requirements under Chapter 26.5 (commencing with Section 7570) of Division 7 of Title 1 of the California Government Code

For all other mental health conditions, we cover mental health Services in accord with Medicare guidelines and coverage is limited to treatment for psychiatric conditions that are amenable to active treatment, and for which active treatment provides a reasonable prospect of improvement or maintenance at a functional level.

### *Outpatient mental health Services*
We cover:
- ■ Individual and group therapy visits for diagnostic evaluation and psychiatric treatment
- ■ Psychological testing
- ■ Visits for the purpose of monitoring drug therapy

### *Inpatient psychiatric care*
We cover up to 190 days per lifetime for acute psychiatric conditions in a Medicare-certified psychiatric hospital. The number of covered lifetime hospitalization days is reduced by the number of inpatient days for mental health treatment previously covered by Medicare in a psychiatric hospital.

### *Hospital alternative Services*
We cover treatment in a structured multidisciplinary program as an alternative to inpatient psychiatric care. Hospital alternative Services include partial hospitalization and treatment in an intensive outpatient psychiatric treatment program.

**Note:** Drugs, supplies, and supplements are not covered under this "Mental Health Services" section (instead, refer to the "Drugs, Supplies, and Supplements" section).

## Ostomy and Urological Supplies

Inside our Service Area, we cover ostomy and urological supplies prescribed in accord with our soft goods formulary and Medicare guidelines. We select the vendor and coverage is limited to the standard item of equipment that adequately meets your medical needs.

### *About our soft goods formulary*
Our soft goods formulary includes the list of ostomy and urological supplies that are covered by Medicare or have been approved by our Soft Goods Formulary Review Committee for our Members. Our Soft Goods Formulary Review Committee is responsible for reviewing and revising the soft goods formulary. The soft goods formulary is periodically updated to keep pace with changes in medical technology, Medicare guidelines, and clinical practice. To find out whether a particular ostomy or urological supply is included in our soft goods formulary, please call our Member Service Call Center.

Our formulary guidelines allow you to obtain nonformulary ostomy and urological supplies (those not listed on our soft goods formulary for your condition) if Medical Group determines that they are Medically Necessary as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section.

### *Ostomy and urological supplies exclusions*
- Comfort, convenience, or luxury equipment or features

## Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services

### *Physical, occupational, and speech therapy*
In accord with Medicare guidelines, we cover initial and subsequent courses of physical, occupational, and speech therapy in a Plan Facility or a Skilled Nursing Facility, or as part of home health care, if in the judgment of a Plan Physician:
- Significant improvement is expected within a reasonable and generally predictable period, or
- The therapy is necessary to establish a maintenance program required in connection with certain medical conditions

### *Limitations*
- Occupational therapy is limited to treatment to achieve and maintain improved self-care and other customary activities of daily living

### *Multidisciplinary rehabilitation*
If, in the judgment of a Plan Physician, continuing significant improvement in function is achievable within a reasonable and generally predictable period, we will cover treatment in accord with Medicare guidelines in an organized, multidisciplinary rehabilitation program in a Plan Facility or a Skilled Nursing Facility.

Exhibit B at 37

## Prosthetic and Orthotic Devices

We cover the devices listed below if they are in general use, intended for repeated use, primarily and customarily used for medical purposes, and generally not useful to a person who is not ill or injured. Also, devices are limited to the standard device that adequately meets your medical needs. We also cover enteral formula for Members who require tube feeding in accord with Medicare guidelines.

We select the provider or vendor that will furnish the covered device. Coverage includes fitting and adjustment of these devices, their repair or replacement, and Services to determine whether you need a prosthetic or orthotic device. If we do not cover the device, we try to help you find facilities where you may obtain what you need at a reasonable price.

### *Internally implanted devices*
We cover internal devices implanted during covered surgery, such as pacemakers and hip joints, that are approved by the federal Food and Drug Administration for general use and are covered by Medicare.

### *External devices*
We cover the following external prosthetics and orthotics:
- Prosthetic devices and installation accessories to restore a method of speaking following the removal of all or part of the larynx including electronic voice-producing machines covered by Medicare
- Prostheses needed after a Medically Necessary mastectomy, including custom-made prostheses when Medically Necessary
- Prosthetics and orthotics that are covered by Medicare, including therapeutic footwear for severe diabetes-related foot disease in accord with Medicare guidelines
- Podiatric devices (including footwear) to prevent or treat diabetes-related complications when prescribed by a Plan podiatrist, physiatrist, or orthopedist
- Compression burn garments and lymphedema wraps and garments

### *Prosthetic and orthotic devices exclusions*
- Eyeglasses and contact lenses under this benefit (see "Vision Services" section)
- Hearing aids
- Dental appliances
- Except as described above, nonrigid supplies, such as elastic stockings and wigs
- Comfort, convenience, or luxury equipment or features
- Electronic voice-producing machines except as covered by Medicare
- Shoes or arch supports, even if custom-made, except footwear described above for diabetes-related complications

## Reconstructive Surgery

We cover reconstructive surgery to correct or repair abnormal structures of the body caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease, if a Plan Physician determines that it is necessary to improve function, or create a normal appearance, to the extent possible.

### Mastectomies

Following Medically Necessary removal of all or part of a breast, we cover reconstruction of the breast, surgery and reconstruction of the other breast to produce a symmetrical appearance, and treatment of physical complications, including lymphedemas.

**Note:** Prosthetics and orthotics are not covered under this "Reconstructive Surgery" section (instead, refer to the "Prosthetic and Orthotic Devices" section).

### Reconstructive surgery exclusions

- Surgery that, in the judgment of a Plan Physician specializing in reconstructive surgery, offers only a minimal improvement in appearance
- Surgery that is performed to alter or reshape normal structures of the body in order to improve appearance

## Religious Nonmedical Health Care Institution Services

Certain Services in a Medicare-certified Religious Nonmedical Health Care Institution (RNHCI) are covered. Covered Services in an RNHCI are limited to nonreligious aspects of care. To be eligible for covered Services in an RNHCI, you must have a medical condition that would allow you to receive inpatient hospital care, Skilled Nursing Facility care, or care from a home health agency. You may get Services when furnished in the home, but only Services ordinarily furnished by home health agencies that are not RNHCIs. In addition, you must complete forms that we request. You must also get authorization from us before receiving the Services, or your stay in the RNHCI may not be covered. Please call our Member Service Call Center for more information.

## Skilled Nursing Facility Care

Inside our Service Area, we cover up to 100 days per "benefit period" of skilled inpatient Services in a licensed Skilled Nursing Facility when prescribed by a Plan Physician and in accord with Medicare guidelines. The skilled inpatient Services must be Medically Necessary, customarily provided by a Skilled Nursing Facility, and above the level of custodial or inter-mediate care. A benefit period begins on the date you are admitted to a hospital or a Skilled Nursing Facility at a skilled level of care (defined in accord with Medicare guidelines). A benefit

period ends on the date you have not been an inpatient in a hospital or a Skilled Nursing Facility, receiving a skilled level of care, for 60 consecutive days. A new benefit period can begin only after any existing benefit period ends. A prior three-day stay in an acute care hospital is not required.

We cover the following Services:
- Physician and nursing Services
- Room and board
- Medical social services
- Blood, blood products, and their administration
- Medical supplies
- Services covered under "Physical, Occupational, and Speech Therapy and Multidisciplinary Rehabilitation Services"
- Respiratory therapy

**Note:** Drugs are not covered under this "Skilled Nursing Facility Care" section (instead, refer to the "Drugs, Supplies, and Supplements" section). Durable medical equipment is not covered under this "Skilled Nursing Facility Care" section (instead, refer to the "Durable Medical Equipment" section). Also, imaging, laboratory, and special procedures are not covered under this section (instead, refer to "Imaging, Laboratory, and Special Procedures" section).

### *Designating a Skilled Nursing Facility*
Upon discharge from a Plan Hospital, we will provide Skilled Nursing Facility coverage at the following Skilled Nursing Facilities inside our Service Area, if we have an agreement with the Skilled Nursing Facility to provide you the care described above:
- The Skilled Nursing Facility where you were residing at the time of your hospital admission
- A Skilled Nursing Facility that provides post-hospital skilled nursing Services through a continued care retirement community where you were residing at the time of your hospital admission
- The Skilled Nursing Facility where your Spouse is residing at the time you are discharged from the hospital

## Transplant Services

We cover transplants of organs, tissue, or bone marrow in accord with Medicare guidelines and if Medical Group provides a written referral for care to a transplant facility as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section.

After the referral to a transplant facility, the following applies:

■ If either Medical Group or the referral facility determines that you do not satisfy its respective criteria for a transplant, we will only cover Services you receive before that determination is made

■ Health Plan, Plan Hospitals, Medical Group, and Plan Physicians are not responsible for finding, furnishing, or ensuring the availability of an organ, tissue, or bone marrow donor

■ In accord with our guidelines for Services for living transplant donors, we provide certain donation-related Services for a donor, or an individual identified by Medical Group as a potential donor, even if the donor is not a Member. These Services must be directly related to a covered transplant for you. Our criteria for donor Services is available by calling our Member Service Call Center

## Vision Services

We cover the Services listed below at Plan Medical Offices or Plan Optical Sales Offices when prescribed by a Plan Physician or Plan optometrist.

### Eye exams
Refraction exams to determine the need for vision correction and to provide a prescription for eyeglass lenses. We also cover glaucoma screenings in accord with Medicare guidelines.

### Optical Services
**Eyeglasses and contact lenses.** We provide an allowance toward the price of eyeglass lenses, frames, and contact lenses, fitting, and dispensing every 24 months when prescribed by a Plan Physician or Plan optometrist. You will find the allowance amount in the "Copayments and Coinsurance" section. We will not provide the allowance if we have covered lenses or frames within the previous 24 months. Also, the allowance can only be used at the initial point of sale. If you do not use all of your allowance at the initial point of sale, you cannot use it later.

If you have a change in prescription of at least .50 diopter in one or both eyes within 12 months of initial point of sale, we will provide an allowance toward the price of a replacement eyeglass lens (or contact lens, fitting, and dispensing). The allowance for these replacement lenses is $60 for single-vision eyeglass lenses or contact lenses, fitting, and dispensing and $90 for multifocal eyeglass lenses.

