# Kaiser Permanente Senior Advantage

**2006** Individual Plan Membership Agreement and Disclosure Form and Evidence of Coverage

Northern California Region

Kaiser Foundation Health Plan, Inc.

A Nonprofit Corporation and
a Medicare Advantage Organization

January 1, 2006 through
December 31, 2006

Exhibit D at 1

**KAISER PERMANENTE**®

The references to written communication in this paragraph do not apply if you submit your grievance orally and do not request a written response. Instead, we will notify you of our decision orally.

**Expedited grievance**

You may make an oral or written request that we expedite your grievance if we:

- Deny your request to expedite a decision related to a Service that you have not yet received, as described under "Expedited decision" in the "Requests for Payment or Services" section

- Deny your request to expedite your Medicare appeal described under "Expedited Medicare Appeal Procedure" in this "Dispute Resolution" section

- Decide to extend the time we need to make a standard or expedited decision described under "Standard decision" or "Expedited decision" in the "Requests for Payment or Services" section or under "Standard Medicare Appeal Procedure" or "Expedited Medicare Appeal Procedure" in this "Dispute Resolution" section

If you request an expedited grievance, we will respond to your request within 24 hours.

## Who May File

The following persons may file a grievance or appeal:

- You may file for yourself

- You may appoint someone as your authorized representative by completing our authorization form. Authorization forms are available from your local Member Services Department at a Plan Facility or by calling our Member Service Call Center. Your completed authorization form must accompany the request

- You may file for your dependent children, except that they must appoint you as their authorized representative if they have the legal right to control release of information that is relevant to the request

- You may file for your ward if you are a court-appointed guardian

- You may file for your conservatee if you are a court-appointed conservator

- You may file for your principal if you are an agent under a health care proxy, to the extent provided under state law

- Your physician may request an expedited appeal as described under "Expedited Medicare Appeal Procedure" above

- A Non–Plan Provider may file a standard appeal of a denied claim if he or she completes a waiver of liability statement that says he or she will not bill you regardless of the outcome of the appeal

## Binding Arbitration

For all claims subject to this "Binding Arbitration" section, both Claimants and Respondents give up the right to a jury or court trial and accept the use of binding arbitration. Insofar as this "Binding Arbitration" section applies to claims asserted by Kaiser Permanente Parties, it shall apply retroactively to all unresolved claims that accrued before the effective date of this *Agreement*. Such retroactive application shall be binding only on the Kaiser Permanente Parties.

**Scope of Arbitration**

Any dispute shall be submitted to binding arbitration if all of the following requirements are met:

- The claim arises from or is related to an alleged violation of any duty incident to or arising out of or relating to this *Agreement* or a Member Party's relationship to Kaiser

Case 3:07-cv-06203-SC   Document 10-9   Filed 03/06/2008   Page 3 of 5

*Member Service Call Center: 1-800-443-0815 (TTY 1-800-777-1370), weekdays 7 a.m.–7 p.m., weekends 7 a.m.–3 p.m. (except holidays)*

Foundation Health Plan, Inc. (Health Plan), including any claim for medical or hospital malpractice, for premises liability, or relating to the coverage for, or delivery of, Services, irrespective of the legal theories upon which the claim is asserted

- The claim is asserted by one or more Member Parties against one or more Kaiser Permanente Parties or by one or more Kaiser Permanente Parties against one or more Member Parties
- The claim is *not* within the jurisdiction of the Small Claims Court
- The claim is *not* subject to a Medicare appeal procedure

As referred to in this "Binding Arbitration" section, "Member Parties" include:

- A Member
- A Member's heir or personal representative
- Any person claiming that a duty to him or her arises from a Member's relationship to one or more Kaiser Permanente Parties

"Kaiser Permanente Parties" include:

- Kaiser Foundation Health Plan, Inc. (Health Plan)
- Kaiser Foundation Hospitals (KFH)
- The Permanente Medical Group, Inc. (TPMG)
- Southern California Permanente Medical Group (SCPMG)
- The Permanente Federation, LLC
- The Permanente Company, LLC
- Any KFH, TPMG, or SCPMG physician
- Any individual or organization whose contract with any of the organizations identified above requires arbitration of claims brought by one or more Member Parties

- Any employee or agent of any of the foregoing

"Claimant" refers to a Member Party or a Kaiser Permanente Party who asserts a claim as described above. "Respondent" refers to a Member Party or a Kaiser Permanente Party against whom a claim is asserted.

### Initiating Arbitration

Claimants shall initiate arbitration by serving a Demand for Arbitration. The Demand for Arbitration shall include the basis of the claim against the Respondents; the amount of damages the Claimants seek in the arbitration; the names, addresses, and telephone numbers of the Claimants and their attorney, if any; and the names of all Respondents. Claimants shall include all claims against Respondents that are based on the same incident, transaction, or related circumstances in the Demand for Arbitration.

### Serving Demand for Arbitration

Health Plan, KFH, TPMG, SCPMG, The Permanente Federation, LLC, and The Permanente Company, LLC shall be served with a Demand for Arbitration by mailing the Demand for Arbitration addressed to that Respondent in care of:

    Kaiser Foundation Health Plan, Inc.
    Legal Department
    1950 Franklin Street, 17th Floor
    Oakland, CA  94612

Service on that Respondent shall be deemed completed when received. All other Respondents, including individuals, must be served as required by the California Code of Civil Procedure for a civil action.

### Filing Fee

The Claimants shall pay a single, nonrefundable, filing fee of $150 per arbitration payable to "Arbitration Account" regardless of the number

of claims asserted in the Demand for Arbitration or the number of Claimants or Respondents named in the Demand for Arbitration.

