MAR 08 1996

**KAISER PERMANENTE SENIOR ADVANTAGE**

# SENIOR ADVANTAGE ELECTION FORM

0091686413

PLEASE TYPE OR PRINT USING BLACK OR BLUE INK

| Field | Value |
|---|---|
| SOCIAL SECURITY NO. | REDACTED |
| LAST NAME | McConnell |
| FIRST NAME | Timothy |
| MI | Ivan |
| BIRTH DATE | 11-18-61 |
| SEX | ☒ MALE ☐ FEMALE |
| STREET ADDRESS | 334 Ohlones St |
| TELEPHONE NUMBER | (510) 656-7440 |
| BEST TIME TO CALL | After 10am before 6pm |
| CITY | Fremont |
| STATE | California |
| ZIP | 94539 |
| WERE YOU PREVIOUSLY A KAISER PERMANENTE MEMBER? | ☐ Yes ☐ No |
| RESIDENCE ADDRESS, IF DIFFERENT | Same |
| KAISER MEDICAL RECORD NO. | |

PLEASE READ QUESTIONS 1 THROUGH 4 AND CHECK YES OR NO

1. Do you have additional coverage through an employer group health plan other than Kaiser Permanente? ☐ YES ☒ No
   - If yes, is the coverage through your or your spouse's employment? ☐ YES ☐ No
   - Policy Holder Name / Carrier Name: _____

2. Are you currently residing in a board and care or convalescent home, nursing facility, or other residential care facility? ☐ YES ☒ No
   - If yes, please provide the name of the facility _____
   - Date of admission: _____

3. Are you a participant in a Medicare Hospice Program? ☐ YES ☒ No
   Note: You may not enroll in Senior Advantage if you are receiving hospice benefits.

4. Do you currently have End Stage Renal (kidney) Disease, or have you had a kidney transplant within the last 36 months? ☐ YES ☒ No
   Note: You may not enroll in Senior Advantage if you have End Stage Renal (kidney) Disease unless you are already a Kaiser Permanente Member.

   *Responses to questions 1 through 4 above will not be used for health screening purposes.*

## MEDICARE INFORMATION

Please complete the sample Medicare card to the right from the information on YOUR red, white and blue Medicare card. Copy each line exactly as it appears.

The information is also provided in your Letter of Verification from the Social Security Administration or Railroad Board.

KPSA PROVISION REVIEWED
MAR 11 1996

**Medicare**     **Health Insurance**
SOCIAL SECURITY
NAME OF BENEFICIARY: (Your Name) Timothy I McConnell
MEDICARE CLAIM NUMBER: REDACTED    SEX MALE
IS ENTITLED TO    EFFECTIVE DATE:
HOSPITAL INSURANCE (Part A) 9-1-95
MEDICAL INSURANCE (Part B) 9-1-95

PLEASE SIGN HERE (YOUR SIGNATURE, OR SIGNATURE OF GUARDIAN OR CONSERVATOR*)

I have read, understood and agree to the statements on the reverse side of this election form including the restriction on the use of doctors outside the plan. I hereby apply for membership in the Kaiser Permanente Senior Advantage Plan.

I hereby apply for Health Plan membership. I agree to abide by the provisions of the Service Agreement and Health Plan policies. I understand that, except for small claims court cases, any claim that I, my heirs, or other claimants associated with me, assert for medical or hospital malpractice, or premises liability must be decided by binding arbitration under California law and not by a lawsuit or resort to court process except as California law provides for judicial review of arbitration proceedings. I/we are therefore giving up our right to a jury trial and are accepting the use of binding arbitration.

SIGNATURE: *Tim McConnell*     DATE: 3-1-96

* If this is being submitted by a guardian or conservator, please attach a copy of the legal document establishing guardianship.

RETAIN YELLOW COPY FOR YOUR RECORDS

RETURN THE WHITE SIGNED COPY TO:    KAISER PERMANENTE
                                       P.O. BOX 12685
                                       OAKLAND, CALIFORNIA 94604-2685

*Kaiser Permanente is a federally qualified HMO with a Medicare contract.*     31-ELF-REG REV 5/95

Exhibit F