

# SENIOR ADVANTAGE ELECTION FORM

**KAISER PERMANENTE SENIOR ADVANTAGE**

## PLEASE TYPE OR PRINT USING BLACK OR BLUE INK

| SOCIAL SECURITY NO. | LAST NAME | FIRST NAME | MI |

| BIRTH DATE | SEX ☐ MALE ☐ FEMALE | STREET ADDRESS | | |
| TELEPHONE NUMBER | BEST TIME TO CALL | CITY | STATE | ZIP |
| WERE YOU PREVIOUSLY A KAISER PERMANENTE MEMBER? | ☐ Yes ☐ No | RESIDENCE ADDRESS, IF DIFFERENT | | |
| KAISER MEDICAL RECORD NO. | | CITY | STATE ZIP | COUNTY |

## PLEASE READ QUESTIONS 1 THROUGH 4 AND CHECK YES OR NO

1. Do you have additional coverage through an employer group health plan other than Kaiser Permanente? .................................................. ☐ YES ☐ NO
   - If yes, is the coverage through your or your spouse's employment? .................... ☐ YES ☐ NO
   - Policy Holder Name / Carrier Name: _____

2. Are you currently residing in a board and care or convalescent home, nursing facility, or other residential care facility? .................................................. ☐ YES ☐ NO
   - If yes, please provide the name of the facility _____
   - Date of admission: _____

3. Are you a participant in a Medicare Hospice Program? .................................................. ☐ YES ☐ NO
   Note: You may not enroll in Senior Advantage if you are receiving hospice benefits.

4. Do you currently have End Stage Renal (kidney) Disease, or have you had a kidney transplant within the last 36 months? .................................................. ☐ YES ☐ NO
   Note: You may not enroll in Senior Advantage if you have End Stage Renal (kidney) Disease unless you are already a Kaiser Permanente Member.

*Responses to questions 1 through 4 above will not be used for health screening purposes.*

## MEDICARE INFORMATION

Please complete the sample Medicare card to the right from the information on YOUR red, white and blue Medicare card. Copy each line exactly as it appears.

The information is also provided in your Letter of Verification from the Social Security Administration or Railroad Board.

> **Medicare**          **Health Insurance**
>
> SOCIAL SECURITY
> NAME OF BENEFICIARY: (Your Name)
>
> MEDICARE CLAIM NUMBER:
>                                              SEX _____
> IS ENTITLED TO              EFFECTIVE DATE:
> HOSPITAL INSURANCE (Part A)  _____
> MEDICAL INSURANCE (Part B)  _____

## PLEASE SIGN HERE (YOUR SIGNATURE, OR SIGNATURE OF GUARDIAN OR CONSERVATOR*)

I have read, understood and agree to the statements on the reverse side of this election form including the restriction on the use of doctors outside the plan. I hereby apply for membership in the Kaiser Permanente Senior Advantage Plan.

I hereby apply for Health Plan membership. I agree to abide by the provisions of the Service Agreement and Health Plan policies. I understand that, except for small claims court cases, any claim that I, my heirs, or other claimants associated with me, assert for medical or hospital malpractice, or premises liability must be decided by binding arbitration under California law and not by a lawsuit or resort to court process except as California law provides for judicial review of arbitration proceedings. I/we are therefore giving up our right to a jury trial and are accepting the use of binding arbitration.

SIGNATURE: _____  DATE: _____

* If this is being submitted by a guardian or conservator, please attach a copy of the legal document establishing guardianship.

## RETAIN YELLOW COPY FOR YOUR RECORDS

RETURN THE WHITE SIGNED COPY TO:   KAISER PERMANENTE
                                    P.O. BOX 12685
                                    OAKLAND, CALIFORNIA 94604-2685

*Kaiser Permanente is a federally qualified HMO with a Medicare contract.*

**OPEN**
30-ELF-OPN
REV 6/95

## STATEMENT OF UNDERSTANDING

Please read the following statements before you sign this form.

- I will abide by the provisions for coverage in the Medical and Hospital Service Agreement under which I become enrolled. I understand that the Service Agreement provides that any claim asserted by a member or someone with a relationship to a member against Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, a Permanente Medical Group or any of their physicians, employees, or agents, for bodily injury, mental disturbance, or death arising from rendition or failure to render services, irrespective of the legal theory upon which the claim is asserted, is subject to binding arbitration unless it is solely for money within the jurisdictional limit of the Small Claims Court. I understand that by submitting claims to binding arbitration I waive my right to a jury trial. The complete arbitration provision and procedure is in the Service Agreement and is also available from the Member Services Department.

- I understand that I cannot belong to another Medicare-contracting HMO and Kaiser Permanente Senior Advantage at the same time, and that enrollment in the new HMO will cause an automatic disenrollment from the previous HMO.

- I have read and understand the limitations and exclusions of Senior Advantage coverage contained in the Senior Advantage Evidence of Coverage and Disclosure Form.

- I understand that I must maintain my enrollment in Medicare Part B Insurance.

- I understand that it is my obligation to notify Kaiser Permanente if I move or leave the service area for more than 90 consecutive days, and that my absence means that Kaiser Permanente may take action to disenroll me.

- I understand I may request termination of Senior Advantage membership at any time by submitting a written request for disenrollment to Kaiser Permanente, a Social Security Office or the Railroad Board (if a Railroad annuitant) prior to the month in which termination is to be effective.

- I understand I must receive all of my medical care from Kaiser Permanente. Neither Medicare nor Kaiser Permanente will pay for doctor or hospital care received from non-Kaiser Permanente physicians or facilities. The exceptions to this are for emergency care, urgent care while traveling outside the service area, or authorized referrals. The definitions of those terms are in the Evidence of Coverage and Disclosure Form which I have received. I have read and understand those definitions.

## AUTHORIZATION TO EXCHANGE INFORMATION

Please read the following statement before you sign this form.

- Medicare requires your signature authorizing us (Kaiser Permanente) to furnish required information to Medicare upon their request.

- I hereby authorize the Health Care Financing Administration (HCFA) to furnish information to Kaiser Foundation Health Plan, Inc., Northern California Region, confirming my Part A (hospital) and Part B (medical) Medicare enrollment and, if my Medicare enrollment is terminated, the effective date of termination.

- I also authorize Kaiser Foundation Health Plan, Inc., Northern California Region, Kaiser Foundation Hospitals, or The Permanente Medical Group, Inc., or any holder of medical or other information about me, to release to the Health Care Financing Administration (HCFA) or its intermediaries or carriers, any information needed to administer Title XVIII (the Medicare Section) of the Social Security Act.