1  RONALD R. LAMB, Cal. Bar No. 99396
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2  Twenty-Second Floor
   400 Capitol Mall
3  Sacramento, CA 95814
   Telephone:  (916) 441-2430
4  Facsimile:  (916) 442-6664
   E-mail: rlamb@wilkefleury.com
5
   KENNEDY P.  RICHARDSON, Cal.  Bar No, 62516
6  YVONNE M. PIERROU, Cal. Bar No. 166237
   JORDAN POSAMENTIER, Cal. Bar No. 246301
7  MARION'S INN
   1611 Telegraph Avenue, Suite 707
8  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
9  Facsimile:  (510) 451-1711
   E-mail: kpr@marionsinn.com
10 E-mail: ymp@marionsinn.com
   E-mail: jop@marionsinn.com
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan, Inc., Kaiser Foundation Hospitals,
   and The Permanente Medical Group, Inc.

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, | No. C07-06203 SC |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | Date:    May 9, 2008<br>Time:   10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Samuel Conti |
| Defendants. | |

The motion of defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. (collectively "Kaiser" or "defendants") to compel arbitration of all of plaintiffs' claims in this action and motion for a stay of all Court proceedings pending that arbitration was set regularly for hearing on May 9, 2008 at 10:00 a.m., in Courtroom 1 of this Court.  Having read the papers in support of and opposition to the motion, having heard the arguments of counsel, and good cause appearing therefore:

_____
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL ARBITRATION       C07-06203 SC                                                          1

1   IT IS HEREBY ORDERED, that the defendants' motion to compel arbitration is
2 GRANTED.  Plaintiffs shall submit all of their claims in this action to final and binding
3 arbitration.
4   IT IS FURTHER ORDERED, that the motion to stay the action is GRANTED.  This
5 action is stayed pending the outcome of that arbitration.
6   IT IS SO ORDERED.

8 Dated: _____                    _____
9                                             United States District Court Judge

_____
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL ARBITRATION    C07-06203 SC                                    2