RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No, 62516
YVONNE M. PIERROU, Cal. Bar No. 166237
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
E-mail: kpr@marionsinn.com
E-mail: ymp@marionsinn.com
E-mail: jop@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.;<br>KAISER FOUNDATION HOSPITALS; KAISER<br>FOUNDATION HEALTH PLAN; and DOES 1<br>through 100, inclusive,<br><br>    Defendants. | No. C07-06203 SC<br><br>DECLARATION OF JORDAN<br>POSAMENTIER IN SUPPORT OF<br>DEFENDANTS' REQUEST FOR<br>JUDICIAL NOTICE IN SUPPORT OF<br>DEFENDANTS' MOTION TO<br>COMPEL ARBITRATION<br><br>Time:<br>Date:<br>Dept:<br>Court:<br>Judge: Hon. Samuel Conti |

I, Jordan Posamentier, state:

    1.    I am a licensed California attorney and an associate in the law firm of Marion's Inn, co-counsel for defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals and The Permanente Medical Group, Inc. in this action. I have personal knowledge of

---

Declaration of Jordan Posamentier in Support of Def's Req Jud. Not.                                                                 1

1 | the facts contained in this declaration, and if properly called as a witness, can and will
2 | competently testify thereto.

3 |     2.    Attached hereto as Exhibit 1 is a true copy of excerpts from Proposed
4 | Rule, Medicare Program; Establishment of the Medicare Advantage Program, 69 Fed. Reg.
5 | 46866, 46904 (2004) (codified at 42 C.F.R. pts. 417 & 422) (proposed Aug. 3, 2004).

6 |     3.    Attached hereto as Exhibit 2 is a true copy of excerpts from Final Rule,
7 | Medicare Program; Establishment of the Medicare Advantage Program, 70 Fed. Reg. 4588, 4664
8 | (2005) (codified at 42 C.F.R. pts. 417 & 422.)

9 |     4.    Attached hereto as Exhibit 3 is a true copy of Assembly Bill 3260, as
10 | introduced on February 24, 1994 in the 1993-94 Regular Session of the California Legislature
11 | and as amended in assembly April 26, 1994.

12 | I declare under penalty of perjury under the laws of the State of California and
13 | the United States that the foregoing is true and correct.

14 |

15 | Dated:  March 5, 2008                  By s/s _____Jordan Posamentier_____
16 |                                             Jordan Posamentier

Declaration of Jordan Posamentier in Support of Def's Req Jud. Not.        2