1  RONALD R. LAMB, Cal. Bar No. 99396
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2  Twenty-Second Floor
   400 Capitol Mall
3  Sacramento, CA 95814
   Telephone: (916) 441-2430
4  Facsimile: (916) 442-6664
   E-mail: rlamb@wilkefleury.com
5
   KENNEDY P. RICHARDSON, Cal. Bar No, 62516
6  YVONNE M. PIERROU, Cal. Bar No. 166237
   JORDAN POSAMENTIER, Cal. Bar No. 246301
7  MARION'S INN
   1611 Telegraph Avenue, Suite 707
8  Oakland, California 94612-2145
   Telephone: (510) 451-6770
9  Facsimile: (510) 451-1711
   E-mail: kpr@marionsinn.com
10 E-mail: ymp@marionsinn.com
   E-mail: jop@marionsinn.com
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan, Inc., Kaiser Foundation Hospitals,
   and The Permanente Medical Group, Inc.
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 TIMOTHY MCCONNELL,                       ) No. C07-06203 SC
                                            )
17         Plaintiff,                       ) DEFENDANTS' REQUEST FOR
                                            ) JUDICIAL NOTICE IN SUPPORT OF
18    v.                                    ) DEFENDANT'S MOTION TO
                                            ) COMPEL ARBITRATION
19 THE PERMANENTE MEDICAL GROUP, INC.;      )
   KAISER FOUNDATION HOSPITALS; KAISER      ) Accompanying documents: Declaration
20 FOUNDATION HEALTH PLAN; and DOES 1       ) of Jordan Posamentier.
   through 100, inclusive,                  )
21                                          ) Time:
           Defendants.                      ) Date:
22 _____  ) Dept:
                                              Court:
23                                            Judge: Hon. Samuel Conti

24     Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The

25 Permanente Medical Group, Inc. request that, pursuant to section 201, Federal Rules of Civil

26 Procedure, the Court take judicial notice of the following legislative history documents, copies

27 of which are attached to the declaration of Jordan Posamentier:

28 //

_____

REQUEST FOR JUDICIAL NOTICE – No. C07-06203 SC                                          1

1.     Proposed Rule, Medicare Program; Establishment of the Medicare Advantage Program, 69 Fed. Reg. 46866, 46904 (2004) (codified at 42 C.F.R. pts. 417 & 422) (proposed Aug. 3, 2004) (excerpts).

2.     Final Rule, Medicare Program; Establishment of the Medicare Advantage Program, 70 Fed. Reg. 4588, 4664 (2005) (codified at 42 C.F.R. pts. 417 & 422) (excerpts).

3.     Assembly Bill 3260, as introduced on February 24, 1994 in the 1993-94 Regular Session of the California Legislature and as amended in assembly April 26, 1994.

Respectfully submitted,

Dated: March 5, 2008                     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                                          MARION'S INN

                                          By s/s_____Jordan Posamentier_____

                                          Jordan Posamentier

                                          Attorneys for defendants Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc., and Kaiser Foundation Hospitals