IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY MCCONNELL,

      Plaintiff(s),                                        No. C-07-6203-SC

  v.

                                                   Clerk's Notice

THE PERMANENTE MEDICAL GROUP, INC.,

      Defendant(s).

    (Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **March 21, 2008** before the Honorable Samuel Conti. The conference has been reset for **June 13, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 20, 2008                                  FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By:  T. De Martini
                                                                 Courtroom Deputy Clerk

United States District Court
For the Northern District of California