1 | RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2 | Twenty-Second Floor
400 Capitol Mall
3 | Sacramento, CA 95814
Telephone:  (916) 441-2430
4 | Facsimile:  (916) 442-6664
E-mail: rlamb@wilkefleury.com
5
KENNEDY P. RICHARDSON, Cal. Bar No, 62516
6 | YVONNE M. PIERROU, Cal. Bar No. 166237
JORDAN POSAMENTIER, Cal. Bar No. 246301
7 | MARION'S INN
1611 Telegraph Avenue, Suite 707
8 | Oakland, California 94612-2145
Telephone:  (510) 451-6770
9 | Facsimile:  (510) 451-1711
E-mail: kpr@marionsinn.com
10 | E-mail: ymp@marionsinn.com
E-mail: jop@marionsinn.com
11
Attorneys for Defendants Kaiser Foundation
12 | Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, | No. C07-06203 SC |
| Plaintiff, | DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PLAINTIFF TO ARBITRATION |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | Time:  10:00 a.m.
Date:  May 9, 2008
Court: 1 |
| Defendants. | Judge:  Hon. Samuel Conti |

//

//

//

//

//

___

DEFENDANTS' REPLY RE MOTION
TO COMPEL ARBITRATION     C07-06203 SC

Plaintiff has not filed or served any response or opposition to defendants' motion to compel arbitration filed March 6, 2008. Therefore, defendants respectfully reiterate their request that the Court grant their motion to compel plaintiff to arbitration and to stay the action pending the outcome of that arbitration.

Dated: April 25, 2008

RONALD R. LAMB
WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

KENNEDY P. RICHARDSON
YVONNE M. PIERROU
JORDAN POSAMENTIER
MARION'S INN

By s/s  Jordan Posamentier

Jordan Posamentier

Attorneys for Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc., and Kaiser Foundation Hospitals

---

DEFENDANTS' REPLY RE MOTION
TO COMPEL ARBITRATION    C07-06203 SC                                                                 ii