1  RONALD R. LAMB, Cal. Bar No. 99396
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2  Twenty-Second Floor
   400 Capitol Mall
3  Sacramento, CA 95814
   Telephone: (916) 441-2430
4  Facsimile: (916) 442-6664
   E-mail: rlamb@wilkefleury.com
5
   KENNEDY P. RICHARDSON, Cal. Bar No, 62516
6  YVONNE M. PIERROU, Cal. Bar No. 166237
   JORDAN POSAMENTIER, Cal. Bar No. 246301
7  MARION'S INN
   1611 Telegraph Avenue, Suite 707
8  Oakland, California 94612-2145
   Telephone: (510) 451-6770
9  Facsimile: (510) 451-1711
   E-mail: kpr@marionsinn.com
10 E-mail: ymp@marionsinn.com
   E-mail: jop@marionsinn.com
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan, Inc., Kaiser Foundation Hospitals,
   and The Permanente Medical Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCONNELL, | No. C07-06203 SC |
| Plaintiff, | STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | Time: 10:00 a.m.<br>Date: May 9, 2008<br>Court: 1<br>Judge: Hon. Samuel Conti |
| Defendants. | |

STIPULATION TO STAY ACTION PENDING ARBITRATION    C07-06203 SC    1

Plaintiff Timothy McConnell and defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc. (collectively, "Kaiser defendants"), by and through their counsel of record, stipulate as follows:

This action shall be stayed pursuant to 9 U.S.C. § 3 pending arbitration of all of plaintiff's claims against the Kaiser defendants in accordance with the arbitration provisions of the plaintiff's membership agreements with Kaiser Foundation Health Plan, Inc.

Respectfully submitted,

Dated: May 6, 2008

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
MARK G. CRAWFORD

By /s/ Mark G. Crawford
Mark G. Crawford

Attorneys for plaintiff Timothy McConnell

Dated: May __, 2008

MARION'S INN
KENNEDY P. RICHARDSON
YVONNE M. PIERROU

By /s/ Kennedy P. Richardson

Kennedy P. Richardson

Attorneys for defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.