1  RONALD R. LAMB, Cal. Bar No. 99396
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2  Twenty-Second Floor
   400 Capitol Mall
3  Sacramento, CA 95814
   Telephone:  (916) 441-2430
4  Facsimile:  (916) 442-6664
   E-mail: rlamb@wilkefleury.com

5
   KENNEDY P.  RICHARDSON, Cal.  Bar No, 62516
6  YVONNE M. PIERROU, Cal. Bar No. 166237
   JORDAN POSAMENTIER, Cal. Bar No. 246301
7  MARION'S INN
   1611 Telegraph Avenue, Suite 707
8  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
9  Facsimile:  (510) 451-1711
   E-mail: kpr@marionsinn.com
10 E-mail: ymp@marionsinn.com
   E-mail: jop@marionsinn.com
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan, Inc., Kaiser Foundation Hospitals,
   and The Permanente Medical Group, Inc.
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  TIMOTHY MCCONNELL, | No. C07-06203 SC |
| 17         Plaintiff, | [~~PROPOSED~~] ORDER FOR STAY OF ACTION PENDING ARBITRATION |
| 18      v. | |
| 19  THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 100, inclusive, | Time:  10:00 a.m.<br>Date:  May 9, 2008<br>Court: 1<br>Judge: Hon. Samuel Conti |
| 21         Defendants. | |

~~PROPOSED~~ ORDER FOR STAY OF ACTION PENDING ARBITRATION     C07-06203 SC

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that this action is stayed pending the contractual arbitration of plaintiff's claims. The hearing on defendants' motion to compel arbitration and stay action, which was set for Friday, May 9, 2008 at 10:00 a.m. is now off calendar.

Dated: _____May 7, 2008__       _____*Samuel Conti*_____

United States District Court Judge

~~PROPOSED~~ ORDER FOR STAY OF ACTION PENDING ARBITRATION    C07-06203 SC