1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   RONALD R. LAMB, BAR NO. 99396
2  RLAMB@WILKEFLEURY.COM
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814
   Telephone:    (916) 441-2430
4  Facsimile:    (916) 442-6664

5

   Attorneys for Defendants
6  KAISER FOUNDATION HOSPITALS, THE
   PERMANENTE MEDICAL GROUP, INC., and KAISER
7  FOUNDATION HEALTH PLAN, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 TIMOTHY McCONNELL,

11                                      Case No. C07-06203 SC
                   Plaintiff,
12 v.                                   **STIPULATION AND ORDER FOR
                                        DISMISSAL WITH PREJUDICE**
13 THE PERMANENTE MEDICAL
   GROUP, INC.; KAISER FOUNDATION
14 HOSPITALS; KAISER FOUNDATION
   HEALTH PLAN; and DOES 1 through
15 200, inclusive,

16                 Defendants.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE                                - 1 -                    Case No. C07-06203 SC
435892.1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between the plaintiff TIMOTHY McCONNELL and defendants KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and KAISER FOUNDATION HEALTH PLAN, INC., through their respective counsel, that the above-entitled action be dismissed with prejudice, each party to bear its own costs. |

DATED: May ___, 2009.   LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By: /s/ MARK G. CRAWFORD
MARK G. CRAWFORD
Attorneys for Plaintiff
TIMOTHY McCONNELL

DATED: May 13, 2009.   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ RONALD R. LAMB
RONALD R. LAMB
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS,
THE PERMANENTE MEDICAL
GROUP, INC., AND KAISER
FOUNDATION HEALTH PLAN, INC.

## ORDER

Pursuant to the above stipulation of all parties,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

DATED: 6/10/09, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Samuel Conti*

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
435892.1
- 2 -
Case No. C07-01980 SC