**Special contact lenses.** We cover the following special contact lenses when prescribed by a Plan Physician or Plan optometrist:

■ We will provide up to two contact lenses per eye every 12 months to treat aniridia (missing iris)

■ We will provide up to five aphakic contact replacement lenses per eye under this or any other *Agreement* for children from birth through age 9 (aphakia is the absence of the crystalline lens of the eye)

Exhibit B at 41

■ If contact lenses will provide a significant improvement in your vision not obtainable with eyeglass lenses, we cover either one pair of contact lenses or an initial supply of disposable contact lenses every 24 months. When we cover these special contact lenses, you cannot use the allowance mentioned in "Eyeglasses and contact lenses" for another 24 months. However, if the combination of special contact lenses and eyeglasses will provide a significant improvement in your vision not obtainable with special contact lenses alone, you can use that allowance toward the purchase of the eyeglasses if we have not covered lenses or frames within the previous 24 months. If you have a change in prescription of at least .50 diopter in one or both eyes, we will cover special contact lens replacements, including fitting and dispensing

**Eyeglasses and contact lenses following cataract surgery.** In accord with Medicare guidelines, we provide a $150 allowance after each cataract surgery. The allowance is to help you pay for eyeglass lenses, frames, and contact lenses, fitting, and dispensing. It can be used only at the initial point of sale. If you do not use all of your allowance at the initial point of sale, you cannot use it later. Also, the allowance for each cataract surgery must be used before a subsequent cataract surgery. There is only one allowance of $150 following any cataract surgery.

### *Vision Services exclusions*

■ Services related to eye surgery or orthokeratologic Services for the purpose of correcting refractive defects such as myopia, hyperopia, or astigmatism
■ Industrial frames
■ Lenses and sunglasses without refractive value except for:
  • A balance lens if only one eye needs correction
  • Medically Necessary lenses to treat macular degeneration or retinitis pigmentosa
■ Replacement of lost, broken, or damaged lenses or frames
■ Lens adornment, such as engraving, faceting, or jeweling
■ Low-vision devices
■ Non-prescription products, such as eyeglass holders, eyeglass cases, and repair kits

## Exclusions, Limitations, and Reductions

### Exclusions

The Services listed below are excluded from coverage. These exclusions apply to all Services that would otherwise be covered under this *Agreement*. Additional exclusions that apply only to a particular Service are listed in the description of that Service in the "Benefits" section.

Exhibit B at 42

### *Certain exams and Services*

Physical examinations and other Services (a) required for obtaining or maintaining employment or participation in employee programs, or (b) required for insurance or licensing, or (c) on court order or required for parole or probation. This exclusion does not apply if a Plan Physician determines that the Services are Medically Necessary.

### *Chiropractic Services*

Chiropractic Services and the Services of a chiropractor. Manual manipulation of the spine as covered by Medicare is provided as described under "Outpatient Care" in the "Benefits" section.

### *Conception by artificial means*

All Services (other than artificial insemination described under "Infertility Services" in the "Benefits" section) related to conception by artificial means, such as: ovum transplants, gamete intrafallopian transfer (GIFT), donor semen or eggs (and Services related to their procurement and storage), in vitro fertilization (IVF), and zygote intrafallopian transfer (ZIFT).

### *Cosmetic Services*

Services that are intended primarily to improve your appearance, except for Services covered under "Reconstructive Surgery" and prostheses needed after a mastectomy covered under "Prosthetic and Orthotic Devices" in the "Benefits" section.

### *Custodial care*

Custodial care means assistance with activities of daily living (for example: walking, getting in and out of bed, bathing, dressing, feeding, toileting, and taking medicine), or care that can be performed safely and effectively by people who, in order to provide the care, do not require medical licenses or certificates or the presence of a supervising licensed nurse.

This exclusion does not apply to Services covered under "Hospice Care" in the "Benefits" section.

### *Dental care*

Dental care and dental X-rays, such as dental Services following accidental injury to teeth, dental appliances, dental implants, orthodontia, and dental Services resulting from medical treatment such as surgery on the jawbone and radiation treatment, except for Services covered by Medicare or under "Dental Services for Radiation Treatment and Dental Anesthesia" in the "Benefits" section.

### *Experimental or investigational Services*

A Service is experimental or investigational if we, in consultation with Medical Group, determine that:

- ■ Generally accepted medical standards do not recognize it as safe and effective for treating the condition in question (even if it has been authorized by law for use in testing or other studies on human patients), or

39

■ It requires government approval that has not been obtained when the Service is to be provided

**Hair loss or growth treatment**
Services for the promotion, prevention, or other treatment of hair loss or hair growth.

**Intermediate care**
Care in a licensed intermediate care facility. This exclusion does not apply to Services covered under "Hospice Care" in the "Benefits" section.

**Routine foot care Services**
Routine foot care, except for Medically Necessary Services covered by Medicare.

**Services related to a noncovered Service**
When a Service is not covered, all Services related to the noncovered Service are excluded, except that this exclusion does not apply to Services we would otherwise cover to treat complications of the noncovered Service.

**Sexual reassignment surgery**

**Surrogacy**
Services for anyone in connection with a surrogacy arrangement, except for otherwise-covered Services provided to a Member who is a surrogate. A surrogacy arrangement is one in which a woman (the surrogate) agrees to become pregnant and to surrender the baby to another person or persons who intend to raise the child. Please refer to "Surrogacy arrangements" in the "Reductions" section for information about your obligations to us in connection with a surrogacy arrangement, including your obligation to reimburse us for any Services we cover.

**Travel and lodging expenses**
Travel and lodging expenses, except that in some situations if Medical Group refers you to a non-Plan Provider as described in "Medical Group authorization procedure for certain referrals" under "Getting a Referral" in the "How to Obtain Services" section, we may pay certain expenses that we preauthorize in accord with our travel and lodging guidelines. Our travel and lodging guidelines are available from our Member Service Call Center.

## Limitations

We will do our best to provide or arrange for our Members' health care needs in the event of unusual circumstances that delay or render impractical the provision of Services under this *Agreement,* such as major disaster, epidemic, war, riot, civil insurrection, disability of a large share of personnel at a Plan Facility, complete or partial destruction of facilities, and labor disputes. Under these extreme circumstances, if you have an Emergency Medical Condition, go to the nearest hospital as described under "Emergency, Urgent, and Post-stabilization Care"

40

in the "Emergency, Urgent, and Routine Care" section, and we will provide coverage and reimbursement as described in that section.

## Reductions

### *Employer responsibility*

For any Services that the law requires an employer to provide, we will not pay the employer, and when we cover any such Services we may recover the value of the Services from the employer.

### *Government agency responsibility*

For any Services that the law requires be provided only by or received only from a government agency, we will not pay the government agency, and when we cover any such Services we may recover the value of the Services from the government agency.

### *Injuries or illnesses alleged to be caused by third parties*

You must pay us Charges (or Member Rates in the case of items obtained at pharmacies owned and operated by Kaiser Permanente) for covered Services you receive for an injury or illness that is alleged to be caused by a third party's act or omission, except that you do not have to pay us more than you receive from or on behalf of the third party.

To the extent permitted by law, we have the option of becoming subrogated to all claims, causes of action, and other rights you may have against a third party or an insurer, government program, or other source of coverage for monetary damages, compensation, or indemnification on account of the injury or illness allegedly caused by the third party. We will be so subrogated as of the time we mail or deliver a written notice of our exercise of this option to you or your attorney, but we will be subrogated only to the extent of the total of Charges (or Member Rates in the case of items obtained at pharmacies owned and operated by Kaiser Permanente) for the relevant Services.

To secure our rights, we will have a lien on the proceeds of any judgment or settlement you obtain against a third party. The proceeds of any judgment or settlement that you or we obtain shall first be applied to satisfy our lien, regardless of whether the total amount of the recovery is less than the actual losses and damages you incurred.

Within 30 days after submitting or filing a claim or legal action against a third party, you must send written notice of the claim or legal action to:

> **Kaiser Permanente**
> **Special Recovery Unit**
> **COB/TPL**
> **P.O. Box 2073**
> **Oakland, CA 94604-9877**

In order for us to determine the existence of any rights we may have and to satisfy those rights, you must complete and send us all consents, releases, authorizations, assignments, and other documents, including lien forms directing your attorney, the third party, and the third party's liability insurer to pay us directly. You must not take any action prejudicial to our rights.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on your injury or illness, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

Medicare law may apply with respect to Services covered by Medicare.

Some providers have contracted with Kaiser Permanente to provide certain Services to Members at rates that are typically less than the fees that the providers ordinarily charge to the general public ("General Fees"). However, these contracts may allow the providers to assert any independent lien rights they may have to recover their General Fees from a judgment or settlement that you receive from or on behalf of a third party. For Services the provider furnished, our recovery and the provider's recovery together will not exceed the provider's General Fees.

### *Medicare as secondary payer*

**Auto and liability insurance.** When Medicare by law is the secondary payer, federal law authorizes health plans to seek reimbursement from the medical expense provisions of any motor vehicle insurance covering you, and any liability insurance that provides payment for injuries or illness to you. We will reduce your benefits under this *Agreement* by all amounts paid or payable under your other health plan or insurance policy. You must complete and submit to us all consents, releases, assignments, and other documents necessary for us to obtain or assure such payment. If you fail to do so, then we may, at our discretion, require you to pay for the Services.

**Coordination of benefits (COB).** In certain cases, this *Agreement* is subject to coordination of benefits. COB applies when you have health benefits coverage through more than one health care plan and one of them is Group coverage that is subject to Medicare secondary payer law. If federal law requires that a Group's coverage be primary and Medicare coverage be secondary, we or the other health care plan will coordinate benefits with the plan whose Group coverage is primary by law. We will ask if you have other coverage. If you have other health care plan coverage, you must help us obtain payment from them by providing the information we request. The following are situations when Medicare is secondary for the purposes of COB:

■ If you are age 65 or older and have group health care coverage through an employer with 20 or more employees, either through your or your Spouse's current employment (this applies to most employers with 20 or more employees)

Exhibit B at 46

- If you are under age 65 and entitled to Medicare due to disability and have coverage under a large employer group health plan (100 or more employees), either through your own employment or the employment of a family member
- If you become eligible for, or entitled to, Medicare based on end-stage renal disease (ESRD) and are covered by an employer group health plan, you will be subject to a 30-month benefit coordination period, during which time Medicare is secondary payer, if: (1) ESRD is the sole basis for your Medicare eligibility or entitlement, (2) you also become eligible for or entitled to Medicare based on age or disability during the first 30 months of your ESRD-based eligibility or entitlement, or (3) you are entitled to Medicare based on age or disability and are subject to Medicare secondary payer provisions (refer to the first two bullets above)

### Medicare benefits

As a Senior Advantage Member, you receive all Medicare–covered benefits through us (except for hospice care for Members with Medicare Parts A and B and qualifying clinical trials, which are covered directly by Medicare) and these benefits are not duplicated.