Any Claimant who claims extreme hardship may request that the Independent Administrator waive the filing fee and the Neutral Arbitrator's fees and expenses. A Claimant who seeks such waivers shall complete the Fee Waiver Form and submit it to the Independent Administrator and simultaneously serve it upon the Respondents. The Fee Waiver Form sets forth the criteria for waiving fees and is available by calling our Member Service Call Center.

**Number of Arbitrators**

The number of Arbitrators may affect the Claimant's responsibility for paying the Neutral Arbitrator's fees and expenses.

If the Demand for Arbitration seeks total damages of $200,000 or less, the dispute shall be heard and determined by one Neutral Arbitrator, unless the parties otherwise agree in writing that the arbitration shall be heard by two Party Arbitrators and one Neutral Arbitrator. The Neutral Arbitrator shall not have authority to award monetary damages that are greater than $200,000.

If the Demand for Arbitration seeks total damages of more than $200,000, the dispute shall be heard and determined by one Neutral Arbitrator and two Party Arbitrators, one jointly appointed by all Claimants and one jointly appointed by all Respondents. Parties who are entitled to select a Party Arbitrator may agree to waive this right. If all parties agree, these arbitrations will be heard by a Single Neutral Arbitrator.

**Payment of Arbitrators' Fees and Expenses**

Health Plan will pay the fees and expenses of the Neutral Arbitrator under certain conditions as set forth in the *Rules for Kaiser Permanente Member Arbitrations Overseen by the Office of the Independent Administrator* (Rules of Procedure). In all other arbitrations, the fees and expenses of the Neutral Arbitrator shall be paid one-half by the Claimants and one-half by the Respondents.

If the parties select Party Arbitrators, Claimants shall be responsible for paying the fees and expenses of their Party Arbitrator and Respondents shall be responsible for paying the fees and expenses of their Party Arbitrator.

**Costs**

Except for the aforementioned fees and expenses of the Neutral Arbitrator, and except as otherwise mandated by laws that apply to arbitrations under this "Binding Arbitration" section, each party shall bear the party's own attorneys' fees, witness fees, and other expenses incurred in prosecuting or defending against a claim regardless of the nature of the claim or outcome of the arbitration.

**Rules of Procedure**

Arbitrations shall be conducted according to Rules of Procedure developed by the Independent Administrator in consultation with Kaiser Permanente and the Arbitration Oversight Board. Copies of the Rules of Procedure may be obtained from our Member Service Call Center.

**General Provisions**

A claim shall be waived and forever barred if (1) on the date the Demand for Arbitration of the claim is served, the claim, if asserted in a civil action, would be barred as to the Respondents served by the applicable statute of limitations, (2) Claimants fail to pursue the arbitration claim in accord with the Rules of Procedure with reasonable diligence, or (3) the arbitration hearing is not commenced within five years after the earlier of (i) the date the Demand for Arbitration was served in accord with the

Case 3:07-cv-06203-SC   Document 10-9   Filed 03/06/2008   Page 5 of 5

*Member Service Call Center: 1-800-443-0815 (TTY 1-800-777-1370), weekdays 7 a.m.–7 p.m., weekends 7 a.m.–3 p.m. (except holidays)*

procedures prescribed herein, or (ii) the date of filing of a civil action based upon the same incident, transaction, or related circumstances involved in the claim. A claim may be dismissed on other grounds by the Neutral Arbitrator based on a showing of a good cause. If a party fails to attend the arbitration hearing after being given due notice thereof, the Neutral Arbitrator may proceed to determine the controversy in the party's absence.

The California Medical Injury Compensation Reform Act of 1975 (including any amendments thereto), including sections establishing the right to introduce evidence of any insurance or disability benefit payment to the patient, the limitation on recovery for noneconomic losses, and the right to have an award for future damages conformed to periodic payments, shall apply to any claims for professional negligence or any other claims as permitted by law.

Arbitrations shall be governed by this "Binding Arbitration" section, Section 2 of the Federal Arbitration Act, and the California Code of Civil Procedure provisions relating to arbitration that are in effect at the time the statute is applied, together with the Rules of Procedure, to the extent not inconsistent with this section.

## Termination of Membership

Your membership termination date is the first day you are not covered (for example, if your termination date is January 1, 2006, your last minute of coverage was at 11:59 p.m. on December 31, 2005). You will be billed as a non-Member for any Services you receive after your membership terminates. Health Plan and Plan Providers have no further liability or responsibility under this *Agreement* after your membership terminates, except:

- As provided under "Payments after Termination" in this "Termination of Membership" section
- If you are receiving covered Services as an acute care hospital inpatient on the termination date, we will continue to cover those hospital Services (but not physician Services or any other Services) until you are discharged

Until your membership terminates, you remain a Senior Advantage Member and must continue to receive your medical care from us, except as described in the "Emergency, Urgent, and Routine Care" section about Emergency Care, Post-stabilization Care, and Out-of-Area Urgent Care and the "Benefits, Copayments, and Coinsurance" section applicable to your plan Service Area about out-of-area dialysis care.

Note: If you enroll in a Prescription Drug Plan, your Senior Advantage membership will terminate as described under "Disenrolling from Senior Advantage" in this "Termination of Membership" section.

## Disenrolling from Senior Advantage

If you meet Medicare requirements, you may terminate (disenroll from) your Senior Advantage membership as described below.

### Your plan choices and when can you disenroll

Your plan choices for the way you get Medicare will always include Original Medicare and joining a Prescription Drug Plan to complement your Original Medicare coverage. Your choices may also include joining another Medicare Advantage Plan or a Medicare Private Fee-for-Service Plan, if these plans are available in your area and are accepting new members.

However, there are limits to when and how often you can change the way you get Medicare and