### Surrogacy arrangements

You must pay us Charges (or Member Rates in the case of items obtained at pharmacies owned and operated by Kaiser Permanente) for covered Services you receive related to conception, pregnancy, or delivery in connection with a surrogacy arrangement ("Surrogacy Health Services"). Your obligation to pay us for Surrogacy Health Services is limited to the compensation you are entitled to receive under the surrogacy arrangement. A surrogacy arrangement is one in which you agree to become pregnant and to surrender the baby to another person or persons who intend to raise the child.

By accepting Surrogacy Health Services, you automatically assign to us your right to receive payments that are payable to you or your chosen payee under the surrogacy arrangement, regardless of whether those payments are characterized as being for medical expenses. To secure our rights, we will also have a lien on those payments. Those payments shall first be applied to satisfy our lien. The assignment and our lien will not exceed the total amount of your obligation to us under the preceding paragraph.

Within 30 days after entering into a surrogacy arrangement, you must send written notice of the arrangement, including the names and addresses of the other parties to the arrangement, and a copy of any contracts or other documents explaining the arrangement, to:

> **Kaiser Permanente**
> **Special Recovery Unit**
> **Parsons East, 2nd Floor**
> **P.O. Box 7017**
> **Pasadena, CA 91109-9977**
> **Attention: Third Party Liability Supervisor**

43

You must complete and send us all consents, releases, authorizations, lien forms, and other documents that are reasonably necessary for us to determine the existence of any rights we may have under this "Surrogacy arrangements" section and to satisfy those rights. You must not take any action prejudicial to our rights.

If your estate, parent, guardian, or conservator asserts a claim against a third party based on the surrogacy arrangement, your estate, parent, guardian, or conservator and any settlement or judgment recovered by the estate, parent, guardian, or conservator shall be subject to our liens and other rights to the same extent as if you had asserted the claim against the third party. We may assign our rights to enforce our liens and other rights.

### U.S. Department of Veterans Affairs
For any Services for conditions arising from military service that the law requires the Department of Veterans Affairs to provide, we will not pay the Department of Veterans Affairs, and when we cover any such Services we may recover the value of the Services from the Department of Veterans Affairs.

### Workers' compensation or employer's liability benefits
You may be eligible for payments or other benefits, including amounts received as a settlement (collectively referred to as "Financial Benefit"), under workers' compensation or employer's liability law. We will provide covered Services even if it is unclear whether you are entitled to a Financial Benefit, but we may recover the value of any covered Services from the following sources:
- From any source providing a Financial Benefit or from whom a Financial Benefit is due
- From you, to the extent that a Financial Benefit is provided or payable or would have been required to be provided or payable if you had diligently sought to establish your rights to the Financial Benefit under any workers' compensation or employer's liability law

## Requests for Payment or Services

### Requests for Payment

### Non-Plan Emergency Care, Out-of-Area Urgent Care, Post-stabilization Care, and Out-of-Area Dialysis Care
If you receive Emergency Care, Out-of-Area Urgent Care, Post-stabilization Care, and Out-of-Area dialysis care from a non-Plan Provider (as described in the "Emergency, Urgent, and Routine Care" section about Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care and in the "Benefits" section about Out-of-Area dialysis care), ask the non-Plan Provider to submit a claim to us within 60 days or as soon as possible, but no later than 15 months after receiving

Exhibit B at 48

care (or up to 27 months according to Medicare rules, in some cases). If the provider refuses and bills you, send us the unpaid bill with a claim form. To file a claim, this is what you need to do:

■ As soon as possible, get our claim form by calling our Member Service Call Center toll free at **1-800-443-0815** or **1-800-390-3510** (TTY **1-800-777-1370**). Also, one of our representatives will be happy to assist you if you need help completing our claim form

■ If you have paid for Services, you must send us our completed claim form for reimbursement. Please attach any bills from the non-Plan Provider and receipts

■ You must complete and return to us any information that we request to process your claim, such as claim forms, consents for the release of medical records, assignments, and claims for any other benefits to which you may be entitled

■ The completed claim form must be mailed to the following address as soon as possible, but no later than 15 months after receiving care (or up to 27 months according to Medicare rules, in some cases). Please do not send any bills or claims to Medicare. Any additional information we request should also be mailed to this address:

> **Kaiser Foundation Health Plan, Inc.**
> **Claims Department**
> **P.O. Box 12923**
> **Oakland, CA 94604-2923**

We will notify you of our decision within 60 days after we receive your claim. If we totally or partially deny your claim, we will notify you in writing of the reasons for denial and of your right to seek reconsideration. If you have not received a determination on your claim within 60 days after we receive your claim, you may assume the determination is negative and you may use the Medicare appeal procedure described in the "Dispute Resolution" section.

### Other Services

To request payment for Services that you believe should be covered, other than the Services described above, you or your non-Plan Provider must submit a written request to your local Member Services Department at a Plan Facility. Please attach any bills and receipts if you have paid any bills. Please be aware that we may not pay for Services provided by non-Plan Providers who have been sanctioned or debarred by Medicare, or who have opted out of Medicare.

We will respond to your claim within 60 days. If we deny your claim, we will tell you the specific reasons for the denial. If you have not received a notice about our determination on your claim within 60 days after we receive it, you may assume the decision is negative and you may request an appeal. Likewise, if you disagree with our decision, you may appeal our decision as described in the "Dispute Resolution" section.

45

## Requests for Services

### *Standard decision*

If you disagree with your Plan Provider's determination about Services you have requested, or if you want to request that we cover the Services of a non-Plan Provider, you may request that we provide the Services by writing to your local Member Services Department at a Plan Facility. We will respond to your request within 14 days. If we deny your request, we will send you a notice that explains the reason for the denial and provides information about your appeal rights as described in the "Dispute Resolution" section.

We may extend our decision for up to 14 days if it is in your interest, or if you request an extension. For example, our decision may take longer if we have to wait for medical information from a non-Plan Provider. If we must extend the time frame, we will provide written notice. If you disagree with our decision to extend the time frame, you may file a grievance as described under "Grievances" in the "Dispute Resolution" section.

### *Expedited decision*

You may ask that we make an expedited decision on your request. Expedited requests may be made orally or in writing. We will make an expedited decision within 72 hours if we find, or if your physician states, that your health or ability to regain maximum function could be seriously harmed by waiting 14 days for a standard decision. We may extend our decision for up to 14 days if it is in your interest, or if you request an extension. For example, our decision may take longer if we have to wait for medical information from a non-Plan Provider. If we must extend the time frame, we will provide written notice. If you disagree with our decision to extend the time frame, you may file a grievance as described in the "Dispute Resolution" section.

You or your physician may request an expedited decision by calling toll free **1-888-987-7247** or by sending your written request to Kaiser Foundation Health Plan, Inc., Advocacy Program, P.O. Box 12983, Oakland, CA 94604-2983, Attention: Medicare Expedited Review. You may also fax your request to **1-888-987-2252,** or deliver your request in person to your local Member Services Department at a Plan Facility. Specifically state that you want an expedited decision, 72-hour decision, or that you believe that your health could be seriously harmed by waiting 14 days for a decision. If we deny your request for an expedited decision, we will give you prompt oral notice and provide written notice within 72 hours. The notice will include information about your grievance rights as described in the "Dispute Resolution" section. Also, we will automatically transfer your request for a standard decision review and make a decision within 14 days from the date of the request.

Exhibit B at 50

## Dispute Resolution

We are committed to providing you with quality care and with a timely response to your concerns if an issue arises. Our Member Services representatives are available to discuss your concerns at most Plan Facilities or you can call our Member Service Call Center. The following procedures for resolving disputes are discussed in detail below:

- **Standard Medicare appeal procedure.** To appeal denied claims for payment or denied requests for Services when an expedited Medicare appeal is not required
- **Expedited Medicare appeal procedure.** To appeal discontinuation of Services, or denied requests for Services when your health or ability to function could be seriously harmed by waiting 30 days for a standard Medicare appeal
- **Immediate Quality Improvement Organization (QIO) review.** To appeal denial of continued coverage of a stay in a hospital when we have determined that hospitalization is no longer Medically Necessary
- **Quality Improvement Organization complaint procedure.** To report concerns about the quality of care you receive, you can also file a complaint with your local Quality Improvement Organization
- **Grievance procedure.** To report any quality of care concerns you have and to seek resolution of an issue that is not subject to a Medicare appeal procedure
- **Binding arbitration.** To resolve all other claims arising from your membership, unless otherwise indicated below

***Special note about hospice care***
For Members entitled to Medicare Parts A and B, Medicare covers hospice care directly and it is not covered under this *Agreement*. Therefore, any disputes related to the coverage of hospice care for Members entitled to Medicare Parts A and B must be resolved directly with Medicare and not through any dispute resolution procedure discussed in this section.

## Standard Medicare Appeal Procedure

This procedure applies to denied requests for Services or claims for payment of Services. **We will use this procedure to reconsider all requests and claims unless the expedited Medicare appeal procedure applies.**

If we deny your initial claim for payment or request for Services, we will tell you the specific reasons for the denial in a written denial notice. If you disagree with our decision, you have the right to request a reconsideration of our decision within 60 days from the date of the denial notice (unless you show good cause for a delay past 60 days). Your reconsideration request must be filed in writing with us at the address shown on your denial notice. You have the right to submit any new information to support your request in person or in writing. If you prefer, you may file your request with an office of the Social Security Administration, or if you are a

Exhibit B at 51

qualified Railroad Annuitant, with the Railroad Retirement Board office. The office will forward your reconsideration request to us for processing.

For claims for payment, we will process your reconsideration request within 60 days. For denied requests for Services that you believe are covered under this *Agreement,* we will process your reconsideration request within 30 days from receipt of the request. If it is in your best interest, or if you request, we may extend our decision for an additional 14 days beyond the 30-day period. If we must extend the time frame, we will provide written notice. If you disagree with our decision to extend the time frame, you may file a grievance as described under "Grievances" in this "Dispute Resolution" section.

If our reconsideration decision is fully in your favor for the Services you requested, we will authorize or provide the Service to you as quickly as your health condition requires, but no later than 30 days from receipt of your reconsideration request. If our decision is fully in your favor for a request for payment, we will pay for the Services no later than 60 days from receipt of your reconsideration request.

If we do not rule fully in your favor, we will forward your reconsideration request to the CMS contractor for a decision within 60 days after we receive a claim for payment and 30 days for requests for Services (or 44 days as applicable). The CMS contractor, The Center for Health Dispute Resolution (The Center), will then make its own reconsideration decision within 60 days for claims for payment and 30 days for requests for Services. The Center will advise you of its decision, the reason for its decision, and your rights to a hearing before an administrative law judge.

If The Center's decision is in your favor for a request for payment, we will pay for the Service within 30 days from receipt of The Center's decision. If The Center's decision is in your favor for a request for Service, we will do one of the following:

■ Authorize those Services as quickly as your health condition requires, but no later than 72 hours from the date we receive notice of The Center's decision
■ Provide those Services as quickly as your health condition requires, but no later than 14 days from the date we receive notice of The Center's decision

## Expedited Medicare Appeal Procedure

This procedure applies to denied requests for Services that you believe we should provide, arrange, or continue. This procedure does not apply to denied claims for payment.

You may ask that we make an expedited decision on your reconsideration request. We will make an expedited decision within 72 hours if we find, or if your physician states, that your health or ability to regain maximum function could be seriously harmed by waiting 30 days for the standard Medicare appeal procedure decision. If it is in your best interest, we may extend the

Exhibit B at 52

time frame to make our decision for an additional 14 days beyond the 72-hour period. For example, you may need time to provide us with additional information, or we may need to have additional diagnostic tests completed. Also, our decision may take longer than 72 hours if we have to wait for medical information from a non-Plan Provider.

You must submit your reconsideration request within 60 days of the date on the denial notice. You or your physician may request an expedited Medicare reconsideration by calling toll free **1-888-987-7247,** or by writing to Kaiser Foundation Health Plan, Inc., Advocacy Program, P.O. Box 12983, Oakland, CA 94604-2983, Attention: Medicare Expedited Review. You may also fax your request to **1-888-987-2252,** or deliver your request in person to your local Member Services Department at a Plan Facility. Specifically state that you want an expedited reconsideration decision, 72-hour reconsideration decision, or that you believe that your health could be seriously harmed by waiting 30 days for a decision.

If we deny your request for an expedited Medicare reconsideration, we will automatically review your request under the standard Medicare appeal procedure. You do not need to submit a separate reconsideration request. If you disagree with our decision not to expedite your request, you may file a grievance as described in the "Grievances" section. If our decision under the expedited Medicare appeal procedure is not fully in your favor, we will automatically forward your request for reconsideration to the CMS contractor for a decision within 24 hours of our decision. The CMS contractor, The Center for Health Dispute Resolution (The Center), will then make its own reconsideration decision within 72 hours of receipt of your case, and so notify you. The Center may extend their decision for an additional 14 days beyond the 72 hours if additional information is needed and the extension is in your best interest. The Center will advise you of its decision, the reason for its decision, and your rights to a hearing before an administrative law judge.

If our expedited decision is fully in your favor for the Services you requested, we will authorize or provide those Services to you as quickly as your health condition requires, but no later than 72 hours from receipt of your reconsideration request. If The Center's decision is in your favor for the Services you requested, we will authorize or provide those Services as quickly as your health condition requires, but no later than 72 hours from the date we receive notice of The Center's decision.

## Support for Your Request

You are not required to submit additional information to support your request for Services or payment for Services already received. We are responsible for gathering all necessary information, however, it may be helpful to you to include additional information to clarify or support your position. For example, you may want to include in your reconsideration request, information such as medical records or physician opinions in support of your request. We will

Exhibit B at 53

obtain medical records from Plan Providers on your behalf. If you have received Services from a non-Plan Provider, you may need to contact the non-Plan Provider to obtain your medical records. You may need to send or fax a written request. Ask your physician to send or fax the records directly to us, if possible. We will provide an opportunity for you to provide additional information in person or in writing.

You may submit any new evidence to support your reconsideration request of denied requests for Services by mail, fax, or phone (or in person) at the numbers or addresses listed above for expedited Medicare appeal and standard Medicare appeal.

If you decide to appeal or request reconsideration and want help, you may have a doctor, friend, lawyer, or someone else help you. There are several groups that can help you at the following toll-free numbers:

- Health Insurance Counseling and Advocacy Program at **1-800-434-0222** (TTY **1-800-722-3140**)
- Medicare Rights Center at **1-888-HMO-9050**
- State Ombudsman (for Skilled Nursing Facility issues) at **1-800-231-4024**
- Area Agency on Aging at **1-800-510-2020** (varies by county, check your phone book) or call Eldercare Locator at **1-800-677-1116**

For information about who may file an appeal, please refer to "Who May File" below.

## If You Disagree with The Center's Decision

If you disagree with The Center's decision about your standard or expedited reconsideration request, you may request a hearing before an administrative law judge by filing a written request at a Social Security office (or at a Railroad Retirement Board office if a Railroad Annuitant) or by writing to The Center for Health Dispute Resolution, 1 Fishers Rd., 2nd Floor, Pittsford, NY 14534-9597.

This request must be filed within 60 days after the date of notice of The Center's adverse decision. This 60-day notice period may be extended for good cause by the administrative law judge. A hearing can be held only if the amount in controversy is $100 or more, as determined by the administrative law judge. An adverse decision by the administrative law judge may be reviewed by the Departmental Appeals Board (DAB) of the Department of Health and Human Services, either by its own action or as the result of a request from you or from us. If the amount involved is $1,000 or more, either you or we may request that a decision made by the DAB be reviewed by a federal district court. The party requesting judicial review must notify the other parties involved. An initial, revised, or appeal determination made by us, The Center, an administrative law judge, or the DAB may be reopened (a) within 12 months, (b) within four years for just cause, or (c) at any time for clerical correction or in cases of fraud.

50

## Immediate Quality Improvement Organization (QIO) Review

You may request an immediate Quality Improvement Organization (QIO) review if you believe you are being asked to leave the hospital too soon and we deny coverage of your continued stay in the hospital because hospitalization is no longer Medically Necessary. A QIO is a group of doctors paid by the federal government to review the medical necessity, appropriateness, and quality of hospital treatment furnished to you. When we inform you that you are being discharged, we will provide you a written "Notice of Discharge and Medicare Appeal Rights" that describes in detail the procedures available to you to request a QIO review.

When you are admitted to any hospital, you will be provided a document entitled "An Important Message from Medicare." The document describes your rights while you are a hospital patient. Those rights include: (1) the right to receive all hospital care that is necessary for the proper diagnosis and treatment of your illness or injury and the right to have your discharge date determined solely by your medical need and not by any method of payment, (2) the right to be fully informed about decisions affecting the coverage and payment of your hospital stay and for any post-hospital Services, and (3) the right to request a review by a QIO if we determine that your hospital stay is no longer Medically Necessary and you disagree.

### *Requesting QIO review*

When you receive the "Notice of Discharge and Medicare Appeal Rights," if you believe that you are being asked to leave the hospital too soon, you may request an immediate QIO review by phone or in writing. If you request a QIO review by noon of the first business day after you receive the "Notice of Discharge and Medicare Appeal Rights," you will not be financially responsible for the cost of your hospitalization until the QIO makes a decision. By requesting QIO review, you may not use the standard Medicare appeal procedure or expedited Medicare appeal procedure described above. The QIO will respond to your request for review of the "Notice of Discharge and Medicare Appeal Rights" by phone or in writing. The QIO will ask you your views about your case before making a decision.

If the QIO agrees with the "Notice of Discharge and Medicare Appeal Rights," you will be financially responsible for all costs of hospitalization beginning at noon of the day after you receive the QIO decision. If you do not agree with the QIO decision, you may request that the QIO immediately reconsider your case. The QIO may take up to three business days from receipt of your appeal to make a decision. The QIO will inform you in writing of the reconsideration decision. If the QIO continues to agree with the "Notice of Discharge and Medicare Appeal Rights," you will be financially responsible for the cost of your continued hospitalization beginning at noon of the day after you received the first QIO decision. If, upon reconsideration, the QIO disagrees with the "Notice of Discharge and Medicare Appeal Rights," you will not be financially responsible for the cost of any additional hospital days approved by the QIO.

Exhibit B at 55

**Note:** If you do not request a QIO review, you will be financially responsible for the cost of your hospitalization beginning on the first day after receipt of the "Notice of Discharge and Medicare Appeal Rights." You may use the standard Medicare appeal procedure or expedited Medicare appeal procedure described above if you do not request a QIO review. However, you may be financially responsible for the cost of your hospitalization beginning on the first day after receipt of the "Notice of Discharge and Medicare Appeal Rights," if the appeal decision is not in your favor.

## Quality Improvement Organization Complaint Procedure

If you are concerned about the quality of care you have received, you may also file a complaint with the local Quality Improvement Organization, by writing to Lumetra, One Sansome St., Suite 600, San Francisco, CA 94104-4448 (fax number **(415) 677-2185**), or by calling toll free at **1-800-841-1602** (TTY **1-800-881-5980**). Quality Improvement Organizations are groups of doctors and health professionals that monitor the quality of care provided to Medicare beneficiaries. The Quality Improvement Organization review process is designed to help stop any improper practices.

## Grievances

You can file a grievance for any issue that is not subject to a Medicare appeal procedure described above. Your grievance must explain your issue, such as the reasons why you believe a decision was in error or why you are dissatisfied with the Services you received. Grievances may be submitted orally or in writing and they must be submitted to a Member Services representative at a Plan Facility or through our Web site at *www.members.kp.org*.

We will send you a confirming letter within five days of our receipt of your grievance. We will send you our written decision within 30 days. If we deny your grievance in whole or in part, our written decision will fully explain why we denied it and additional dispute resolution options.

### *Expedited grievance*

You may make an oral or written request that we expedite your grievance if we:

- Deny your request to expedite a decision related to a Service that you have not yet received described under "Expedited decision" in the "Requests for Payment or Services" section
- Deny your request to expedite your Medicare appeal described under "Expedited Medicare Appeal Procedure" in this section
- Decide to extend the time we need to make a standard or an expedited decision described under "Standard decision" or "Expedited decision" in the "Requests for Payment or Services" section and under "Standard Medicare Appeal Procedure" or "Expedited Medicare Appeal Procedure" in this section

If you request an expedited grievance, we will respond to your request within 24 hours.

## Who May File

The following persons may file a grievance, appeal, or reconsideration request:

- You may file for yourself
- You may appoint someone as your authorized representative by completing our authorization form. Authorization forms are available from your local Member Services Department at a Plan Facility or by calling our Member Service Call Center. Your completed authorization form must accompany the request
- You may file for your dependent children, except that they must appoint you as their authorized representative if they have the legal right to control release of information that is relevant to the request
- You may file for your ward if you are a court-appointed guardian
- You may file for your conservatee if you are a court-appointed conservator
- You may file for your principal if you are an agent under a health care proxy, to the extent provided under state law
- Your physician may request an expedited appeal as described under "Expedited Medicare Appeal Procedure" above
- A non-Plan Provider may file a standard reconsideration request of a denied claim if he or she completes a waiver of liability statement that says he or she will not bill you regardless of the outcome of the reconsideration request

## Binding Arbitration

For all claims subject to this "Binding Arbitration" section, both Claimants and Respondents give up the right to a jury or court trial, and accept the use of binding arbitration. Insofar as this "Binding Arbitration" section applies to claims asserted by Kaiser Permanente Parties, it shall apply retroactively to all unresolved claims that accrued before the effective date of this *Agreement*. Such retroactive application shall be binding only on the Kaiser Permanente Parties.

### Scope of Arbitration
Any dispute shall be submitted to binding arbitration if all of the following requirements are met:

1. The claim arises from or is related to an alleged violation of any duty incident to or arising out of or relating to this *Agreement* or a Member Party's relationship to Kaiser Foundation Health Plan, Inc. (Health Plan), including any claim for medical or hospital malpractice, for premises liability, or relating to the coverage for, or delivery of, Services, irrespective of the legal theories upon which the claim is asserted.

Exhibit B at 57

2. The claim is asserted by one or more Member Parties against one or more Kaiser Permanente Parties or by one or more Kaiser Permanente Parties against one or more Member Parties.

3. The claim is *not* within the jurisdiction of the Small Claims Court.

4. The claim is *not* subject to a Medicare appeal procedure.

As referred to in this "Binding Arbitration" section,

1. "Member Parties" include:
   a. A Member,
   b. A Member's heir or personal representative, or
   c. Any person claiming that a duty to him or her arises from a Member's relationship to one or more Kaiser Permanente Parties.

2. "Kaiser Permanente Parties" include:
   a. Kaiser Foundation Health Plan, Inc. (Health Plan),
   b. Kaiser Foundation Hospitals (KFH),
   c. The Permanente Medical Group, Inc. (TPMG),
   d. Southern California Permanente Medical Group (SCPMG),
   e. The Permanente Federation, LLC,
   f. The Permanente Company, LLC,
   g. Any KFH, TPMG, or SCPMG physician,
   h. Any individual or organization whose contract with any of the organizations identified above requires arbitration of claims brought by one or more Member Parties, or
   i. Any employee or agent of any of the foregoing.

3. "Claimant" refers to a Member Party or a Kaiser Permanente Party who asserts a claim as described above.

4. "Respondent" refers to a Member Party or a Kaiser Permanente Party against whom a claim is asserted.

### Arbitration Oversight Board and Independent Administrator

In 1997, Health Plan assembled a Blue Ribbon Panel to evaluate the arbitration system and recommend improvements. The Panel's recommendations included the establishment of an Independent Administrator to oversee the arbitration process and an Advisory Committee with broad representation to assist in the independent administration. The Independent Administrator and the Advisory Committee established Rules of Procedure applicable to Health Plan's arbitration system. In 2002, the Advisory Committee was replaced by an Arbitration Oversight Board.

### Initiating Arbitration

Claimants shall initiate arbitration by serving a Demand for Arbitration. The Demand for Arbitration shall include the basis of the claim against the Respondents; the amount of damages the Claimants seek in the arbitration; the names, addresses, and telephone numbers of the

54

Claimants and their attorney, if any; and the names of all Respondents. Claimants shall include all claims against Respondents that are based on the same incident, transaction, or related circumstances in the Demand for Arbitration.

### Serving Demand for Arbitration

Health Plan, KFH, TPMG, SCPMG, The Permanente Federation, LLC, and The Permanente Company, LLC shall be served with a Demand for Arbitration by mailing the Demand for Arbitration addressed to that Respondent in care of:

> **Kaiser Foundation Health Plan, Inc.**
> **Legal Department**
> **1950 Franklin Street, 17th Floor**
> **Oakland, CA 94612**

Service on that Respondent shall be deemed completed when received.

All other Respondents, including individuals, must be served as required by the California Code of Civil Procedure for a civil action.

### Filing Fee

The Claimants shall pay a single, nonrefundable filing fee of $150 per arbitration, payable to "Arbitration Account," regardless of the number of claims asserted in the Demand for Arbitration or the number of Claimants or Respondents named in the Demand for Arbitration.

Any Claimant who claims extreme hardship may request that the Independent Administrator waive the filing fee and the Neutral Arbitrator's fees and expenses. A Claimant who seeks such waivers shall complete the Fee Waiver Form and submit it to the Independent Administrator and simultaneously serve it upon the Respondents. The Fee Waiver Form sets forth the criteria for waiving fees and is available by calling the Kaiser Permanente Member Service Call Center.

### Number of Arbitrators

The number of Arbitrators may affect the Claimant's responsibility for paying the Neutral Arbitrator's fees and expenses.

If the Demand for Arbitration seeks total damages of $200,000 or less, the dispute shall be heard and determined by one Neutral Arbitrator, unless the parties otherwise agree in writing that the arbitration shall be heard by two Party Arbitrators and one Neutral Arbitrator. The Neutral Arbitrator shall not have authority to award monetary damages that are greater than $200,000.

If the Demand for Arbitration seeks total damages of more than $200,000, the dispute shall be heard and determined by one Neutral Arbitrator and two Party Arbitrators, one jointly appointed by all Claimants and one jointly appointed by all Respondents. Parties who are entitled to select a Party Arbitrator may agree to waive this right. If all parties agree, these arbitrations will be heard by a Single Neutral Arbitrator.

***Payment of Arbitrator's Fees and Expenses***

Health Plan will pay the fees and expenses of the Neutral Arbitrator under certain conditions as set forth in the *Rules for Kaiser Permanente Member Arbitrations Overseen by the Office of the Independent Administrator* (Rules of Procedure). In all other arbitrations, the fees and expenses of the Neutral Arbitrator shall be paid one-half by the Claimants and one-half by the Respondents.

If the parties select Party Arbitrators, Claimants shall be responsible for paying the fees and expenses of their Party Arbitrator and Respondents shall be responsible for paying the fees and expenses of their Party Arbitrator.

***Costs***

Except for the aforementioned fees and expenses of the Neutral Arbitrator, and except as otherwise mandated by laws that apply to arbitrations under this "Binding Arbitration" section, each party shall bear the party's own attorneys' fees, witness fees, and other expenses incurred in prosecuting or defending against a claim regardless of the nature of the claim or outcome of the arbitration.

***Rules of Procedure***

Arbitrations shall be conducted according to Rules of Procedure developed by the Independent Administrator in consultation with Kaiser Permanente and the Arbitration Oversight Board. Copies of the Rules of Procedure may be obtained from the Member Service Call Center.

***General Provisions***

A claim shall be waived and forever barred if (1) on the date the Demand for Arbitration of the claim is served, the claim, if asserted in a civil action, would be barred as to the Respondents served by the applicable statute of limitations, or (2) Claimants fail to pursue the arbitration claim in accord with the Rules of Procedure with reasonable diligence, or (3) the arbitration hearing is not commenced within five years after the earlier of (i) the date the Demand for Arbitration was served in accord with the procedures prescribed herein, or (ii) the date of filing of a civil action based upon the same incident, transaction, or related circumstances involved in the claim. A claim may be dismissed on other grounds by the Neutral Arbitrator based on a showing of a good cause. If a party fails to attend the arbitration hearing after being given due notice thereof, the Neutral Arbitrator may proceed to determine the controversy in the party's absence.

The California Medical Injury Compensation Reform Act of 1975 (including any amendments thereto), including sections establishing the right to introduce evidence of any insurance or disability benefit payment to the patient, the limitation on recovery for noneconomic losses, and the right to have an award for future damages conformed to periodic payments, shall apply to any claims for professional negligence or any other claims as permitted by law.

Exhibit B at 60

Arbitrations shall be governed by this "Binding Arbitration" section, Section 2 of the Federal Arbitration Act, and the California Code of Civil Procedure provisions relating to arbitration that are in effect at the time the statute is applied, together with the Rules of Procedure, to the extent not inconsistent with this section.

## Termination of Membership

Your membership termination date is the first day you are not covered (for example, if your termination date is January 1, 2004, your last minute of coverage was at 11:59 p.m. on December 31, 2003). You will be billed as a non-Member for any Services you receive after your membership terminates. Health Plan and Plan Providers have no further liability or responsibility under this *Agreement* after your membership terminates, except:

- As provided under "Payments after Termination" in this "Termination of Membership" section
- If you are receiving covered Services as an acute care hospital inpatient on the termination date, we will continue to cover those hospital Services (but not physician Services or any other Services) until you are discharged

**Note:** Until your membership terminates, you remain a Senior Advantage Member and must continue to receive your medical care from us, except as described in the "Emergency, Urgent, and Routine Care" section about Emergency Care, Out-of-Area Urgent Care, and Post-stabilization Care and in the "Benefits" section about Out-of-Area dialysis care.

### Disenrolling from Senior Advantage

If you meet Medicare requirements, you may terminate (disenroll from) your Senior Advantage membership and return to the Original (non–Kaiser Permanente) Medicare fee-for-service program by sending written notice to the address below.

If you terminate your membership, and you meet Medicare requirements, your disenrollment effective date will be effective the first day of the month following our receipt of your disenrollment request.

To find out if you are eligible to disenroll from Senior Advantage, please call our Member Service Call Center. If you request disenrollment at a time when you are not eligible, we will deny your request. For more information, please contact **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).

You may request disenrollment by sending written notice to the address below. Also, you may request disenrollment at any Social Security office or Railroad Retirement Board office (if you are a Railroad Annuitant) by completing a written request for disenrollment. In addition, you

Exhibit B at 61

may also call CMS at **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**). However, although optional, we request that if you disenroll at a Social Security office or Railroad Retirement Board office, you also notify us.

> **Kaiser Permanente Senior Advantage**
> **California Service Center**
> **P.O. Box 232400**
> **San Diego, CA 92193-2400**

**Note:** If you enroll in another Medicare+Choice plan, CMS will automatically terminate your Senior Advantage membership when your membership in the other organization becomes effective. In this case, do not send us a disenrollment request. If you disenroll and have Part B only, you will have to purchase Medicare Part A from the Social Security Administration to re-enroll in Senior Advantage in the future or to enroll in another Medicare+Choice plan.

## How We May Terminate Your Membership

### *Loss of eligibility*

We will terminate your Senior Advantage membership on the last day of the month, and so notify you, if you:

- Are temporarily absent from our Service Area for more than six months
- Permanently move outside our Service Area
- Move from one Senior Advantage plan Service Area to another and you do not complete a new Election Form to continue coverage in the new area
- Are no longer entitled to Medicare Parts A or B. Your Senior Advantage membership termination will be effective the first day of the month following the month when Medicare Parts A or B end. **Note:** If you were enrolled in Senior Advantage on December 31, 1998 and you did not have Medicare Part A, you will not be terminated simply because you continue to not be entitled to Medicare Part A through Social Security

### *Termination of contract with CMS*

If our contract with CMS to offer Senior Advantage terminates, your membership will terminate on the same date. We will send you advance written notice and advise you of your health care options.

### *Termination for cause*

We may terminate your membership by sending you advance written notice if you commit one of the following acts:

- Your behavior threatens the safety of Plan personnel or of any person or property at a Plan Facility. Any such termination requires CMS approval
- You knowingly misrepresent membership status, misuse (or let someone else use) a Member ID card, or commit fraud in connection with your obtaining membership

Exhibit B at 62

*Termination for nonpayment of Dues*

If we do not receive Dues on or before the last day of the month preceding the month of coverage, a notice of nonreceipt of payment will be sent to your address of record and you must pay within 90 days. The notice will indicate your termination date if payment is not received within 90 days.

*Termination for discontinuance of a product*

We may terminate your membership if we discontinue offering this product as permitted by law. If we continue to offer other nongroup products, we may terminate your membership under this product by sending you written notice at least 90 days before the termination date. You will be able to enroll in any other product we are then offering in the nongroup market if you meet all eligibility requirements (except for any medical review requirement). If we discontinue offering all nongroup products, we may terminate your membership by sending you written notice at least 180 days before the termination date.

## Payments after Termination

If you have paid Dues beyond the date your membership ends, you may be eligible for a refund. We will pay you any amounts we have determined that we owe you for claims during your membership in accord with "Non-Plan Emergency Care, Out-of-Area Urgent Care, Post-stabilization Care, and Out-of-Area Dialysis Care" in the "Requests for Payment or Services" section. Any amounts you owe us will be deducted from any payment we make to you.

## Review of Membership Termination

If you believe that we terminated your membership because of your ill health or your need for care, you may file a grievance as described in the "Dispute Resolution" section.

## Conversion of Membership

If you no longer qualify as a Member described under "Who Is Eligible" in the "Dues, Eligibility, and Enrollment" section, or if our contract with CMS terminates, you may be eligible to convert to our non-Medicare individual plan. You must apply within 63 days after your membership terminates. Dues and benefits differ from those under this *Agreement*. For information about converting your membership or about other individual plans, call our Member Service Call Center. You are not eligible to convert if your membership ends because we terminated your membership under "Termination for cause."

59

Exhibit B at 63

## Miscellaneous Provisions

### Administration of *Agreement*
We may adopt reasonable policies, procedures, and interpretations to promote orderly and efficient administration of this *Agreement*.

### Advance directives
The California Health Care Decision Law offers several ways for you to control the kind of health care you will receive if you become very ill or unconscious, including:

- A *Power of Attorney for Health Care* lets you name someone to make health care decisions for you when you cannot speak for yourself. It also lets you write down your own views on life support and other treatments
- *Individual health care instructions* let you express your wishes about receiving life support and other treatment. You can express these wishes to your doctor and have them documented in your medical chart, or you can put them in writing and have that made a part of your medical chart

For additional information about advance directives, including how to obtain forms and instructions, contact your local Member Services Department at a Plan Facility.

### *Agreement* binding on Members
By electing coverage or accepting benefits under this *Agreement,* all Members legally capable of contracting, and the legal representatives of all Members incapable of contracting, agree to all provisions of this *Agreement*.

### Amendment of *Agreement*
Upon CMS approval and in accord with our Medicare contract, we may amend this *Agreement* at any time by sending written notice to you at least 30 days before the effective date of the amendment. All such amendments are deemed accepted unless you give us written notice of non-acceptance within 30 days after the date of the notice, in which case this *Agreement* terminates the day before the effective date of the amendment. But, Dues and Copayments in this *Agreement* can only be increased effective January 1 of each year after notification.

### Applications and statements
You must complete any applications, forms, or statements that we request in our normal course of business or as specified in this *Agreement*.

### Assignment
You may not assign this *Agreement* or any of the rights, interests, claims for money due, benefits, or obligations hereunder without our prior written consent.

## Attorneys' fees and expenses

In any dispute between a Member and Health Plan or Plan Providers, each party will bear its own attorneys' fees and other expenses.

## Governing law

Except as preempted by federal law, this *Agreement* will be governed in accord with California law and any provision that is required to be in this *Agreement* by state or federal law shall bind Members and Health Plan whether or not set forth in this *Agreement*.

## Health Insurance Counseling and Advocacy Program (HICAP)

For additional information concerning covered benefits, contact the Health Insurance Counseling and Advocacy Program (HICAP) or your agent. HICAP provides health insurance counseling for California senior citizens. Call the HICAP toll-free telephone number, **1-800-434-0222** (TTY **1-800-722-3140**), for a referral to your local HICAP office. HICAP is a service provided free of charge by the state of California.

## No waiver

Our failure to enforce any provision of this *Agreement* will not constitute a waiver of that or any other provision, or impair our right thereafter to require your strict performance of any provision.

## Nondiscrimination

We do not discriminate in our employment practices or in the delivery of Services on the basis of age, race, color, national origin, cultural background, religion, sex, sexual orientation, or physical or mental disability.

## Notices

Our notices to you will be sent to the most recent address we have. You are responsible for notifying us of any change in your address. If you move, please call our Member Service Call Center, and Social Security at **1-800-772-1213,** as soon as possible to report your address change.

## Overpayment recovery

We may recover any overpayment we make for Services from anyone who receives such an overpayment or from any person or organization obligated to pay for the Services.

## Privacy practices

Kaiser Permanente will protect the privacy of your Protected Health Information (PHI). We also require contracting providers to protect your PHI. PHI is health information that includes your name, Social Security number, or other information that reveals who you are. You may generally see and receive copies of your PHI, correct or update your PHI, and ask us for an accounting of certain disclosures of your PHI.

We may use or disclose your PHI for treatment, payment, and health care operations purposes, including health research and measuring the quality of care and Services. We are sometimes required by law to give PHI to government agencies or in judicial actions. In addition, we will not use or disclose your PHI for any other purpose without your (or your representative's) written authorization, except as described in our *Notice of Privacy Practices* (see below). Giving us authorization is at your discretion.

**This is only a brief summary of some of our key privacy practices. Our *Notice of Privacy Practices* describing our policies and procedures for preserving the confidentiality of medical records and other PHI is available and will be furnished to you upon request. To request a copy, please call our Member Service Call Center. You can also find the notice at your local Plan Facility or on our Web site at *www.members.kp.org*.**

## Definitions

The following terms, when capitalized and used in any part of this *Agreement,* mean:

**Charges:** Charges means the following:
- For Services for which the provider is compensated on a capitation basis, the charges in the provider's schedule of charges for Services provided to the general public (or, for Members, the provider's schedule of charges for Services provided to Members, if different)
- For all other Services, except items obtained at a pharmacy owned and operated by Kaiser Permanente, the payments that Kaiser Permanente made for the Services (see the definition of "Member Rate" for items obtained at a pharmacy owned and operated by Kaiser Permanente)

**Clinically Stable:** You are considered Clinically Stable when your treating physician believes, within a reasonable medical probability and in accordance with recognized medical standards, that you are safe for discharge or transfer and that your condition is not expected to get materially worse during or as a result of the discharge or transfer.

**CMS:** The Centers for Medicare & Medicaid Services is the federal agency that administers the Medicare program.

**Coinsurance:** A percentage of Charges (or of Member Rates in the case of items obtained at pharmacies owned and operated by Kaiser Permanente) that you must pay when you receive a covered Service as listed in the "Copayments and Coinsurance" section.

**Copayment:** A specific dollar amount that you must pay when you receive a covered Service as listed in the "Copayments and Coinsurance" section.

**Dues:** Periodic membership charges paid by or on behalf of each Member. Dues are in addition to any deductible, Copayment, or Coinsurance.

**Emergency Care:** Emergency Care is:

■ Evaluation by a physician (or other appropriate personnel under the supervision of a physician to the extent provided by law)

■ Medically Necessary Services required to make you Clinically Stable within the capabilities of the facility

■ Emergency ambulance Services covered under "Ambulance Services" in the "Benefits" section

**Emergency Medical Condition:** An Emergency Medical Condition is:

■ A medical or psychiatric condition that manifests itself by acute symptoms of sufficient severity (including severe pain) such that you could reasonably expect the absence of immediate medical attention to result in any of the following:
  • serious jeopardy to your health
  • serious impairment to your bodily functions
  • serious dysfunction of any bodily organ or part

■ "Active labor," which means a labor when there is inadequate time for safe transfer to a Plan Hospital (or designated hospital) before delivery or if transfer poses a threat to the health and safety of the Member or unborn child

**Health Plan:** Kaiser Foundation Health Plan, Inc., a California nonprofit corporation. This *Agreement* sometimes refers to Health Plan as "we" or "us."

**Kaiser Permanente:** Kaiser Foundation Hospitals (a California nonprofit corporation), Health Plan, and Medical Group.

**Medical Group:** The Permanente Medical Group, Inc., a for-profit professional corporation.

**Medically Necessary:** A Service is Medically Necessary if it is medically appropriate and required to prevent, diagnose, or treat your condition or clinical symptoms in accord with generally accepted professional standards of practice that are consistent with a standard of care in the medical community.

**Medicare:** A federal health insurance program for people age 65 and older, certain disabled people, and those with end-stage renal disease (ESRD).

**Medicare+Choice organization and plan:** A Medicare+Choice (M+C) organization is a public or private entity organized and licensed by a state as a risk-bearing entity that has a contract with CMS and meets the M+C requirements. A Medicare+Choice plan is health care coverage offered by a Medicare+Choice organization that includes a specific set of benefits, Dues, and Copayments offered on the same basis to all Medicare beneficiaries residing in the service area of the M+C plan.

Exhibit B at 67

**Member:** A person who is eligible and enrolled under this *Agreement,* and for whom we have received applicable Dues. This *Agreement* sometimes refers to a Member as "you."

**Member Rate:** For items obtained at pharmacies owned and operated by Kaiser Permanente, the amount the pharmacy would charge a Member for the item if a Member's benefit plan did not cover the item (this amount is an estimate of: the cost of acquiring, storing, and dispensing drugs, the direct and indirect costs of providing Kaiser Permanente pharmacy Services to Members, and the pharmacy program's contribution to the net revenue requirements of Health Plan).

**Out-of-Area Urgent Care:** An urgent care need requires prompt medical attention, but is not an Emergency Medical Condition. Out-of-Area Urgent Care is Medically Necessary Services you receive from a non-Plan Provider for an unforeseen illness or injury if all of the following are true:
- You are temporarily outside of our Service Area
- The Services are necessary to prevent serious deterioration of your health
- Treatment cannot be delayed until you return to our Service Area

**Plan:** Kaiser Permanente.

**Plan Facility:** Any facility listed in the "Plan Facilities" section or in one of the *Guidebooks* for our Service Area, except that Plan Facilities are subject to change at any time without notice. If you have any questions about the current locations of Plan Facilities, please call our Member Service Call Center.

**Plan Hospital:** Any hospital listed in the "Plan Facilities" section or in one of the *Guidebooks* for our Service Area, except that Plan Hospitals are subject to change at any time without notice. If you have any questions about the current locations of Plan Hospitals, please call our Member Service Call Center.

**Plan Medical Office:** Any medical office listed in the "Plan Facilities" section or in one of the *Guidebooks* for our Service Area, except that Plan Medical Offices are subject to change at any time without notice. If you have any questions about the current locations of Plan Medical Offices, please call our Member Service Call Center.

**Plan Pharmacy:** A pharmacy owned and operated by Kaiser Permanente or another pharmacy that we designate. Please refer to *Your Guidebook* for a list of Plan Pharmacies in your area, except that Plan Pharmacies are subject to change at any time without notice. If you have any questions about the current locations of Plan Pharmacies, please call our Member Service Call Center.

**Plan Physician:** Any licensed physician who is an employee of Medical Group, or any licensed physician who contracts to provide Services to Members (but not including physicians who contract only to provide referral Services).

64

**Plan Provider:** A Plan Hospital, Plan Physician, Medical Group, Plan Pharmacy, or other health care provider that we designate as a Plan Provider.

**Post-stabilization Care:** Post-stabilization Care is the Services (including transportation) you receive after your treating physician determines that your Emergency Medical Condition is Clinically Stable. Post-stabilization Care can be provided while you are still in a hospital Emergency Department, after you have been admitted to a hospital, or in another setting.

**Region:** A Kaiser Foundation Health Plan organization or allied plan that conducts a direct-service health care program. For information about Region locations in the District of Columbia and parts of Southern California, Colorado, Georgia, Hawaii, Idaho, Maryland, Ohio, Oregon, Virginia, and Washington, please call our Member Service Call Center.

**Service Area:** For the purposes of Dues, Copayments, enrollment, and disenrollment, there are five Medicare+Choice plan Service Areas represented in this *Agreement* as described below. For all other purposes, the term "Service Area" means anywhere in these areas, and that you get care inside our Service Area from Plan Providers in any of these areas.

■ **Plan 8 Service Area (for Members entitled to Medicare Parts A and B):** Alameda, Contra Costa, San Francisco, and San Mateo counties are entirely inside our Plan 8 Service Area. Also the following ZIP codes in Santa Clara are inside the Plan 8 Service Area: 94022-24, 94035, 94039-43, 94085-90, 94301-06, 94309-10, 94550, 95002, 95008-09, 95011, 95013-15, 95020 (except for the Bells Station community), 95021, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95101-03, 95106, 95108-42, 95148, 95150-61, 95164, 95170-73, 95190-94, 95196

■ **Plan 9 Service Area (for Members entitled to Medicare Parts A and B):** Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 9 Service Area: *Fresno:* 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-22, 93724-29, 93740-41, 93744-45, 93747, 93750, 93755, 93760-62, 93764-65, 93771-80, 93784, 93786, 93790-94, 93844, 93888; *Kings:* 93230, 93232, 93242, 93631, 93656; *Madera:* 93601-02, 93604, 93614, 93623, 93626, 93637-39, 93643-45, 93653, 93669, 93720; *Mariposa:* 93601, 93623, 93653; *Tulare:* 93238, 93261, 93618, 93646, 93654, 93666, 93673

■ **Plan 10 Service Area (for Members with Medicare Part B only\*):** Alameda, Contra Costa, Marin, Sacramento, San Francisco, San Joaquin, San Mateo, Solano, and Stanislaus counties are entirely inside the Plan 10 (Part B only) Service Area. Portions of the following counties, as indicated by the ZIP codes below, are also inside this Service Area: *Amador:* 95640, 95669; *El Dorado:* 95613-14, 95619, 95623, 95633-35, 95651, 95664, 95667, 95672, 95682, 95762; *Fresno:* 93242, 93602, 93606-07, 93609, 93611-13, 93616, 93618, 93624-27, 93630-31, 93646, 93648-52, 93654, 93656-57, 93660, 93662, 93667-68, 93675, 93701-12, 93714-18, 93720-22, 93724-29, 93740-41, 93744-45, 93747, 93750, 93755, 93760-62, 93764-65, 93771-80, 93784, 93786, 93790-94, 93844, 93888; *Kings:* 93230, 93232,

93242, 93631, 93656; *Madera:* 93601-02, 93604, 93614, 93623, 93626, 93637-39, 93643-45, 93653, 93669, 93720; *Mariposa:* 93601, 93623, 93653; *Napa:* 94503, 94508, 94515, 94558-59, 94562, 94567*, 94573-74, 94576, 94581, 94589-90, 94599, 95476; *Placer:* 95602-04, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95692, 95703, 95722, 95736, 95746-47, 95765; *Santa Clara:* 94022-24, 94035, 94039-43, 94085-90, 94301-06, 94309-10, 94550, 95002, 95008-09, 95011, 95013-15, 95020*, 95021, 95026, 95030-33, 95035-38, 95042, 95044, 95046, 95050-56, 95070-71, 95101-03, 95106, 95108-42, 95148, 95150-61, 95164, 95170-73, 95190-94, 95196; *Sonoma:* 94515, 94922-23, 94926-28, 94931, 94951-55, 94972, 94975, 94999, 95401-09, 95416, 95419, 95421, 95425, 95430-31, 95433, 95436, 95439, 95441-42, 95444, 95446, 95448, 95450, 95452, 95462, 95465, 95471-73, 95476, 95486-87, 95492; *Sutter:* 95645, 95659, 95668, 95674, 95676, 95692, 95837; *Tulare:* 93238, 93261, 93618, 93646, 93654, 93666, 93673; *Yolo:* 95605, 95607, 95612, 95616-18, 95645, 95691, 95694-95, 95697-98, 95776, 95798-99; *Yuba:* 95692, 95903, 95961

- **Plan 13 Service Area (for Members entitled to Medicare Parts A and B):** Sacramento County is entirely inside our Plan 13 Service Area. Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 13 Service Area: *El Dorado:* 95613-14, 95619, 95623, 95633-35, 95651, 95664, 95667, 95672, 95682, 95762; *Placer:* 95602-04, 95626, 95648, 95650, 95658, 95661, 95663, 95668, 95677-78, 95681, 95692, 95703, 95722, 95736, 95746-47, 95765; *Sutter:* 95645, 95659, 95668, 95674, 95676, 95692, 95837; *Yolo:* 95605, 95607, 95612, 95616-18, 95645, 95691, 95694-95, 95697-98, 95776, 95798-99; *Yuba:* 95692, 95903, 95961

- **Plan 14 Service Area (for Members entitled to Medicare Parts A and B):** Marin, San Joaquin, Solano, and Stanislaus counties are entirely inside our Plan 14 Service Area. Portions of the following counties, as indicated by the ZIP codes below, are inside the Plan 14 Service Area: *Amador:* 95640, 95669; *Napa:* 94503, 94508, 94515, 94558-59, 94562, 94567 (except for the Knoxville community), 94573-74, 94576, 94581, 94589-90, 94599, 95476; *Sonoma:* 94515, 94922-23, 94926-28, 94931, 94951-55, 94972, 94975, 94999, 95401-09, 95416, 95419, 95421, 95425, 95430-31, 95433, 95436, 95439, 95441-42, 95444, 95446, 95448, 95450, 95452, 95462, 95465, 95471-73, 95476, 95486-87, 95492

*Only Members who were enrolled in Senior Advantage on December 31, 1998 without Medicare Part A may continue enrollment without Medicare Part A entitlement.

**Note:** As described under "Service Area eligibility requirements" in the "Who Is Eligible" section, if you move between plan Service Areas, you must complete a new Election Form to continue Senior Advantage coverage in the new plan Service Area and the Dues and Copayments can change depending on where you move. Also, subject to approval by the Centers for Medicare & Medicaid Services (CMS), we may reduce our Service Area effective any January 1 by giving prior written notice to the Member. We may expand our Service Area at any time by giving written notice to the Member. ZIP codes are subject to change by the U.S. Post Office.

Exhibit B at 70

**Services:** Health care services or items.

**Skilled Nursing Facility:** A facility that provides inpatient skilled nursing care, rehabilitation services, or other related health services and is licensed by the state of California and approved by Health Plan. The facility's primary business must be the provision of 24-hour-a-day licensed skilled nursing care. The term "Skilled Nursing Facility" does not include a convalescent nursing home, rest facility, or facility for the aged that furnishes primarily custodial care, including training in routines of daily living. A "Skilled Nursing Facility" may also be a unit or section within another facility (for example, a Plan Hospital) as long as it continues to meet the definition above.

**Spouse:** Your legal husband or wife. For the purposes of this *Agreement,* the term "Spouse" includes your domestic partner, as determined by Health Plan.

67

## Copayments and Coinsurance

This section discusses Copayments and Coinsurance only. It does not describe benefits. To learn what is covered for each benefit (including any visit and day limits), please refer to the identical heading in the "Benefits" section (also refer to the "Exclusions, Limitations, and Reductions" section, which applies to all benefits).

Copayments or Coinsurance are due when you receive the Service, but for items ordered in advance, you pay the Copayment or Coinsurance in effect on the order date (though we will not cover the item unless you still have coverage for it on the date you receive it). In some cases, we may agree to bill you for your Copayment. If we agree to bill you, we will increase the amount by $13.50 and mail you a bill for the entire amount.

| Outpatient care | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Primary and specialty care visits (includes routine and urgent care appointments) | $20 per visit | $20 per visit |
| Well-child preventive care visits (23 months or younger) | $15 per visit | $15 per visit |
| Scheduled prenatal care and first postpartum visit | $15 per visit | $15 per visit |
| Outpatient surgery | $100 per procedure | $150 per procedure |
| Allergy testing visits | $20 per visit | $20 per visit |
| Allergy injection visits | $3 per visit | $3 per visit |
| Preventive health screenings (including colonoscopy and sigmoidoscopy) | $20 per visit | $20 per visit |
| Emergency Department and Out-of-Area Urgent Care visits | $50 per visit (waived if admitted to the hospital within 24 hours for the same condition) | $50 per visit (waived if admitted to the hospital within 24 hours for the same condition) |

*(continues on next page)*

Exhibit B at 72

| Outpatient care *(cont.)* | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Manual manipulation of the spine to correct subluxation | $20 per visit | $20 per visit |
| Blood, blood products, and their administration | No charge | No charge |
| Wound care supplies in accord with Medicare guidelines for use in the home | 20% Coinsurance | 20% Coinsurance |

| Hospital inpatient care | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Hospital inpatient care, including physician Services | $200 per day | $300 per day |
| Multidisciplinary rehabilitation program in an acute rehabilitation facility | $200 per day | $300 per day |

| Ambulance Services | Copayments and Coinsurance—all counties |
|---|---|
| Emergency ambulance Services | $100 per trip |
| Nonemergency ambulance Services | No charge |

| Chemical dependency Services | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Inpatient detoxification | $200 per day | $300 per day |
| Outpatient individual therapy visits | $20 per visit | $20 per visit |
| Outpatient group therapy visits | $5 per visit | $5 per visit |
| Transitional residential recovery Services | $100 per admission | $100 per admission |

| Dental Services for radiation treatment and dental anesthesia | Copayments and Coinsurance–all counties | |
|---|---|---|
| Dental Services for radiation treatment | $20 per visit | |
| Dental anesthesia | The amount you would pay for hospital inpatient care or outpatient surgery, depending on the setting | |

| Dialysis care | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Inpatient care | $200 per day | $300 per day |
| Physician office visits | $20 per visit | $20 per visit |
| Dialysis treatment visits | No charge | No charge |

Exhibit B at 74

| Drugs, supplies, and supplements | Copayments and Coinsurance–all counties |
|---|:---:|
| Items described in the "Benefits" section under the headings "Administered drugs, supplies, and supplements" and "Self-administered IV drugs, supplies, and supplements" | No charge |
| Diabetes urine-testing supplies | No charge up to a 100-day supply |
| Insulin-administration devices | $10 up to a 100-day supply |
| These items described in the "Benefits" section under the heading "Certain other drugs" | |
|    Generic | $10 up to a 100-day supply |
|    Brand name drugs for limited, specific conditions | $30 up to a 100-day supply |
|    Amino acid–modified products used to treat congenital errors of amino acid metabolism and elemental dietary enteral formula when used as a primary therapy for regional enteritis | No charge up to a 30-day supply |
|    Emergency contraceptive pills | No charge |
| Items described in the "Benefits" section under the heading "Outpatient drugs, supplies, and supplements" | $10 up to a 100-day supply |

**Limitation:** The day supply dispensed at the Copayment or Coinsurance may be reduced (a) to a 30-day supply maximum in any 30-day period for specific drugs (please call our Member Service Call Center for the current list of these drugs), or (b) if the pharmacy limits the amount dispensed because the drug is in limited supply in the market. Also, the Copayment or Coinsurance applies to each prescription as prescribed by a Plan Physician not to exceed a 100-day supply. Members must pay Charges (Member Rate for prescriptions filled at pharmacies owned and operated by Kaiser Permanente) for any quantities dispensed that exceed the applicable supply maximum.

**Note:** If Charges (Member Rate for prescriptions filled at pharmacies owned and operated by Kaiser Permanente) for the drug, supply, or supplement are less than the Copayment, you will pay the lesser amount.

| Durable medical equipment | Copayments and Coinsurance–all counties |
|---|:---:|
| Durable medical equipment used during a covered stay in a Plan Hospital or a Skilled Nursing Facility | No charge |
| Durable medical equipment for use in the home and repair or replacement | 20% Coinsurance |

71

Exhibit B at 75

| Family planning Services | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Outpatient family planning visits | $20 per visit | $20 per visit |
| Outpatient surgery for a tubal ligation | $100 per procedure | $150 per procedure |
| Outpatient surgery for a vasectomy | $100 per procedure | $150 per procedure |
| Voluntary termination of pregnancy | $20 per procedure | $20 per procedure |

| Health education | Copayments and Coinsurance–all counties |
|---|---|
| Individual office visits | $20 per visit |
| All other covered Services | No charge |

| Hearing Services | Copayments and Coinsurance–all counties |
|---|---|
| Hearing tests | $20 per visit |

| Home health care | Copayments and Coinsurance–all counties |
|---|---|
| Part-time or intermittent home health care | No charge |

| Hospice care | Copayments and Coinsurance–all counties |
|---|---|
| Hospice care for Members not entitled to Medicare Part A | No charge |

| Imaging, laboratory, and special procedures | Copayments and Coinsurance–all counties |
|---|---|
| Inpatient imaging, laboratory, and special procedures | No charge |
| Outpatient imaging (except MRI, CT, and PET) and diagnostic nuclear medicine, laboratory, and special procedures | $10 per encounter |
| Outpatient magnetic resonance imaging (MRI), computed tomography (CT), and positron emission tomography (PET) procedures | $50 per encounter |
| Outpatient radiation therapy and therapeutic nuclear medicine procedures | No charge |
| Ultraviolet light treatment visits | $10 per treatment |

72

Exhibit B at 76

| Infertility Services | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Office visits | $20 per visit | $20 per visit |
| Outpatient surgery | $100 per procedure | $150 per procedure |
| Outpatient laboratory, imaging, and special procedures | $10 per encounter | $10 per encounter |
| Hospital inpatient care | $200 per day | $300 per day |
| **Mental health Services** | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
| Inpatient psychiatric care | $200 per day | $300 per day |
| Hospital alternative Services | No charge | No charge |
| Outpatient visits: | | |
| Individual therapy visits | $20 per visit | $20 per visit |
| Group therapy visits | $10 per visit | $10 per visit |
| **Ostomy and urological supplies** | **Copayments and Coinsurance–all counties** | |
| Ostomy and urological supplies | 20% Coinsurance | |

73

Exhibit B at 77

| Physical, occupational, and speech therapy and multidisciplinary rehabilitation Services | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Physical, occupational, and speech therapy: | | |
| Inpatient Services | No charge | No charge |
| Outpatient visits | $20 per visit | $20 per visit |
| Multidisciplinary rehabilitation: | | |
| Inpatient | $200 per day | $300 per day |
| Outpatient | $20 per day | $20 per day |

| Prosthetic and orthotic devices | Copayments and Coinsurance–all counties |
|---|---|
| Internally implanted devices | No charge |
| External devices and enteral formula required for tube feeding | 20% Coinsurance |

| Reconstructive surgery | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Inpatient care | $200 per day | $300 per day |
| Office visits | $20 per visit | $20 per visit |
| Outpatient surgery | $100 per procedure | $150 per procedure |

| Skilled nursing facility care | Copayments and Coinsurance–all counties |
|---|---|
| Care in a Skilled Nursing Facility | No charge (up to 20 days) |
| | $50 per day (days 21-100) |

74

Exhibit B at 78

| Transplant Services | Copayments and Coinsurance for residents of Alameda, Amador, Contra Costa, Fresno, Kings, Madera, Marin, Mariposa, Napa, San Francisco, San Joaquin, San Mateo, Santa Clara, Solano, Sonoma, Stanislaus, and Tulare counties | Copayments and Coinsurance for residents of El Dorado, Placer, Sacramento, Sutter, Yolo, and Yuba counties |
|---|---|---|
| Inpatient care | $200 per day | $300 per day |
| Physician office visits | $20 per visit | $20 per visit |

| Vision Services | Copayments and Coinsurance–all counties |
|---|---|
| Eye exams and glaucoma screening | $20 per visit |
| Optical Services: | |
| Eyeglasses and contact lenses (including fitting and dispensing) every 24 months | $150 allowance* |
| Special contact lenses | No charge |
| Eyeglasses and contact lenses following cataract surgery | $150 allowance* |

\* Your price will be reduced by the allowance indicated. If the price of the item(s) you select exceeds the allowance, you will pay the difference.

Exhibit B at 79

## Annual Out-of-Pocket Maximum

There is a limit to the total amount of Copayments and Coinsurance you must pay under this *Agreement* in a calendar year for the covered Services listed below. The limit is $3,000. When you pay a Copayment or Coinsurance for these Services, ask for and keep the receipt. When the receipts add up to the annual out-of-pocket maximum, please call our Member Service Call Center to find out where to bring your receipts. When you bring them in, we will give you a document to show that you do not have to pay any more Copayments or Coinsurance for these Services through the end of the calendar year.

Only the Copayments and Coinsurance you pay for these Services apply toward the annual out-of-pocket maximum:

■ Ambulance Services
■ Emergency Department and Out-of-Area Urgent Care visits
■ Home health care
■ Hospice care
■ Hospital care, including mental health inpatient care
■ Imaging, laboratory, and special procedures
■ Office visits (including professional Services such as dialysis treatment, health education, and physical, occupational, and speech therapy)
■ Outpatient surgery
■ Skilled Nursing Facility care

Notes:

Exhibit B at 81

Notes:

Exhibit B at 82



Member Service Call Center
7 a.m. to 7 p.m., seven days a week (except holidays)
**1-800-443-0815**
Hearing and speech impaired TTY line
**1-800-777-1370**

**kaiserpermanente.org**